

The Homestead at Scotts Farm - Illustrative Plan
Jerome Township, Union County, Ohio  01.22.2021

Exhibit E2

EXHIBIT 1