349.4 Ac. (OFFSITE)
MEDIUM DENSITY
RESIDENTIAL
@ 8.7 PPL/AC

156.4 Ac. (OFFSITE)
AIRVAC

280.7 Ac. (ONSITE)
AIRVAC

113.4 Ac. (OFFSITE)
AIRVAC

49.9 Ac. (OFFSITE)
AIRVAC

746.8 Ac. (OFFSITE)
COMMERCIAL
@ 10 PPL/AC

55.2 Ac. (OFFSITE)
AIRVAC

729.3 Ac. (ONSITE)
GRAVITY

74.2 Ac. (OFFSITE)
AIRVAC

18.1 Ac. (OFFSITE)
AIRVAC

48.9 Ac. (OFFSITE)
AIRVAC

995.0 Ac. (OFFSITE)
CONSERVATION
DEVELOPMENT
@ 5.8 PPL/AC

6.2 Ac. (OFFSITE)
AIRVAC

7.7 Ac. (OFFSITE)
AIRVAC

7.4 Ac. (OFFSITE)
AIRVAC

3.6 Ac. (OFFSITE)
AIRVAC

95.1 Ac.
(OFFSITE)
AIRVAC

392.6 Ac. (ONSITE)
AIRVAC

75.1 AC. (OFFSITE)
HIGH DENSITY
RESIDENTIAL
@ 17.4 PPL/AC

16.1 Ac. (OFFSITE)
AIRVAC

82.5 Ac. (OFFSITE)
AIRVAC

11.1 Ac. (OFFSITE)
AIRVAC

## LEGEND

- AREA A: ONSITE GRAVITY SEWER TRIB. AREA (729.3 Ac.)
- AREA B: ONSITE AIRVAC SEWER TRIB. AREA (673.3 Ac.)
- AREA C: OFFSITE AIRVAC SEWER TRIB. AREA (745.8 Ac.)
- AREA D: OFFSITE GRAVITY SEWER TRIB. AREA (2166.3 Ac.)
- AREA E: MARYSVILLE EXCLUSIVE SERVICE AREA (511.8 Ac.)
- AREA F: MARYSVILLE PROJECTED GROWTH AREA (84.2 Ac.)
- AREA G: VILLAGE OF JEROME SERVICE AREA (111.4 Ac.)

**JEROME VILLAGE**

PREPARED BY:
TERRAIN
EVOLUTION

720 East Broad Street, Suite 203
Columbus, OH 43215
Contact: Thom Ries
614-385-1000 ext. 101
Fax: 614-242-4001
tries@terrainevolution.com

SHEET TITLE:
EVERSOLE RUN SANITARY SEWER DISTRICT
SANITARY SEWER TRIBUTARY MAP
EXHIBIT A

DATE: JUNE 1, 2010

PROJECT NO.: 04-013

SCALE: 1"=500'

SHEET: 1/1

EXHIBIT 6