

# JEROME TOWNSHIP
## UNION COUNTY, OHIO
## COMPREHENSIVE PLAN

BIRD HOUK COLLABORATIVE
SEPTEMBER 8, 2008
*REVISED: SEPTEMBER 25, 2008*





EXHIBIT A



## EXECUTIVE SUMMARY

Background                                    1-5
Planning Process                             1-5
Community Goals                              1-5
Land Use Principles                          1-6


## CHAPTER 1: INTRODUCTION

Purpose                                      1-10
Study Area                                   1-10
Process                                      1-10


## CHAPTER 2: EXISTING CONDITIONS

Introduction                                 2-2
Planning Area Jurisdictions                  2-2
Regional Context                             2-2
Demographic Context                          2-3
Regional Development                         2-7
Environmental Context                        2-8
Utility Context                              2-14
Transportation Context                       2-15
Community Economics                          2-15
Regional Policy Context                      2-16


## CHAPTER 3: COMMUNITY INVOLVEMENT AND VISIONING

Introduction                                 3-2
Initial Township Meeting                     3-2
Community Involvement and Visioning          3-3
Public Open House Meetings                   3-3
Community Goals                              3-10


## CHAPTER 4: PLANNING POLICIES

Introduction                                 4-2
Quality of Life                              4-2
Environmental Resources                      4-3
Land Use                                     4-3
Annexation Concerns                          4-4
Community & Governmental Relations           4-4
Economic Concerns                            4-4
Transportation Concerns                      4-5
Housing Concerns                             4-5


## CHAPTER 5: PRELIMINARY LAND USE DISCUSSION

Introduction                                 5-2
Land Use Discussion                          5-2
Impact of Existing Conditions                5-3
Comparison to 1999 Union County
        Comprehensive Plan                   5-7


## CHAPTER 6: LAND USE PLAN

Introduction                                 6-2
Planning Methodology                         6-2
Land Use Plan                                6-3
Land Use Recommendations                     6-4
Land Preservation Techniques                 6-15


## CHAPTER 7: INFRASTRUCTURE, COMMUNITY FACILITIES & SERVICES

Introduction                                 7-2
Major Infrastructure Issues                  7-2
Provisions for Central Utilities             7-2
Vehicular Transportation                     7-2
Central Water and Wastewater Service         7-9
Future Alternate Transportation              7-11
Community Facilities & Services              7-15
Inventory of Community Facilities & Services 7-15


## CHAPTER 8: ECONOMIC DEVELOPMENT

Introduction                                 8-2
Major Economic Development Issues            8-2
Research Data                                8-3
Supporting Information                       8-6


## CHAPTER 9: IMPLEMENTATION / ACTION ITEMS

Introduction                                 9-2
Action Items                                 9-2
Community Goals, Objectives &
        Implementation Strategies            9-4


## BIBLIOGRAPHY                              10-2

Community Members

## 2008 COMPREHENSIVE PLAN UPDATE

### Jerome Township Trustees

| | |
|---|---|
| Robert (Bob) Merkle | Trustee |
| Ronald L. Rhodes | Trustee |
| Andrew Thomas | Trustee |

### Jerome Township Zoning Board Members

| | |
|---|---|
| Joe Sullivan | Chairman |
| Kent Anders | Member |
| Walter Buchanan | Member |
| Tracey Guerin | Member |
| Kermit Morse | Member |
| Richard Noland | Alternate |

### Jerome Township Staff

| | |
|---|---|
| Kathleen Crowley | Planning Coordinator/Zoning Inspector |
| Debbie Bollinger | Zoning Clerk |

### Bird Houk Collaborative Staff

| | |
|---|---|
| Gary Schmidt, AICP, ASLA | Principal in Charge |
| Gary Smith, APA, ASLA | Planner, Project Manager |
| Patricia Harmon, APA, RLA | Planner |
| Ashley Swazuk | Planning Intern |



Figure 1-1: Portion of Jerome Township Planning Area; Source: BHC

# EXECUTIVE SUMMARY

## BACKGROUND

This document is an update to the Burns, Bertsch, and Harris, Inc., Jerome Township Comprehensive Plan (CP), 2001-2005. The text portion of the CP was adopted by the Township On December 17, 2007, but the Land Use Plan was excluded from the document. The dynamics of the central Ohio region are changing rapidly; MORPC predicts the population of the US 33 Northwest Corridor will more than triple within the next 25 years. Jerome Village, a recently zoned planned residential community will add more than 2000 homes to the Township during this time. In addition, since the BB&H document was completed at least three other large scale mixed use developments have been proposed for sites within this corridor, Ohio Health has constructed a new full service hospital and the City of Marysville is constructing a new water reclamation facility. This update is intended to reflect these changes, the resident's desires and guide the community with its future growth and development.

## PLANNING PROCESSES

The Township initiated the process of updating the Land Use Plan in late fall of 2007. The planning process has taken nearly a year and has consisted of an extensive research and analysis process, community engagement, goal setting and land use decision initiatives. The process of engaging the community and soliciting feedback included interviews with the zoning commission and trustees, public input sessions, public goal setting meeting and two public meetings to discuss the preliminary development scenarios with the zoning commission and community.

## COMMUNITY GOALS

During the past 12 years, new residential growth in Central Ohio has trended to the northwest, as evidenced by new golf course oriented developments such as Tartan Fields, Scioto Reserve and Golf Village. Jerome Township, however has not experienced much new residential growth during those past 12 years, and has managed to ward off developers who may have wanted to develop land in the Township. With its proximity between Dublin and Marysville along the US 33 corridor- both of which have relatively aggressive growth plans- the Township realizes that its ability to stop new growth is diminishing. However, the reason behind their desire to stop new growth became clear as we talked with Township residents and leaders. The people of Jerome Township love the rural character that characterizes and surrounds their homes, and they do not want to lose that. Therefore, the number one goal is:

**Preserve & Retain the Rural Character of Jerome Township.**

A related issue that came up regularly and is related to this involves the fear of being annexed by adjacent municipalities. This sentiment was especially strong in the southern portion of the Township adjacent to Dublin. Historically, rural townships adjacent to growing cities

were often viewed as future growth areas for these cities. Today, many people choose to live in townships because of the rural character, peacefulness and slower pace than urban areas can offer. These people do not want to see these rural characteristics destroyed by urbanization, as this is what attracted them to live here to begin with. Annexations are essentially about providing services to the land to be developed (particularly sewer and water), so townships are at a disadvantage here. This is especially problematic for land that is contiguous to the adjacent city, which explains the heightened concerns for the southern portion of the Township), which leads us to goal number 2:

**Develop Strategies to Reduce Annexations.**

The people of Jerome Township are pragmatic, and they realize that their Township is in a position to benefit from new development. However, they are keenly aware that it is critical to control new development. How can we allow development to occur in certain portions of our township without sacrificing the quality of life and rural character they have come to know and appreciate? That leads us to goal number 3:

**Create Land Use Controls For Areas That Should Develop.**

There are many other goals and objectives that were articulated during this plan update, and they are contained in this document. But these are the "big three", and we view our job as helping the people of Jerome Township successfully address these goals.

## LAND USE PRINCIPLES

The Land Use Plan section of this Comprehensive Plan has a thorough discussion of the strategies and techniques that can be used to successfully address the goals above. In addition, there are many more goals, objectives and strategies in the Implementation section at the end of this report. The following represent the highlights and what we felt are the most important

recommendations from this Comprehensive Plan for Jerome Township.

**Sacred Sites-** decide which areas of the Township should be preserved at all costs (usually because of unique natural features or disruption to quality of life that extension of infrastructure would bring). Map these sites and make them a part of the civic and open space plan (see below).

**Bargaining Chips-** identify which areas could be sacrificed in order to maintain the rural character of the Township. These areas would include lands to the south which could be annexed to Dublin/Columbus and lands to the north which could be annexed into Marysville. When planning these sites, create development plans which will maximize tax generating benefits to the Township.

**Strategic Alliances-** develop partnerships with adjacent municipalities to achieve the annexation reduction goal. Consider the use of Joint Economic Development District's (JEDD) (especially along the Route 33 corridor), Cooperative Economic Development Agreement's (CEDA) and other forms of revenue sharing so that the township reaps some of the benefits from new development (you will get the impacts regardless).

**Infrastructure-** locate new development near existing infrastructure to avoid costly long term maintenance which could create a burden on the residents in the future. This is especially important for new residential growth, which has an inherently high Cost of Community Services (COCS) ratio.

**Compact Development Patterns-** promote developments that are dense and compact in the areas that are deemed appropriate for growth in order to preserve large land areas and rural character.

**Housing Mix-** promote a variety of lots sizes and housing types within new developments to ensure Jerome Township is a place your children and par-

ents can still live in ten years from now. Do not neglect to consider housing affordability, as this will tend to erode as the Township becomes more affluent.

**US 33/42 Interchange-** develop an overlay zoning district for this key intersection that focuses on the creation of high quality, tax advantaged and mixed-use developments for the Township. If possible, extend the (Community Development Athority CDA) that has been established by Jerome Village as a way to fund the costly infrastructure improvements.

**Open Space Plan-** create a long range master plan that accompanies a parkland dedication ordinance so that as development occurs the Township can require developers to fund some of the improvements and so that an interconnected series of greenways can be used for recreational purposes by future generations.

**Rural Character-** develop an inventory of contributing elements to rural character. This includes old fences, barns, historic homes, windmills and woodlands- anything that collectively adds up to making Jerome Township rural. Designate certain roadways as "scenic byways" to help preserve elements that contribute to rural character. In areas that develop adjacent to rural areas (especially residential), use large setbacks for homes that create an edge to these roads and do not allow homes to "back onto" these roads.

**Be Flexible-** the future is hard to predict, and the demographics of Jerome Township will evolve as the Township grows. Be willing to compromise if necessary in order to maintain focus on the really important matters (such as these principles).

## CHAPTER 1: INTRODUCTION

  



Image 1-1: Rural Character at the intersection of Hickory Ridge Road and US Rt. 42; Source: BHC

# INTRODUCTION

## PURPOSE

The Comprehensive Plan is intended to be a guide the Township leaders in the complexities of community growth for the next 5-10 years. It is a reference point for the Township that considers challenges facing the community including, land use, infrastructure, economics and community facilities. The Comprehensive Plan is not a regulatory document, but a "policy plan" which serves as the foundation upon which the Township will adopt regulations to implement the policies embodied in the plan. For example, while the future land use plan is not a zoning map, it will serve as the basis for proposed amendments to the zoning map.

The Comprehensive Plan process is based upon an extensive amount of research, analysis and public input. A Comprehensive Plan is a document that identifies a community planning process; land use; development and management of resources, programs and facility needs. It is used to guide the decision making process for the community for 5 to 10 years. Good plans are flexible, living guidelines and policies, self-correcting and adaptable to change.

Township Trustees and Zoning Commission members should turn to this plan when considering policy matters. They should consult this report to see the direction the plan sets forth and the more specific objectives it outlines for elements such as land use, transportation, community facilities and services.

Similarly, when the Township Trustees or other local boards, commissions or officials are considering new development proposals they should consult the goals and objectives as well as the portions which addresses the topic in question to see if it provides guidance and direction through its recommendations.

## STUDY AREA

The Jerome Township is located in the southeast corner of Union County, northwest of the City of Columbus, Ohio. The planning area is defined by the Township's original political boundaries (Franklin and Madison County line on the south, Franklin and Delaware County line on the east, Mill Creek Township and Marysville on the north and Darby Township on the west). The planning area represents approximately 23,040 acres or 36 square miles.

## PROCESS

The Comprehensive Plan is the culmination of a broad range of information collection techniques. The plan has two basic components: data collection and data utilization. Planning is an adventure in communication as well as in design and policy development. It is a process of compromise and collaboration in support of valued goals. This allows the community leaders to make both short-term and long range decisions regarding land use based on researched facts which eliminate or greatly reduce the impact of personal bias and/or special interests.



Figure 1-2: Jerome Township Planning Area; Source: BHC

The data collection portion of the process included research & analysis and public input sessions.

Research & Analysis - For this update, an extensive amount of research has been undertaken to verify the validity of the Existing Conditions section of the 2005 Comprehensive Plan. This information has been updated with current research where necessary. Information on the current land use policy of adjacent municipalities and townships has also been considered as well as changes in demographics, natural features, utilities, and transportation.

Public Input - As part of this process, the Township has hosted several public meetings to gather feedback from residents and develop community goals for the Comprehensive Plan. The goals, objectives and recommendations outlined in the report are based on the combined input from local residents, land owners, business owners and elected and appointed officials as well as representatives from Union County, Marysville and the City of Dublin.

Data Utilization - The data utilization portion of the process included creating the land use plan, planning policies and implementation strategies for the Township.

Land Use Plan - After synthesizing the gathered data, a preliminary land use plan was presented to Jerome Township for their input. Refinements to the plan from the public meeting helped finalize the new Land Use Plan recommendations.

Planning Policies and Implementation - The goals, objectives, principles and implementation strategies were established to guide the Township as new development occurs within the area.

This document is an update to the Burns, Bertsch, and Harris, Inc., *Jerome Township Comprehensive Plan*, 2001-2005. The CP document was adopted on December 17, 2007, excluding the Land Use Plan.

## CHAPTER 2: EXISTING CONDITIONS

  



Figure 2-1: Portion of existing Big Darby Watershed Map; Source: BBH/BHC

# EXISTING CONDITIONS

## INTRODUCTION

The Jerome Township Comprehensive Plan is a tool used to guide future development for the entire community. The purpose if the Existing Conditions section of this document is to form a data baseline, that will support the discussion for the subsequent Concept Plans and the Comprehensive Planning report. An important part of the process in creating the Comprehensive Plan (CP) is to examine all existing conditions that may have an impact on future decision making. These elements include: demographics, housing, economic development, transportation, land use, open space, natural resources, recreation, site conditions, political climates, growth trends, utilities and facilities. All of these elements play an important role in the development of a community and should be considered when planning for the future. It is difficult to make good decisions on the future of the township without first understanding the unique elements that make the township what it is.

## PLANNING AREA JURISDICTIONS

Jerome Township occupies the southeastern corner of Union County. It is bounded on the east by Delaware County and the City of Dublin, on the south by Franklin and Madison County; Darby Township bounds it on the west and Mill Creek Township and Marysville on the north. The Township is about 36 square miles and includes the unincorporated community of New California.

A critical economic boom for residential housing in the 1990's began the growth of both the City of Dublin and the Village of Plain City into the Township. The political boundaries changed as more people wanted to live within the municipal boundaries of both communities because of the services that were offered. During the 1990's the Village of Plain City annexed approximately 117 acres from the Township. During the past eight years another four parcels totaling approximately 130 acres were annexed into the Village of Plain City. The majority of Dublin's growth into the Township began in the mid nineties. Approximately 355 acres were annexed in the 1990's and another approximately 635 acres have been annexed since 2000.

## REGIONAL CONTEXT

The long range future growth of the Township cannot be considered on the internal characteristics of the Township only. There are many influences outside of Jerome Township boundaries that will have an effect on the growth and character of the Township. Jerome Township is situated in a rapidly growing corridor of Union County between the cities of Dublin, Marysville, Columbus and Delaware. Jerome is surrounded by several townships whose long range planning will have an effect on the character of development along the Townships' borders. These townships include: Darby Township-Union and Darby Township-Madison, Mill Creek Township and Concord Township in Delaware County. The future land use policy of each will be explored further in this document to better understand how decisions made by surrounding communities may affect

Jerome Township.

## DEMOGRAPHIC CONTEXT

### Population

### Union County

From 1990 to 2000 Union County experienced a population increase of 28 percent. In 2000 Union County had a population of 40,909. Union County population for 2006 was 46,702 according to the Ohio Department of Development. Only two counties in Ohio experienced higher percentage changes in total population from 1990 to 2000 – Delaware County (64.3 percent) and Warren County (39 percent).

### Jerome Township

In 1990 the unincorporated portion of the Township had grown to a population of 2,519. In 2000 the unincorporated portion of Jerome Township had a population of 3,033. Based on these numbers the unincorporated portion of the Township grew by approximately 20 percent from 1990 to 2000. The Ohio Department of Development (DOD) estimated Jerome Township population to be 3,456 in 2006. Figure 2-2 represents the historic population trend in the unincorporated portion of the Township from 1960 to 2000.

### Growth Forecasts

The importance of forecasting a community's population is the ability to then assess the physical impact of future population. Failure to plan properly for projected population growth can lead to large costs for the citizens of an area. High economic and infrastructure costs are a few of the many important issues facing citizens of a growing community.

A fundamental imbalance in land uses – either an improper mix of uses or in their appropriate distribution – can cause secondary impacts that reverberate throughout the other areas in a domino-like effect.

According to the Ohio Department of Development, Office of Strategic Research, Union County's population is projected to reach 85,193 by 2030 representing a



Figure 2-2: Historical Population Trend; Source: Burns, Bertsch, and Harris, Inc. (BBH)



Figure 2-3: Change in Population from 2000-2005; Source: MORPC



Figure 2-4: Projected Change in Population from 2005-2030; Source: MORPC

208 percent increase over the 2000 population, as illustrated in Figures 2-3 and 2-4. To date the majority of Union County's population growth has been concentrated in Jerome Township, Mill Creek Township, Allen Township, Darby Township, the Village of Plain City, and the City of Marysville.

There are several methodologies that can be used to estimate the future population of Jerome Township. Each method is based on historic population trends and does not consider other factors driving growth such as availability of water and sewer, improvements to the transportation network, and market conditions. Existing Township policies related to growth and development are also not considered.

**1990-2000 Decade Rate**

The 1990-2000 decade rate is based upon the population growth rate between the beginning and end of the last decade as reported by the United States Census Bureau. Applying the 1990-2000 rate results in the following forecast for Jerome Township:

**Table 2.1 – 1990 to 2000 Rate Forecast (2000)**

| Year | Population | Change | Percent |
|------|-----------|--------|---------|
| 2000 | 3,033 | n/a | n/a |
| 2010 | 3,640 | 607 | 20% |
| 2020 | 4,368 | 728 | 20% |
| 2030 | 5,242 | 874 | 20% |

1960-2000 Rate
The 1960-2000 rate is based on the average decade rate of change during these four decades. Using populations for the past forty years, this rate incorporates a broader historical perspective. Applying the forty year average decade rate of change results in the following forecast for Jerome Township.

**Table 2.2 – 1960 to 2000 Rate Forecast (2000)**

| Year | Population | Change | Percent |
|------|-----------|--------|---------|
| 2000 | 3,033 | n/a | n/a |
| 2010 | 3,746 | 713 | 23.5% |
| 2020 | 4,626 | 880 | 23.5% |
| 2030 | 5,713 | 1,087 | 23.5% |

Proportional Forecast
County level population forecasts (2000) have been prepared by the Ohio Department of Development through 2030. The County level forecast accounts for birth and death rates and well as in migration and out migration statistics. In 2000, Jerome Township was 7.4 percent of Union County's total population of 40,909. Applying this same percentage to the Union County population forecasts results in the following, Table 2.3:

**Table 2.3 – Proportional Forecast (2000)**

| Year | County Population | Jerome Twp Population |
|------|-------------------|----------------------|
| 2000 | 40,909 | 3,033 |
| 2010 | 50,736 | 3,754 |
| 2020 | 64,568 | 4,778 |
| 2030 | 85,193 | 6,304 |

**Growth Forecast Conclusions**

Based upon the Mid Ohio Regional Planning Commission (MORPC) data it is expected that by the year 2030, the Township will add between 2,200 to 3,300 new people. This new growth will create an increased demand in the Township for housing and other community facilities and services. This is evidenced by the addition of the Jerome Village project, which will provide an additional 1,500 new homes in the Township at build out. In addition, there are currently several other development proposals which, if approved and constructed would also add significantly to the township's population.

Based on current development plans submitted to the Township there would be an additional +4,120 new homes built over the next 20 years. Using the current

2.83 persons per household factor that would add an additional 11,660 people to the Township for a 384% increase in the Township population. (based on the 2000 unincorporated pop. 3,033). While it is not certain all of these plans will come to fruition, it is clear that the Township must decide how to handle the future projected growth. Will it be pro-active in deciding how growth will occur or will it resist growth and let others decide? When market demand and utilities coexist, the Township must either develop policies to handle growth or let annexation erode the unincorporated areas of the Township.

**Population Density**

Population density is the measure of the number of people per unit area. It is commonly represented as people per square mile which is derived simply by dividing total area population by land area in square miles.

The land area of the unincorporated portion of Jerome Township was approximately 34.8 square miles in 2000; therefore the 2000 population density of the Township was 87.2 people per square mile. For comparison the population density of Union County is 93.7 people per square mile. In 2006 DOD indicated that there are now 108 people per square mile.

**Age Distribution**

Age is an important factor in a demographic analysis because population groups of different ages have differing needs for services. For example, young families with children have greater requirements for educational and recreational services and facilities while senior citizens face a growing need for medical services, alternative forms of housing, and public transportation. Therefore, looking at projected age distributions can help a community prepare for the needs of its residents.

Figure 2-5 shows the population distribution in the Township in five-year age increments. Each bar in the chart represents the percentage of the population that fell into the age category during that census year. Between 1990 and 2000 there were significant shifts in



Figure 2-5: Age Distribution; Source: BBH

the age distribution of the population in a number of age ranges. The percentage of population in the 20-24, 25-29, 30-34, and 60-64 age ranges experienced the highest percentage decrease in population. In 2000 the median age of the population was 37.9 years. Approximately 28 percent of the population was under the age of 18.

The data from the 2005 CP Study section suggests two different patterns within the township. They are the general aging of the Township and desirability of the Township to families with children. As evidenced by the Comparison of Age graph between 1990 and 2000 the majority of the residents of Jerome Township were un-

der the age of 55. This along with the general growth in the percentage of school aged children suggests that Jerome is a desirable place for parents with children to raise their families. This is generally an indicator of good schools, affordability and safety.

The increase in most age categories between ages 40 and 85 are reflective of the general aging of the baby boomer generation. This indicates that as people age it will become more important for the Township to consider planning for services and facilities that are more appealing to an aging population. If the Township ignores these trends it will eventually cause people in the upper age categories to seek those facility and services elsewhere.

### Households and Housing Characteristics

From 1990 to 2000 the number of housing units increased from 1,200 to 1,468 respectively. Since 2000 another +436 residential units have been added to the Township. In 2000 the majority of housing units in the Township were owner occupied, (approximately 84 percent). The average household size of owner-occupied units was 2.83 while the average household size of renter occupied units was 2.77.

Over 90 percent of the housing units in the Township are one unit (either detached or attached). Four percent of the housing units contain two units while 1.7 percent of the Township's housing units are classified as mobile homes.

Of the population who lived in the township 5 years or more, 65 percent lived in the same house in 1995. Of the 34.9 percent of the population living in a different house in 1995, 10 percent lived in Union County while 24.9 lived in a different county.

Approximately 18.6 percent of the housing stock that existed in Jerome Township in 2000 was constructed from 1990 to March of 2000. From 1980 to 1989, 9.9 percent of the housing stock was constructed while 22.9 percent was constructed from 1970 to 1979. Approximately 48.7 percent of the Township's housing



Figure 2-6: First Year of Residence; Source: BBH

stock was constructed prior to 1970. See Figure 2-6.

In 2000 the median housing value of owner-occupied units was $146,000. As shown on Table 2.4, 7.2 percent of the housing units were valued between $300,000 and $499,999 while 1.2 percent of the units were valued between $500,000 to $999,999. The new homes built since 2000 range in price from $211,000 to over $500,000.

### Table 2.4 – Housing Value (2000)

| Housing Value | Percent of Owner Occupied Units |
|---|---|
| Less than $50,000 | 1.6% |
| $50,000 to $99,999 | 14.3% |
| $100,000 to $149,999 | 37.4% |
| $150,000 to $199,999 | 17.2% |
| $200,000 to $299,999 | 21.2% |
| $300,000 to $499,999 | 7.2% |
| $500,000 to $999,999 | 1.2% |

### Households and Housing Characteristics Conclusions

Currently the Township's housing options fall within the $100-300,000 range. This has allowed a reasonable range of housing choices and affordability for its current and future residents except for buyers aged 20-35.

This variety in housing makes Jerome Township a viable community for a variety of people of different demographic profiles and income levels. The diversity of housing helps support the sustainability of the community, encourages young families to locate in the township, allow people who provide services in the Township to live close to work and contributes to a better quality of life. The data also suggests that nearly 48% of the current housing is nearing or over 40 years of age. This could make the arrival of newer housing with more current amenities highly desirable in the Township. There have been approximately 436 residential building permits issued since 2000, almost all of the building permits were for single family residences. Most of those permits have been issued to the New California, Taylor Fields and Woods at Labrador developments. Of the proposed nine new residential developments only two are offering housing choices other than single family. (Price points for Jerome Village we projected to be in the $180-over $1mil range; New California is $269-300,000, Taylor Fields (6 lots in Jerome Township) in the $211,000 range and Woods at Labrador homes are selling around $499,000.) If this upward trend in home prices continues, then starter home buyers and senior home buyers may be forced to look elsewhere for new homes due to lack of affordability.

## REGIONAL DEVELOPMENT TRENDS

Jerome Township's proximity to Columbus, Dublin and Marysville positions it for rapid growth. As indicated by the new or proposed developments that are shown in Figures 2-7 and 2-8, most of the proposed development is adjacent to the City of Dublin or along the Industrial Parkway/US 33 or US 42 corridors. The development along this corridor has been a mix of commercial, light industrial, institutional and residential. By keeping a balanced mix of each of these land uses the Township will be better situated to avoid conflicts of traffic congestion and job creation. Sewer and water availability (discussed in Chapter 7: Infrastructure) and good transportation networks allow these areas to have a more compact development pattern. From 2000 to 2008 Jerome Township has lost approximately 767 acres to annexation in the areas.



Figure 2-7: Regional Context; Source: BHC

## ENVIRONMENTAL CONTEXT

The most predominant feature of rural areas is the abundance of open space. Open space and natural resource areas provide a number of benefits to a community. Green spaces contribute positively to residents' physical and mental well being. Open spaces provide recreational outlets as well as a refuge from the stresses associated with work and commuting. Open space dedication ordinances can be used to preserve significant natural and historical resources.

Open spaces not only contribute to the aesthetic and environmental qualities of a community, but also to its economic health. Historically, this type of land has not been seen as an economically viable resource. This idea is changing as communities learn the economic benefits of open space.

The preservation of farmland and open space has been viewed as a loss of tax base. However, recent cost of community studies and fiscal impact analysis have shown quite the opposite is true. While farmland pays less in taxes than residential land, it also demands far fewer community services and creates fewer service expenditures.

The amount of land in agriculture has been decreasing as residential, commercial, and industrial development increases. According to analyzing land transfers at the Union County Auditors office local farmers do not own much of the land currently used for agriculture; rather, the land is owned by individuals outside the community who are farming the land in order to keep it in CAUV (current agricultural use valuation), thus reducing the property taxes until the land is sold for development.

Another important issue is the long-term sustainability of existing and future septic systems. According to the Soil Survey of Union County, much of the soils within Jerome Township are not capable of adequately sustaining septic systems over a long period of time.

There is an abundance of natural features including streams, wetlands, and woodlands that make an impor-



Figure 2-8: Existing Land Uses; Source: BHC

tant contribution to the quality of life in the community. In terms of development, these features provide both constraints and opportunities. Natural features have a significant influence on future land use patterns for the community in conjunction with other factors such as existing land use, infrastructure, market factors, transportation and community regulations.

**Streams and Wetlands**

<u>Streams</u>
Practitioners categorize streams based on the balance and timing of the storm flow and base flow components. There are three main categories:
- Ephemeral streams flow only during or immediately after periods of precipitation. They generally flow less than 30 days per year.
- Intermittent streams flow only during certain times of the year when groundwater provides water for stream flow. During dry periods, intermittent streams may not have flowing water. Runoff from rainfall is a supplemental source of water for

stream flow.
- Perennial streams have flowing water year-round during a typical year. The water table is located above the stream bed for most of the year. Groundwater is the primary source of water for stream flow. Runoff from rainfall is a supplemental source of water for stream flow.

The Big Darby Creek is the largest perennial stream in the Township. The Big Darby Creek is regionally and nationally significant because of its ecological and scenic qualities. It is known for its diversity of fish (over 100 species recorded) and mussels (about 40 recorded) and has been declared a State and National Scenic River.

<u>Wetlands</u>
By definition wetlands are lands that are wet for significant periods during the year that typically create anaerobic (e.g. low oxygen) conditions favoring the growth of hydrophytic plants and the formation of hydric soils.

Wetlands are important natural resources providing



Figure 2-9: Streams, Floodplains and Wetlands; Source: Federal Emergency Management Agency, BBH/BHC

numerous values to society, including fish and wild-life habitat, flood protection, erosion control, and water quality maintenance. Figures 2-9 illustrates the wetlands and stream network of the Township including the 100 year floodplain of the Big Darby Creek, Sugar Run and Robinson Run.

<u>Darby Creek Watershed</u>
According to the Ohio Environmental Protection Agency the Darby Watershed is at a crossroad. The unique and diverse biological communities of fish, freshwater mussels and the associated benthic invertebrate fauna can be saved for posterity through wise water resource management and land use decisions. However, without sufficient action and precautions in the near future, declines in water quality and stream habitat may forever change the essential character of these streams.

Overall, one of the biggest threats to the Big Darby Creek is the conversion of farmland to suburban and commercial land uses. According to The Nature Conservancy, sedimentation, nutrient and chemical loading



Figure 2-10: Big Darby Creek Watershed;
Source: The Nature Conservancy



Figure 2-11: Big Darby Creek Watershed; Source: BBH/BHC

from agricultural fields and the stormwater runoff from urbanizing areas represent threats to water quality in the Big Darby Watershed.

According to a fact sheet published by the Ohio EPA on the Big Darby Creek Watershed Draft Total Maximum Daily Load (TMDL) Report, the TMDL report recommends flood plain widths ranging from 10 to 1,000 feet, depending on the stream segment. In these areas, wooded riparian corridors should be preserved if present.

Figure 2-10 illustrates the extent of the Darby Creek Watershed. Figure 2-11 provides a close-up of Jerome Township and the portion of the Township within the watershed.

### Woodlands

As shown in the dark green areas on Figure 2-12, a significant amount of woodlands exist in the Township. Many of these woodlands are located along the stream corridors creating a riparian buffer. Riparian buffers are important for several reasons. They filter pollutants from surface runoff, stabilize stream banks, reduce flood flow velocities, regulate water temperature, provide essential habitat for terrestrial organisms, allow for groundwater infiltration, and provide a basis for the aquatic food chain.

Other woodlands are scattered throughout the community. Woodlands contribute to the quality of life for resi-


Image 2-1: Tree Masses; Source: BHC


Figure 2-12: Tree Masses; Source: BBH/BHC

dents. Woodlands and trees help create a peaceful, rural atmosphere. Trees provide a visual barrier between individual properties and neighboring properties, an essential factor for preserving the rural atmosphere and property values.

## Prime Farmland

According to the U.S. Department of Agriculture, prime farmland is land that has the best combination of physical and chemical characteristics for producing feed, forage, fiber, and oil seed crops and is available for these uses. As illustrated by Figure 2-13, the majority of the Township is comprised of prime farmland soils. However, the productivity of the soil varies by location.



Image 2-2: Farmland; Source: BHC



Figure 2-13: Prime Farmland; Source: BBH

## Soils

The Soil Survey of Union County provides detailed information on the nature and behavioral characteristics of soils including productivity, development suitability, and permeability.

### Hydric soils

Hydric soils are formed under conditions of saturation, flooding or ponding long enough during the growing season to develop anaerobic conditions in the upper part. Hydric soils include soils developed under sufficiently wet conditions to support the growth and regeneration of hydrophytic vegetation. Soils that are sufficiently wet because of artificial measures are included in the category of hydric soils. Some series, designated as hydric, have phases that are not hydric depending on water table, flooding, and ponding characteristics.

These soils can serve as groundwater recharge areas and are often associated with wetlands. Figure 2-14 illustrates the location of hydric soils within the Township. While construction may occur on hydric soils, foundation support may be marginal because of soft soil and seasonal saturation. Foundation drains (exterior and interior) and waterproofing are necessary to prevent wet basements. Surface grading is often required to eliminate wet yards. Suitability for septic drain fields and infiltration trenches is poor because of the seasonal high water table and slow permeability.



Figure 2-14: Hydric Soils; Source: BBH

## UTILITY CONTEXT

The City of Marysville is in the process of building a Water Reclamation Facility (WRF) at US 33 and Beacher-Gamber Road to service southeastern Union County. The new WRF will service Jerome Village and other new and existing developments and homes in Jerome and Mill Creek Township. The City of Dublin has a service agreement with the City of Columbus to service the US 33 Corridor up to Brock Road; this is an overlap area with the City of Marysville sewer service area (see Figure 2-15). At this time Marysville has water and sanitary sewer lines already existing along Industrial Parkway to service commercial and light industrial developments.

A new water tower is proposed at the intersection of US 33 and US 42. The water tower is intended to service new developments in Jerome Township.

## COMMUNITY ECONOMICS

Union County/Marysville Economic Development Action Plan indicates two tax generation opportunity areas in Jerome Township. The first is the Taylor Road/SR 161 Opportunity Area (Jerome Township area between US 42 & SR 161 west of US 33). The second is the US 33/US 42 Opportunity Area (New California to North end of Industrial Parkway, see Figure 8-1).



Figure 2-15: Water & Sewer Agreement Plan with City of Dublin and Columbus Water & Sewer Agreement Area; Source: City of Marysville, Ohio with City of Dublin and Columbus Water & Sewer Agreement Area

Existing Conditions

## TRANSPORTATION CONTEXT

The latest draft of the SE Union County Thoroughfare Plan, 2008, Roadway Functional Classifications (Figure 2-16) indicates that in the future a new interchange will be added at US 33 and Houchard/McKitrick Road extension. Improvements to the US 33/SR 161 interchange are scheduled to begin in the near future. Jerome Village will be creating new connections; Ryan Parkway, Eversole Parkway, Hyland-Croy Extension, Home Road Extension and several local connectors to US 42. Two collector roads are proposed that parallel US 33 to accommodate local traffic.

**NOTE:** The inclusion of this draft Thoroughfare Plan into this Comprehensive Plan _is not_ to be construed as an endorsement of that Thoroughfare Plan by the Township.



Figure 2-16: 2008 Draft Thoroughfare Plan; Source: Union County Engineering

## REGIONAL POLICY CONTEXT

**City of Dublin**

In their community plan update, the City of Dublin has studied the US Route 33 corridor up to US Route 42. These studies reach beyond where their territorial agreement with the City of Columbus (sewer boundary) ends. These studies reflect what Dublin would envision for these area if property is annexed into the City. Two different distinct development areas are established– the "US 33 Corridor Area" and the "Northwest/Glacier Ridge Area." See Figure 2-17, both are described below. (Information taken from The 2007 Dublin Community Plan, adopted by City Council on December. 10, 2007.)

US 33 Corridor Area:
Dublin's planning goal established for this area is "to enhance the areas as a key employment and service center and as a prominent gateway to Dublin with high quality development, strong gateway treatments, and overall design features that exemplify the office and technology focus of the area." Dublin's vision for the west of U.S. 33 include high density office/R&D surrounding the Post Road interchange between Industrial Parkway and US 33, a mixed use village center at Post Road and Industrial Parkway, with a mix of low density office/R&D. High density residential and town center uses are located in the area of Houchard Road Extension and Warner Road. The plans for this area call for a mix of housing opportunities, high quality streetscapes and pedestrian environments, the preservation of natural features and high quality but flexible design standards.[1]

Northwest/Glacier Ridge Area:
Dublin's planning goal established for this area is "To protect the rural and natural character of the area and the Glacier Ridge Metro

Park by encouraging residential conservation development near the park and maintaining high quality employment uses near the Post Road interchange." The plan identifies the Glacier Ridge Metro Park as a defining element in the area and calls for future development to be in keeping with the rural feel of the Park and surrounding area. This character will be protected with open space or "conservation" design and large setbacks. What the plan defines as important elements is "the preservation of rural character and natural features, the creation of high quality residential development utilizing conservation development techniques, and the creation of employment opportunities adjacent to the U.S. 33 interchange."[2]

Their vision includes high quality offices and a mix of uses along the US 33/Industrial Parkway corridor and more open space development continuing in the Glacier Ridge Metro Park area. Dublin also hopes to preserve the rural character of this area.

---

[1] City of Dublin 2007 Community Plan. Columbus, Ohio: ACP Visioning+Planning, Ltd. Odyssey Press, 2008 Odyssey Press, Westerville, Ohio. 2007.

[2] City of Dublin 2007 Community Plan. Columbus, Ohio: ACP Visioning+Planning, Ltd. Odyssey Press, 2008 Odyssey Press, Ohio. 2007.



Figure 2-17: City of Dublin Future Land Use Plan, 2007; Source: City of Dublin, Ohio

### City of Marysville / Union County

The 1999 Union County/Marysville Comprehensive Plan (Figure 2-18) calls for a mix of uses within the unincorporated portions of Jerome Township ranging from agriculture / low density residential to light industrial, commercial and office uses. This plan recognizes the pressure for growth on this area and identifies the US 33 corridor / Industrial Parkway corridor as the most logical location to accommodate that growth because of the availability of sewer and water in the corridor. The highest concentration of uses is proposed for at the US 33 and US 42 interchange which is identified as a large commercial and office node. Moving outward from the commercial core the plan calls for medium density residential at a gross density of 1.75 du/acre. Light industrial and office uses are identified for the area along Industrial Parkway south of Mitchell-Dewitt Road.

Areas of the Township not located in the US 33 corridor are proposed as low density residential, agriculture/ semi-rural residential and agriculture/rural residential. The area of New California and old Jerome are shown on the plan as being Village centers that support the heritage of these areas and encourage re-investment to ensure their long term viability. The plan identifies preserving the Sugar Run and Big Darby Creek as a greenway. To the northwest of US 33 and US 42 interchange Marysville has identified the Industrial Parkway corridor for industrial uses extending out from Marysville all of the way down to Fladt Rd.

In their planning efforts Union County has recognized that the availability of sewer and water and the rapid growth of Dublin that has created opportunities and additional growth pressures on the Township. The Union County plan for the southeast US 33 corridor is a reflection of the City of Dublin's 1999 Comprehensive Plan for the area. Dublin's 2007 Plan update recognizes the added growth to the area.



Figure 2-18: Union County & Marysville Comprehensive Plan 1998; Source: Union County, Ohio

## Millcreek Township, Union County

In 2006 Millcreek Township updated their future land use plan, Figure 2-19. This plan also recognizes that the availability of sewer and water have changed the nature of future development within the Township. The recommendations outlined in this plan will have some impact on the future of land use along the northern border of Jerome Township. The plan makes note that a large portion of the land currently farmed in the Township is not farmed by the current land owners, meaning that many of the fields are being leased to other farming operations until other buyers and uses can be secured.

Land uses identified for the areas that border Jerome Township range from industrial, commercial and mixed use to medium and low density residential. For the areas along Industrial Parkway the plan recommends the extension of Marysville's industrial uses along with identifying office uses for the north side of US 33. The plan notes heavy truck traffic along US 42 and Watkins Road and identifies the intersection of Jerome Road

and US 42 as a suitable location to develop commercial uses that will capitalize on the heavy traffic, the growth of the area and provide increased tax revenue to the township. In the northeast corner of Harriott Road and US 42 the plan shows the potential for a mix of commercial uses and the desire to utilize traditional town center development features. On the north side of US 42 surrounding the commercial node at US 42 and Jerome Road the plan identifies a transition to medium density residential uses and from there to low density uses. Residential uses of up to 3 units per acre could be permitted (with sewer and water service) if accommodations are made for the appropriate reservations of open space and conservation site design. In the central (including the peninsula south of Harriott Rd.) and northern areas of the township the plan calls for an increased sensitivity to farming operations with new development and for the use of land conservation principles. Densities in this area will be permitted up to .5 units / acre.

The Township has recognized the increased growth



Figure 2-19: Mill Creek Township Comprehensive Plan, 2006; Source: BBH

pressure that access to sewer and water brings to the area and is actively planning for the management of that growth and the protection of farming operations in certain portions of the Township. The busy US 42 corridor has been identified as mainly suitable for medium density residential development and commercial especially at the intersection of US 42 and Jerome Road.

## Darby Township, Union County

Darby Township updated its plan in 2003 (Figure 2-20) and its land use recommendations may not have as much impact on the western border of Jerome Township. The two main land uses identified for the Township are agricultural and low density residential. The Township's Plan focuses on farmland preservation with subsequent recommendations to implement agricultural zoning to curb development. Darby Township was the first township in Union County to adopt agricultural zoning. Just west of the Village of Plain City, along the south side of SR 161 to the county line is a proposed commercial district.

## Darby Township, Madison County

Darby Township 2005 Comprehensive Plan (Figure 2-21) recommends agricultural land use along most of



Figure 2-20: Darby Township, Union County Comprehensive Plan, 2003; Source: BBH



Figure 2-21: Darby Township, Madison County Comprehensive Plan, 2005; Source: Madison County

Jerome's Townships southern border with a commercial district along both sides of SR 161from the county line to Cemetery Road.

### Village of Plain City

The Village of Plain City anticipates a slow to moderate growth rate, approximately 2.5% per year. Plain City maintains its own sewer plant, which was upgraded in 2006-2007 with the possibility of 1,500 new taps. Seven hundred and fifty taps were made available at this time. Two new developments in Madison County will take 387 of these taps. Ohio EPA will not allow the Village of Plain City to cross the Big Darby Creek with sewer lines. Thus most of the growth will be to the west

and the south of the village. The only possibility to develop sewer service to the east of the Darby would be to co-op with Union County and the City of Marysville.

### Concord Township

Concord Township Zoning District Map in 2002 (Figure 2-23) and its land use recommendation may not have much impact on the eastern border of Jerome Township. The two main land uses identified for the Township are Farm Residential and Low Density Residential. One small area is zoned for a Community Business District along Concord Road. In 2005 the Township added a Planned Residential Conservation District to its Zoning Code to promote the general public welfare, encour-



Figure 2-22: Village of Plain City Future Land Use Plan, 2003; Source: BBH



Image 2-3: Plain City; Source: BHC



Figure 2-23: Concord Township Zoning Map, 2002; Source: Delaware County Regional Planning Commission

age the efficient use of land and resources, promote greater efficiency in public utility services, and encourage innovation in the planning and building of all types of development.

## CHAPTER 3: COMMUNITY INVOLVEMENT & VISIONING





Image 3-1: Open Space at Harry Wolfe Park; Source: BHC

# COMMUNITY INVOLVEMENT & VISIONING

## INTRODUCTION

Public involvement in the master planning process is critical in order to build an informed constituency and to make educated decisions that account for the goals and desires of the entire community. Many residents differ in their opinions regarding various issues such as growth, community character, taxes, etc. Public involvement allows individual members of the community to express their concerns regarding the future of the Township and to help develop a consensus regarding the best solutions for moving forward. This recognizes the Township leader's expressed desire to ensure the community had an opportunity to participate in this update of the Comprehensive Plan.

The process for this update included a kick off meeting with the Township Planning Commission and Trustees. The purpose of this meeting was to gather input on various growth and fiscal concerns. Once the research portions of the project were completed and a significant amount of supporting data was present, the process was opened up to the community in a series of public meetings. These meetings were designed to inform the public on the issues facing the Township and to solicit public opinion regarding the future of the Township.

The Comprehensive Plan (CP) is a statement of objectives and policies that steers growth management, servicing, transportation, environmental protection, the promotion of agriculture and a variety of other issues in a jurisdiction or regional district.

## INITIAL TOWNSHIP MEETING

During the kick off meeting many of the issues that inspired the need for this update were discussed. One of the major issues driving the need for the update was the change in the marketplace and tremendous growth planned for the area over the past several years. Jerome Township's understanding of the inevitable growth opportunities that have developed and the lack of a final land use plan has created a need for a new Comprehensive Plan and Land Use Map. The largest concern raised by the Township leaders was to identify how best to maintain rural character throughout the Township and protect the natural features. This concern was based not only on the desires of the individual members of the zoning commission and trustees but also on feedback that had been received from various members of the community.

Other important concerns included:
- Annexation potential was the overwhelming concern voiced by those that attended the meetings
- The opportunity for development versus sewer service constraints
- Desire to eliminate piece meal development.
- Connectivity between Dublin, Marysville and Township.
- How US 33/US 42 and Industrial Parkway should be developed

## COMMUNITY INVOLVEMENT AND VISIONING

The Public Participation process from the 2001-2005 Comprehensive Plan included a Steering Committee, Visioning Exercise, Interviews, Strengths-Weakness-Opportunities-Threats (SWOT) Analysis, Target Focus Groups, Citizen Focus Groups, Community Survey and an Open House.  Using the Public Participation results from this process as a base from which to build on, the current public open houses and Township leader's input were used to engage public opinion. General observations between the SWOT Analysis questions presented to both groups are the following: the strengths that both sets of data produced where almost identical. The weaknesses in 2001-2005 focused more on the Township leadership and interest groups where in 2008 the focus is on traffic issues and growth. The Opportunities in 2001-2005 focused more on agricultural and industrial land uses whereas in 2008, the residents understood that growth was inevitable and that focusing in the quality of development and on balancing land use types was in the best interest of the community. The threats in 2001-2005 focused on sprawl and community services whereas in 2008, annexation related issues, traffic and densities were more often mentioned.  The 2001-2005 Comprehensive Plan public participation results are available at the Township Hall for anyone that would like to view them.

During the current Township public input process, which consisted of two open houses and a follow up public meeting, approximately 90 participants from various areas of the Township contributed their thoughts on a variety of subjects. With a sample size this small (3% of the population), the survey is only statistically valid as an expression of the interests of the self-selected group that attended the meetings. It is not necessarily valid as a description of the preferences and expectations of the entire Township population. The two public open house agendas included findings of the existing conditions research and gathering of community input. The final public input session presented the previous residents opinions and determined the goals and their desires for the future of the Township.

During the two public open houses the discussion was based upon the participants brainstorming questions on broad based subjects such as character, growth, transportation and land uses. Each community member ranked the results based on their belief of the order of importance.

Based upon this feedback the community and Township officials then came together for a third meeting to review the results of the previous meetings. Most of the audience had not participated in the previous two sessions, therefore confirmation and additional input to the material presented was an important part of this open house. Several members had questions concerning previous input and confirmation was rendered for the material that was presented.  Goals were presented and discussed and have been used in developing the Planning Policies contained in the next chapter.

## PUBLIC OPEN HOUSE MEETINGS

The main focus of these meetings was to gather the input of community members on various topics and to establish a conversation regarding the future of the Township. In these meetings, a variety of questions were brainstormed by the group and then answers to each question were ranked by each community member.  Each of the answers are weighted to determine the highest rating. Each participant was given red, yellow and green dots to rank what they felt where the most important issues. Then each color was weighted as follows: red was highest (3), yellow was a 2, and green was a 1. The results of those sessions are listed below



Image 3-2: Public Open House; Source: BHC

in the order of importance from highest to lowest.

**QUESTION 1 - How would you describe the current quality of life in the Township?**
**(Both Strengths & Weaknesses)**

| Public Participation Comments: Question 1a What are the <u>Strengths</u> of the Township? | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • School Districts | 3 | 0 | 1 | 10 |
| • Open Space | 1 | 3 | 0 | 9 |
| • Country living, open spaces | 0 | 3 | 2 | 8 |
| • Low taxes | 1 | 1 | 1 | 6 |
| • Safe place to live, you know your neighbors, schools | 1 | 0 | 1 | 4 |
| • Good neighborhoods | 0 | 2 | 0 | 4 |
| • Mixture of housing types | 0 | 1 | 1 | 3 |
| • Growth vs. no growth (participants where divided) | 0 | 0 | 0 | 0 |
| • Development vs historic "the way it was" | 0 | 2 | 0 | 4 |
| • Good amount of traffic (low noise) | 0 | 0 | 0 | 0 |
| • No city taxes | 0 | 0 | 0 | 0 |
| • Not incorporated- they like the Township. (which is why we moved here) | 0 | 1 | 0 | 2 |
| • Proximity to community services | 0 | 0 | 0 | 0 |
| • Short distance to other communities (easy access) | 0 | 0 | 0 | 0 |
| • Small governing body | 0 | 0 | 0 | 0 |
| • Upkeep of roadways | 0 | 0 | 0 | 0 |
| • Public Safety & Fire Department | 0 | 0 | 0 | 0 |

| Public Participation Comments: Question 1b What are the <u>Weaknesses</u> of the Township? | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Lack of zoning within Township; lack of enforcement | 5 | 0 | 0 | 15 |
| • Unresponsive Township government | 0 | 5 | 0 | 10 |
| • Traffic Flow – trucks @ rush hour | 1 | 0 | 4 | 7 |
| • Traffic is getting worse | 2 | 0 | 0 | 6 |
| • Annexation | 0 | 1 | 3 | 5 |
| • Through traffic, truck traffic on US 42 needs a separate roadway | 1 | 0 | 2 | 5 |
| • Demand on Growth | 1 | 0 | 1 | 4 |
| • Twp leadership- zoning discrepancies in the past | 0 | 0 | 4 | 4 |
| • Lack of sewer & water access & control | 1 | 0 | 3 | 6 |
| • Lack of quality job opportunities | 0 | 1 | 1 | 3 |
| • No diversity in communities for various age groups | 0 | 1 | 0 | 2 |
| • Loss of natural resources from future development | 0 | 0 | 2 | 2 |
| • Growth - divided by Marysville & Dublin | 0 | 1 | 0 | 2 |
| • Infrastructure | 0 | 0 | 1 | 1 |
| • Taxes put on residents | 0 | 0 | 0 | 0 |

**QUESTION 2 - What are the biggest threats to maintaining a high quality of life?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Densities are too high | 7 | 3 | 0 | 27 |
| • Increased traffic & traffic flows | 2 | 3 | 1 | 13 |
| • Protect property owners rights | 0 | 2 | 4 | 8 |
| • Future crime associated with growth | 2 | 1 | 0 | 8 |
| • Dublin requires more restrictions | 0 | 3 | 2 | 8 |
| • Industrial- environmental & ground water concerns | 0 | 2 | 3 | 7 |
| • Quality of architecture and landscaping | 2 | 0 | 1 | 6 |
| • Annexation - higher taxes, higher density, water & sewer bills | 2 | 0 | 0 | 6 |
| • Increased taxes with increased development | 0 | 1 | 3 | 5 |
| • Lack of control for what the future brings | 1 | 0 | 2 | 5 |

**QUESTION 3 - What are the most important issues the Township will face in the future?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Growth | 8 | 0 | 1 | 25 |
| • Maintaining open space | 6 | 3 | 1 | 25 |
| • Water & sewer with planning | 3 | 1 | 1 | 12 |
| • Annexation | 3 | 1 | 0 | 11 |
| • Governmental responsiveness & leadership | 3 | 1 | 0 | 11 |
| • Control density | 0 | 3 | 1 | 7 |
| • Traffic | 0 | 1 | 3 | 5 |
| • Represent current & future residents' interest | 0 | 0 | 2 | 5 |
| • Keeps existing structure in future planning (keep existing land uses) | 0 | 1 | 1 | 3 |
| • Balance personal property rights & community rights | 0 | 1 | 1 | 3 |
| • Strength of community and disposable housing | 0 | 0 | 2 | 2 |
| • Road expansion | 0 | 0 | 1 | 1 |
| • Service area for future residents & employees | 0 | 0 | 1 | 1 |

Community Involvement and Visioning

**QUESTION 4 - What should the Township's character be, and what elements define that character?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Country living | 8 | 1 | 2 | 28 |
| • Low density housing | 1 | 4 | 2 | 13 |
| • Parks (active & passive) | 1 | 3 | 0 | 9 |
| • Country living with city convenience | 1 | 1 | 0 | 5 |
| • Agriculture | 0 | 1 | 2 | 4 |
| • Open land with views and vistas | 1 | 0 | 1 | 4 |
| • Vegetation - green space- (farms or open space, we do not care which) | 0 | 1 | 1 | 3 |
| • Sunsets | 0 | 1 | 0 | 2 |
| • Rural character | 0 | 0 | 2 | 2 |
| • Water features | 0 | 1 | 0 | 2 |
| • History | 0 | 0 | 1 | 1 |
| • Livestock, animals, wildlife | 0 | 0 | 1 | 1 |
| • Freedom - balance restrictions | 0 | 0 | 0 | 0 |
| • Safety | 0 | 0 | 0 | 0 |
| • Inviting | 0 | 0 | 0 | 0 |
| • Small town character | 0 | 0 | 0 | 0 |
| • Light traffic | 0 | 0 | 0 | 0 |

**QUESTION 5 - What natural and cultural elements within the Township should be preserved or protected from development?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Existing homes | 5 | 1 | 0 | 17 |
| • Rausch Woods | 0 | 5 | 4 | 14 |
| • US Route 42- maintain as only two lanes | 0 | 4 | 3 | 11 |
| • Stream corridor protection | 1 | 3 | 1 | 10 |
| • Maintain vegetation along roadways | 0 | 3 | 2 | 8 |
| • Historic landmarks - e.g. Civil War statue | 1 | 1 | 1 | 6 |
| • Cemeteries - (add decorative fence for character) | 1 | 0 | 1 | 4 |
| • Darby Creek | 1 | 0 | 1 | 4 |
| • Rural architecture, barns & churches | 1 | 0 | 0 | 3 |

**Community Involvement and Visioning**

**QUESTION 6 - How can connections be improved throughout the Township?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Too much truck traffic | 3 | 1 | 0 | 11 |
| • Reduce speed limits | 1 | 3 | 1 | 10 |
| • Bike trails / pedestrian paths | 2 | 1 | 1 | 9 |
| • Bike lane vs bike path or trail | 1 | 2 | 2 | 9 |
| • Southwest area of the Township feels left out of the traffic planning process | 0 | 2 | 1 | 5 |
| • Better traffic control | 0 | 1 | 1 | 3 |
| • Round-a-bouts used as traffic controls | 0 | 0 | 1 | 1 |
| • Reduce or slow down truck traffic on Industrial Parkway | 0 | 0 | 1 | 1 |
| • Peak traffic concerns | 0 | 0 | 1 | 1 |
| • Separation of bike & pedestrian traffic from vehicular traffic (they did not appreciate sharing the road with bikes) | 0 | 0 | 0 | 0 |
| • No speed bumps | 0 | 0 | 0 | 0 |

**QUESTION 7 - What concerns you about annexation by surrounding communities?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Tax impacts | 4 | 4 | 0 | 20 |
| • Development Controls | 4 | 2 | 0 | 16 |
| • Corporate Park has petitioned not to be annexed into the City of Dublin | 4 | 0 | 2 | 14 |
| • Loss of freedoms | 1 | 0 | 5 | 8 |
| • We do not want to be the "garbage dump" of Dublin, we get the industrial & Dublin gets the revenues | 0 | 2 | 1 | 5 |

**QUESTION 8 - What are your feelings toward residential growth?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • 1 unit per 2 acres | 7 | 0 | 1 | 22 |
| • No cookie cutter developments | 3 | 4 | 1 | 18 |
| • Infrastructure to support traffic, schools must grow with residential growth, not be reactive | 2 | 1 | 1 | 9 |
| • Prefer residential over office or industrial | 2 | 1 | 0 | 8 |
| • Conservation development | 2 | 0 | 0 | 6 |
| • Don't like subdivisions | 0 | 1 | 4 | 6 |
| • Diversity in lifestyle and age | 1 | 1 | 0 | 5 |
| • Minimize apartments & condos | 1 | 0 | 2 | 5 |
| • No referendums | 0 | 2 | 0 | 4 |
| • Don't want residential growth | 1 | 0 | 0 | 3 |
| • 1 unit per 1.5 acres | 1 | 0 | 0 | 3 |
| • Active adult housing | 0 | 1 | 0 | 2 |
| • Diversity in price level and lot size | 0 | 0 | 1 | 1 |
| • Discourage residential development along major roadways | 0 | 0 | 1 | 1 |
| • Better architecture controls | 0 | 0 | 1 | 1 |
| • Intermixing (no segregation of housing types) [disagreements between participants] | 0 | 0 | 0 | 0 |

**QUESTION 9 - What are your feelings toward commercial growth?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Buffers | 6 | 1 | 2 | 22 |
| • "Place for it" US 33 & US 42 & Industrial Parkway - encourage industrial, commercial interchange | 1 | 5 | 0 | 13 |
| • Implement design standards | 0 | 5 | 0 | 10 |
| • Minimum setback from residential development & buffer different land uses | 0 | 0 | 8 | 8 |
| • Non-intrusive | 2 | 0 | 0 | 6 |
| • Need for better architecture controls (e.g. brick facade vs metal pole buildings) | 1 | 1 | 1 | 6 |
| • Service centers | 0 | 2 | 0 | 4 |
| • Better land use transitions | 0 | 1 | 2 | 4 |
| • Supportive infrastructure | 1 | 0 | 0 | 3 |
| • Office/commercial - 3 story limit | 0 | 0 | 0 | 0 |
| • Light industrial located in a specific zone | 0 | 0 | 0 | 0 |
| • Promote executive office | 0 | 0 | 0 | 0 |

**QUESTION 10 - How would you describe the current level of service provided by the Township?**

| Public Participation Comments: | Red | Yel | Grn | Total |
|---|---|---|---|---|
| • Sheriff has good visibility | 5 | 1 | 1 | 18 |
| • Fire department - very good | 0 | 3 | 5 | 11 |
| • Public awareness of future annexations | 2 | 1 | 1 | 9 |
| • Roads are poor at this time | 1 | 2 | 1 | 8 |
| • Need for internet service | 0 | 3 | 0 | 6 |
| • Best public service in the area | 1 | 1 | 0 | 5 |
| • Roads not up to good standards | 0 | 0 | 0 | 0 |

## CONCLUSIONS

The public participation portion of the comprehensive plan process reinforced Township residents desire to protect the rural character, open space and agricultural land use base from development. Township residents voiced their concerned about annexation and what that means to them as individuals. Community involvement allowed the Township officials to observe the concerns of their constituents. The public process identified fear of annexation as the most critical topic discussed by those residents that attended the community meetings. The resident's fears included the loss of freedom to maintain and develop their property

as they wished. Participants also sited increased crime rate associated with growth. At this time the Industrial Parkway Business Associations has sent around a petition to their members asking them not to annex into the City of Dublin. Public awareness for future annexations was also important. Creating an educational process for understanding the annexation process would be a good start to calm the residents fears. There are several ways in which annexation can be discourage and these will be discussed in subsequent chapters.

The residents cited a major reason for their desire to live in the Township included abundant open space, community facilities and services. Preservation of open space was high on the list of concerns from the com-

munity. Natural features such as Rausch Woods, the Big Darby Creek, Sugar Run and other existing waterways are important areas to maintain and protect. Open space to the residents means agricultural land, parks (both active and passive), large lot residential and land that does not have high intensity uses. The residents like low taxes, good schools, good visibility from the sheriff and fire departments, rural setting, and "country living with city conveniences." Most cited these reasons for moving to Jerome Township.

The residents understand that their juxtaposition to Dublin, Marysville and Plain City and their growth potential will impact Jerome Township in the future. Growth concerns include the placement of different types of land uses within the township and their relationship to adjacent land uses. An example would be the relationship between residential and industrial uses. Where different land uses abut each others apply quality buffers to screen users and require larger setbacks. The appropriate locations for industrial, commercial and retail land uses would be in areas where existing infrastruc-

ture and traffic access can be controlled. They would also like to see implementation of higher quality design standards for new uses coming into the Township. The residents feel that past Township leaders have been unresponsive to residents concerns for zoning enforcement, water and sewer planning, development controls and protection of property owner's rights. Township residents want to make sure that new residential, industrial, office, and commercial development is placed in appropriate locations.

Traffic, circulation, and connectivity were community involvement concerns. Also mentioned throughout the process was quantity, speed, type, location and controls of roads. Long time residents are seeing an increase in traffic as development occurs. The increase in rush hour traffic, increase in truck traffic and increased speeds by vehicles moving through the township has created safety issues. Reducing speeds, adding traffic controls and designing infrastructure to support traffic and schools were items that the community would like to see happen as development occurs. By allow-



Image 3-3: Rural Residential on Crottinger Road; Source: BHC

ing commercial, retail and industrial land uses on SR 42, Industrial Parkway and US 33 traffic concentrations could be maintained in a relative small area within the Township instead of sprawling through out the region. Connectivity and circulation throughout the Township must be addressed at both a local and regional levels.

Good, safe neighborhoods were also cited as important factor for moving to Jerome Township. Residential development concerns include retaining existing homes and creating cooking cutter developments at high densities. The residents would like to see low density housing at 1 unit per 2 acres or greater and a mixture of housing types to service all generations of residents. There was also the concern that as the community grows the public services and facilities (such as roads, sewer and water, schools, parks and recreational opportunities) grow with/or ahead of development and not be reactive.

Goals that align to the community needs will be determined in large part by the effectiveness and thoroughness of the public participation process and by the diligent leadership of the Township Trustees. Public involvement is an evolving process; the following goals align to the community needs as articulated at the time of the visioning process. The next step is to define the goals through the input of the Planning Commission and Township Trustees.


Image 3-4: Natural Resource Preservation at Big Darby Creek; Source: BHC

## COMMUNITY GOALS

General goal categories developed through the planning process include:
- Quality of Life
- Environmental Resources
- Land Use
- Economic Development
- Community Facilities
- Transportation
- Housing

Each of these categories shall be broken down into goals. Where applicable objectives and implementation ideas are included in Chapter 9: Implementation / Action Items.

### QUALITY OF LIFE

**Goal 1:**
Protect and enhance the Township's lifestyle by maintaining the rural character, the quality natural environment and, where appropriate farms.

**Goal 2:**
Recognize agricultural and other productive open spaces as important elements of the local economy, character and setting.

**Goal 3:**
Maintain a high quality physical environment that provides quality residential opportunities supported by small businesses, preserved open space and historic character, and improved public areas.

**Goal 4:**
Foster scenic and recreational opportunities that meet the needs of area residents.

### ENVIRONMENTAL RESOURCES

**Goal 5:**
Guide new development in a manner that preserves natural features and environmentally sensitive areas such as wetlands, lakes, steep slopes, and groundwater recharge areas.

**Goal 6:** Promote stormwater management strategies and low impact design techniques that focus on both water quality and quantity.

**Goal 7:**
Encourage the preservation of natural resources that support the community's quality of life and define its character such as; tree stands, archeological resources, historic resources, view sheds, and wildlife habitats.

**Goal 8:**
Identify greenway linkages and new open space opportunities throughout the Township in conjunction with improved stormwater management measures and the reestablishment of former riparian buffers and forested areas.


Image 3-5: Farm Field on US Rt. 42; Source: BHC

## LAND USE

**Goal 9:**
Promote quality development that respects the environmental assets and rural character while encouraging a balance of land uses that support a healthy tax base.

**Goal 10:**
Promote Conservation Design in areas with abundant sensitive natural features and low density designations.


Image 3-6: Rural Road on Wells Road; Source: BHC

**Goal 11:**
Ensure the compatibility of proposed land uses with existing land uses and determine the appropriate land uses and their locations throughout the Township while establishing appropriate densities for each use.

**Goal 12:**
For environmentally sensitive areas without access to utilities, promote and educate land owners on the use of farmland preservation and resource preservation.


Image 3-7: Jerome Twp Rest Area on US Rt. 736 and US Rt. 42; Source: BHC

**Community Involvement and Visioning**

## ECONOMIC DEVELOPMENT

**Goal 13:**
Create and identify incentives to preserve historic areas, open spaces, natural features and farms.

**Goal 14:**
Promote 'pay as you grow' policies to ensure adequate services are provided with new development, without placing additional burden on existing taxpayers.

**Goal 15:**
Create a sound local economy that supports businesses, promotes smart growth, encourages clean, high-tech industry, and ensures and improves the overall quality of life.

**Goal 16:**
Explore development opportunities that are consistent with the existing markets in order to strengthen the existing economy, create employment opportunities and generate tax revenues.

**Goal 17:**
Where land is suitable for development, provide adequate opportunities for land owners to develop in the Township in order to discourage annexation to surrounding cities.

## COMMUNITY FACILITIES

**Goal 18:**
Improve the Township's communication and cooperation with neighboring local jurisdictions.

**Goal 19:**
Maintain the high level of services offered to Township residents.

**Goal 20:**
Provide, anticipate and plan for a full range of public facilities which are convenient and accessible to all residents.



Image 3-8: Residential Diversity; Source: BHC

## TRANSPORTATION

**Goal 21:**
Establish and maintain an adequate road system to safely and efficiently move goods and people through the area.

**Goal 22:**
Provide mobility choices that meet the diverse needs of the community - including bike lanes, expanded bike/walking trails, and a safe, improved and less congested road and public transportation network that is more efficient and attractive.

## HOUSING

**Goal 23:**
Undertake a variety of strategies to preserve housing affordability and to increase housing density and diversity in appropriate locations.

**Goal 24:**
Develop residential design guidelines and development standards to promote architectural integrity and consistency in the Township's housing stock.

## CHAPTER 4: PLANNING POLICIES

  



Image 4-1: Open Space at Harry Wolfe Park; Source: BHC

# PLANNING POLICIES

## INTRODUCTION

This section of the comprehensive plan is critical in the development of planning policies that will guide the Township into the future. Although the Land Use Plan map will provide recommendations for the location of various land uses, it is critical that the plan maintain some degree of flexibility in regards to the exact boundaries of those land uses. The purpose of these planning policies is to augment the Land Use Plan and to provide guidance for all land use and growth decisions. For this reason the input gathered from the trustees, planning commission and community members has been an important part of developing these policies.

As development proposals are made for individual tracts of land, it may become necessary to make land use decisions that vary slightly from those shown on the Land Use Plan. This could result for a number of reasons- changes in the marketplace that reflect new development trends, changes in utility availability, an assemblage of land that is large enough to warrant a slightly different land use mix. While minor adjustments can be made, future growth decisions and applications for re-zoning should be weighed against the policies developed in this chapter to verify that it is in conformance with the goals and objectives of the Township.

To some extent, these policies have been developed in response to the issues discussed during community meetings and public input sessions; in effect they rep-

resent the current values of the community. Because these policies have been developed as a result of the community process they should be viewed as governing values when specific challenges arise. To promote a better understanding of these policies they will be grouped together as they relate to specific issues.

## QUALITY OF LIFE

During community input sessions the community overwhelmingly expressed that the quality of life in the Township was highly dependent upon maintaining the **rural character** and open spaces within the Township. The following policies should be adopted by the Township to ensure those desires are met.

- Open space is seen as a critical resource to maintaining quality of life and will be provided in all residential development.

- The Township will not permit new residential developments to encroach upon existing rural road corridors and will establish increased setbacks for development adjacent to the Township existing roads.

- The Township will not permit new housing developments to back housing up to existing roads contributing to rural character.

- Where suitable utilities are not present and/or significant environmental constraints exist, the Township will discourage development requiring costly extensions of sewer and water lines and will pro-

mote agricultural preservation through education and awareness.

- In areas designated appropriate for residential growth and where sewer and water is available, the Township will promote the use of conservation design principles to preserve existing natural features and retain rural character.

## ENVIRONMENTAL RESOURCES

The Township has recognized the importance of environmental resources as an integral part of the character of the Township and the quality of life. Maintaining these critical resources was identified as a top priority by both the Township leaders and residents. The following policies address these concerns.

- In all future re-zonings and development approvals the Township will provide for the preservation of streams, creeks, wetlands, riparian corridors, woodlands and other significant natural features through the use of stream buffers, conservation easements and/or tree replacement policies.

- All future development approvals will support the initiatives of the Darby watershed and will insure that all EPA requirements are met for development within the watershed.

- The Township will make efforts to protect natural features and structures in the Township that have historic or cultural significance.

## LAND USE

The subject of land use is often the most talked about subject during a comprehensive planning process. For Jerome Township, community concerns range from protecting agriculture and community character to buffering land uses and establishing appropriate locations for varying land uses and densities. As it relates to commercial and industrial lands most people feel that business growth was appropriate and even desirable in the right locations. Residential growth was viewed as

inevitable, and the discussions revolved mostly around determining the right locations and controlling density. The following policies address general land use concerns.

- Adopt this Comprehensive Plan as a policy document and only promote development that is in conformance with the goals, objectives and policies contained herein.

- Promote the use of Planned Districts for all new zonings to establish quality control over residential, commercial and industrial developments within the Township.

- Concentrate industrial and commercial development along major traffic thoroughfares where traffic volumes benefit this land use and where access to sewer and water services is readily available.

- To ensure compatibility between land uses and maintain a supply of land for economic development, the Township will not endorse the intrusion of low density residential uses into high traffic areas designated for commercial / Industrial uses.

- To ensure adequate transition and buffering between higher intensity industrial / commercial uses and new / existing residential uses.

- Encourage development of small convenience retail centers that service adjacent neighborhoods (provided they are located in areas where adequate infrastructure exists).

- Recognize agricultural land as an important contributor to the local economy and the community and encourage & support the preservation and operation of farmland.

- Establish and enforce development standards for commercial and industrial buildings that help promote the image of Jerome Township as a quality place to locate and do business.

## ANNEXATION CONCERNS

Throughout the process much concern was expressed by the community regarding annexation. To some annexation means a lack of control over the future of the Township because of varying planning policies of adjacent municipalities. For others annexation brings the fear of higher taxes and/or increased growth threatening the rural quality of life that most people cherish within the Township. Some residents even saw annexation leading to more governmental interference into their daily lives through increased land restrictions, forced utility connections and changes in regulations. While Townships have limited ability to defend against annexation the following policies can help the Township deal with these issues.

- Explore ways to collaborate with neighboring jurisdictions to secure high quality utility services for residents without the requirement of annexation.

- Explore partnerships with neighboring communities to combine planning efforts and share in economic development revenues in order to reduce inter-jurisdictional competition over development.

- Where annexation is possible, consider options such as increased density or streamlined development approvals to create incentives for property owners to develop in the Township.

- Collaborate with neighboring jurisdictions to maintain a voice in regional discussions that will support the community's goals and objectives and make neighboring municipalities aware of the planning policies of the Township.

## COMMUNITY & GOVERNMENTAL RELATIONS

During the community participation meetings the residents of Jerome Township expressed some concerns over the responsiveness of Township officials to community concerns and over the communication level between the Township leaders and the residents of the community. These concerns are not unique to Jerome Township and typically exist between residents and their governments. To address these concerns, it is essential that the Township government establish a level of transparency to make information regarding decisions that affect future growth and Township policies available to the larger community.

- Promote transparency between residents and Township officials by establishing improved methods of communication, by providing regular updates on Township actions and events and by encouraging community participation.

## ECONOMIC CONCERNS

The residents of Jerome Township expressed their concerns over how growth would affect their economic outlook. While most of the discussion centered around taxes there was also mention of economic sustainability and provision of services. The following policies address economic concerns:

- Promote "pay as you grow" policies to insure that the extension of infrastructure to service new development does not burden existing taxpayers.

- Support development that provides local employment, supports the community and services the needs of the existing residents, thereby reducing the community's need to go outside the Township for employment, goods and services.

- Promote office and industrial growth to balance the cost of community services and reduce the burden on the residential taxpayer.

- Promote Joint Economic Development partnerships with neighboring communities, especially along the US 33 and Industrial Parkway Corridors.

## TRANSPORTATION CONCERNS

During the public input process there was much discussion about transportation related issues. Items discussed included the conflict between bicycles and motorized vehicles, truck traffic, and traffic control in general. The following policies address transportation related issues.

- Ensure proper access management measures and connections between adjacent properties to reduce the necessity for vehicles to access existing roads and to improve safety and aesthetics.

- Develop new collector roads where appropriate to reduce impacts from new developments on existing rural roads.

- Provide alternate mobility choices to meet the needs of the community including safe and efficient bicycle and pedestrian travel as well as a safe and efficient road network.

- Maintain an open line of communication with Union County and ODOT engineers to ensure Jerome Township's needs and interests are represented in the region.



Image 4-2: Typical Township Road; Source: BHC



Image 4-3: Housing on Hickory Ridge Road; Source: BHC

## HOUSING CONCERNS

One of the unintended consequences of good planning is that housing affordability typically declines as an area grows. In addition, developers tend to build housing that is marketable, and certain segments of the population (e.g. empty nesters and young adults) do not have a full range of housing options to stay in the community. The following policies address housing related issues:

- Promote a variety of lot sizes and housing types within new developments.

- Promote compact development patterns (cluster housing) in areas suitable for medium to high densities in order to preserve large open space areas and hence retain rural character.

Planning Policies

# CHAPTER 5: PRELIMINARY LAND USE DISCUSSION

  



Figure 5-1: Partial Section of Preliminary Land Use Concept; Source: BHC

# PRELIMINARY LAND USE DISCUSSION

## INTRODUCTION

The process of determining future land use takes into account the processes and synthesize the information presented in previous chapters. By understanding the suitability of land development both economically and physically, we can create a buildable/non-buildable map which can be used to guide the next step of creating a land use plan.

## LAND USE DISCUSSION

### Preserving Rural Character

What defines rural character is often a perception unique to the individual. One person may interpret rural character by low density development; another may only recognize it where there is the complete absence of man-made features, such as signs and buildings. Regardless of any individual interpretation of rural character, it remains true that as more people are attracted to rural areas, preserving the unique character of a region becomes a challenge.

Aside from aggressive open space and farmland preservation planning programs, zoning standards and design guidelines are the most effective tools for preserving rural character.  For communities that want to retain rural character, the goal is to maintain enough of the contributing elements to rural character that it remains a dominant feature of the landscape, while still allowing beneficial growth for the community. This can be achieved by requiring large setbacks along existing roads and encouraging preservation of barns, fences, and other contributing elements. Some guidelines can be incorporated into the zoning resolution while some standards can only be imposed through the use of a PUD (Planned Unit Development).

The conflict between pro-development and no-development groups within the Township has stalled efforts to create a common vision for the future. Residents within Jerome Township are deeply divided between those who feel they should be able to sell their land for development and those that do not want to see growth happen. If land does develop some feel it should be in the form of large lot/farm single family development only. Because of the lack of an updated Comprehensive Plan, adjacent jurisdictions are not aware of what the Township wants for the future. Thus they have created



Image 5-1: Rural Character, Bell Road; Source: BHC

plans within their spheres of influence on sites within the township that incorporate their own goals and desires. This has resulted in hostility from the Township residents toward neighboring municipalities and fears of annexation. Planning does not have to be an adversarial process. The Comprehensive Plan process may be used as a means to accomplish many of the goals the Township would like to see articulated in the future.

## IMPACT OF EXISTING CONDITIONS

### Existing Land Use

The existing land use composition and development patterns within the Township must be understood to help develop future growth patterns, economic development and conservation management. To determine the type and location of land uses currently in the Township, parcel data was obtained from the Union County Auditor. This data was supplemented by field work and 2003 aerial photography in order to create an existing land use map, Figure 2-7.

### Existing Land Use Descriptions

#### Agricultural
Approximately 75 percent of the Township is agricultural but only 0.4% of the population list themselves as farmers, Image 5-2. However, a large portion of the land is owned by developers and other land speculators who lease the land to local farmers in order to keep the land enrolled in the CAUV (current agricultural use valuation) program, thus keeping their taxes low.

#### Residential
Approximately 14.5 percent of the Township is residential development, predominately single family. The single-family residential development varies from linear development along existing roadways to large subdivisions. The average lot size varies depending on the availability of central water and sewer. Most residential development without central water and sewer are located on 2 to 5 acre lots, Image 5-3.


Image 5-2: Agriculture on US Rt. 42; Source: BHC


Image 5-3: Residential off of Hickory Ridge Road; Source: BHC


Image 5-4: Residential at Oak Ridge; Source: BHC

**Preliminary Land Use Discussion**

In the New California Woods subdivision where central utilities are available, the average lot size is approximately 1/3 to 1/2 acre, Image 5-4. The average lot size in the Township's older subdivisions (Kimberly Woods, Frazier Estates, and Weldon Estates) are 3/4 to 1 acre. Today a single family home requires a minimum of 1.5 acres for on site septic fields depending on the soils, size of the home and number of bathrooms.


Image 5-5: Parks and Recreation at Harry Wolfe Park; Source: BHC

## Parks and Recreation

Approximately 6.5 percent of the Township is being used for parks and/or recreational purposes. These areas include the Township's Harry Wolfe Park, Image 5-5, the Glacier Ridge Metro Park, the Rolling Meadows Golf Course, Civil War Statue area in New California, and the portion of the Tartan Fields Golf Club located within the Township.

## Commercial

Slightly less than 3 percent of the Township is either in commercial, office or warehousing use, Image 5-6. Commercial uses are broadly defined as any facility for the buying and selling of commodities and services. Commercial uses include retail, as well as other establishments that render services rather than sell goods. Office uses are administrative, executive, professional, research, and/or laboratories that have only limited contact with the public and that sell no merchandise or provide no merchandising services on the premises, except as an incidental use. Warehouses are engaged in storage, wholesale, and distribution of manufactured products, supplies, and equipment.


Image 5-6: Commercial on US Rt. 42; Source: BHC

## Light Industrial

Less than one percent of the Township is being used for light industrial or manufacturing purposes. The majority of manufacturing or light industrial uses are located in the Mitchell Industrial Park, east of Industrial Parkway, where central utilities are available, Image 5-7.

## Community Facilities

Approximately 0.3 percent of the Township is being used for community facilities. Community facilities include Township facilities such as the Fire Station, Township Hall, schools, and cemeteries, as well as churches


Image 5-7: Existing Office / Industrial Use on Industrial Parkway; Source: BHC

and other publicly owned lands, Image 5-8.

### Understanding Suitability of Land for Development

Aside from considering existing land use and development patterns, another analysis technique on which to help base land use decisions is to study the suitability of land for development. Non-buildable lands are those distinguished by natural features such as ponds, streams, wetlands, poor soils, slopes of particular significance, floodplains and riparian corridors. Non-buildable lands also are comprised of man made elements such as utility easements, cemeteries, railroads and airports. Buildable areas are essentially the lands that remain after netting out non-buildable sites and that are characterized by a lack of environmental constraints to development. As a policy, building in floodplains and floodways should be avoided, not only for protection of stream corridors, but also for protection of downstream private property from flooding. For sites with water courses but no charted floodplain, it

is recommended that a survey be consulted to establish appropriate stream buffers. Each of these elements should be protected by an appropriate setback to limit unnecessary building and engineering and to protect such features, see Figure 5-2.

### Four Categories of Development Constraints

When looking at environmental and infrastructure characteristics for determining suitability of land for development, this study identifies four levels of constraints. The first and most restrictive category is labeled "preservation," which identifies land with severe development constraints. These areas consist of publicly owned lands (e.g. Metro Parks), utility easements, floodways and floodplains, wetlands, major tree stands, steep slopes, and important archeological or endangered species. The second category is labeled "most restrictive" and identifies land having significant constraints. These areas consist of land having two or more significant development constraints (e.g. lack of utility service, steep



Figure 5-2: Buildable vs. Non-Buildable Map; Source: BHC

slopes, wooded areas, poor soil conditions). The third is labeled "moderately restrictive" and identifies land having some constraints. These are areas having fewer development constraints (e.g. sites within the Darby Watershed, steep slopes, and/or heavily vegetated areas). The last and least restrictive category consists of land with few constraints, and is characterized by flat, well drained sites with easy access and the availability of sewer and water, see Figure 5-2. See Chapter 2 for an analysis of the constraints and a map of the various categories identified.


Image 5-8: Community Facilities on Industrial Parkway; Source: BHC

### Economic Development Opportunities

Jerome Township's proximity to Marysville, Columbus, and Delaware with major thoroughfares for moving goods and services creates great opportunities for business development. The primary characteristics for determining favorable development areas are natural resources, good schools, skilled labor, capital, and stable political environment. Prime real estate for development includes lands that have access to utilities, good infrastructure connections with preferred turning access points, proximity to a specific number of roof tops to support both employment and consumption of resources. See Chapter 8: Economic Development for greater detail.


Image 5-9: Preservation of Resources on Crotting Road; Source: BHC

## COMPARISON TO THE 1999 UNION COUNTY COMPREHENSIVE PLAN

Jerome Township Officials have asked the planning team to review the differences and similarities from the 1999 Union County Comprehensive Plan, see Figure 5-4. The dynamics of the central Ohio region are changing rapidly; MORPC predicts the population of the US 33 Northwest Corridor will grow by more than 500% within the next 23 years (see Figure 5-3). Therefore the 1999 Union County Comprehensive Plan, although relevant 10 years ago needs to be updated to reflect recent developments and current market trends. This Comprehensive Plan is intended to reflect those changes and to guide the community with its future development. The deviations from the 1999 Union County Plan are necessary because a variety of elements have changed over the past 10 years including:

- Glacier Ridge Metro Park
- Annexations
- New Marysville Water Reclamation Plant
- Dublin Methodist Hospital
- Proposed Jerome Village and Bayly Pointe
- Other proposed developments



MORPC 2007 Transportation Plan/Land Use Forcasts Trends Developing Areas

| Growth Area | Population | | | Households | | | Employment | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 2005 | 2030 | 2000 | 2005 | 2030 | 2000 | 2005 | 2030 |
| 1 US33 NW | 2,700 | 3,800 | 21,800 | 1,000 | 1,300 | 8,700 | 700 | 1,200 | 7,300 |
| 2 US23 N | 13,700 | 20,200 | 39,600 | 4,800 | 7,100 | 15,700 | 3,800 | 6,900 | 13,900 |
| 3 SR161 E | 5,900 | 6,300 | 10,700 | 2,100 | 2,200 | 4,300 | 900 | 1,500 | 12,700 |
| 4 Pataskala | 10,000 | 12,700 | 32,100 | 4,100 | 5,100 | 13,700 | 2,700 | 3,000 | 12,300 |
| 5 US33 SE | 12,600 | 20,700 | 35,500 | 4,700 | 7,900 | 15,000 | 4,300 | 5,100 | 14,500 |
| 6 Rickenbacker | 3,700 | 3,800 | 9,100 | 1,300 | 1,300 | 3,600 | 3,200 | 3,700 | 14,900 |
| 7 Grove City | 17,800 | 20,500 | 37,900 | 6,600 | 7,600 | 15,100 | 4,700 | 6,500 | 13,200 |
| 8 Hayden NW | 41,400 | 48,100 | 65,800 | 15,500 | 18,100 | 27,800 | 14,300 | 16,800 | 30,900 |

Figure 5-3: MORPC 2007, Trends Developing Areas; MORPC

Land taken off the development market include the Glacier Ridge Metro Park. The Park was in the early planning stages in 1998; current land holdings are approximately 1,038 acres. Annexation form local jurisdictions since 1998 are totaling close to 1,000 acres.

Population increases over the past 10 years and a number of proposed large scale developments (such as Jerome Village, Bayly Pointe, Select Sires, New California, Skilken and Halls Corners), have created the need for updating the county's transportation plan and utility service planning area. These proposed new developments have contributed to the need for a new water reclamation facility in the area. The new Marysville Water Reclamation Facility and City of Columbus changes to the Area Wide Waste Treatment Management Plan (prepared pursuant to Section 208 of the Clean Water Act-(CWA)) will change growth patterns in the area. The EPA development restrictions within the Darby Creek Watershed address the environmental concerns for water quality of the Big Darby Creek and its tributaries.

The economic opportunities in the area have increased as the job market in the region has improved. The synergies of Dublin Methodist Hospital, Central Ohio Innovation Center, the new Marysville Water Reclamation Plant, Jerome Village, other proposed developments (e.g. Bayly Pointe and Select Sires) has created the need for an update to the current plan. As much of this new growth will be centered at the intersections of US 33/SR 42 and US 33/SR 161, increased traffic projections is forcing the US 33/ SR 161 interchange to be replaced over the next couple of years. Dublin Methodist Hospital has been built within close proximity to the area, creating job opportunities and destination points. The proximity to employment and infrastructure creates opportunities for additional residential growth.

The US 42/US 33 interchange area has been a focus of interest by developers who are interested in adding commercial and residential developments within the area. Most of the interest has been on the northeast side of US 33, however New California's juxtaposition to the interchange will likely see additional growth as well.

Although there have been many changes within the region, many of the original concepts and philosophies for development still apply from the 1999 Union County Comprehensive Plan. The importance of protecting the area's natural resources such as the Big Darby, increasing open space and being cognizant of low impact stormwater management strategies are all environmental issues that continue to be important to the County and Township. The Township will encourage well managed growth, diversity and expansion of the County's economic base through the use of this Comprehensive Plan. Enforcement of quality land use standards will also be encouraged.

The plan recommended maintaining mixed use village centers (which we are referring to as Neighborhood Center) for historic neighborhoods of Jerome and New California, and encourages reinvestment to ensure long term viability. Both plans encourage housing for all income levels and a variety of housing type options. Housing for all income levels with a variety of housing type options is strongly recommended to meet the needs of current and future residents of Jerome Township.

Transportation planning similarities between the two Comprehensive Plans include planning for public transportation, increasing bikeways, pedestrian pathways, road improvements and pedestrian and vehicular connectivity.

The County feels the increased sewer and water availability is important throughout the area, along with the addition of water facilities, and the management of growth. In keeping with the goals of the 1999 Comprehensive Plan the Jerome Township Comprehensive Plan will encourage increase of school facilities to grow with the community. Dublin City School District's increase in population has created the need for Jerome High School and Glacier Ridge Elementary. As more people move into the area, additional schools will be proposed for both the City of Dublin and Fairbanks Local School District. Along with insuring the growth of schools, other community services such as fire, EMS, supportive health care and public safety officers will need to increase with growing populations and businesses.



Figure 5-4: Union County & Marysville Comprehensive Plan 1999; Source: Union County, Ohio

# CHAPTER 6: LAND USE PLAN





Figure 6-1: Partial Section of Preliminary Land Use Concept; Source: BHC

# LAND USE PLAN

## INTRODUCTION

The future land use plan presented herein is intended to foster orderly, planned growth that respects private property rights. The plan is based upon the principles of smart growth and the long-term needs of the community, rather than short-term, private economic gain.

## PLANNING METHODOLOGY

In order to better understand the proposed land use plan it is helpful to review the methodology used to make the recommendations. Many factors go into the thought process of how to locate and distribute land uses within a community. Factors mentioned previously, such as existing land use, environmental conditions, regional planning efforts, market conditions and utility availability are all parameters that must be considered when allocating land use. Other factors including community & housing needs, community goals and

desires, ensuring balanced land uses and economic development must be weighed to create a plan that is economically viable and environmentally sustainable. Each land use category represents development patterns which make it more or less suitable for various locations based upon those factors. This is the basis for smart growth land use decisions. Putting the right land use in the right place requires a balanced view of environmental factors and marketplace demands. The characteristics of these land uses must be considered when evaluating future changes to the Comprehensive Plan or future development proposals. To assist the leaders of Jerome Township, a basic description of the land uses considered herein and their characteristics follows. It should be noted that each of these land uses are somewhat interdependent and (when located based upon the appropriate parameters) are important to the overall health and vitality of a community. The following is a map, see Figure 6-2, of the proposed land uses and a description of each of those proposed land use types.

## JEROME TOWNSHIP COMPREHENSIVE LAND USE PLAN, 2008



Figure 6-2: Land Use Plan; Source: BHC

Agriculture / Rural Residential (28.7% of the Township)

Low Density Residential (2.7% of the Township)

Medium Density Residential (11.5% of the Township)

High Density Residential (2.8% of the Township)

Office / Research / Medical (8.5% of the Township)

Flex Office / Light Industry (8.7% of the Township)

Neighborhood Center (1.1% of the Township)

Local Retail (1.3% of the Township)

Regional Retail (2.5% of the Township)

Mixed Commercial and Retail (2.8% of the Township)

Conservation Development (23.7% of the Township)

- - - - Proposed Roads (County Thoroughfare Plan)

Environmentally Sensitive Areas & Open Space (5.7% existing park land within the Township)

## LAND USE RECOMMENDATIONS

### Agricultural / Rural

The Agricultural / Rural District is defined by the existence of farmland and large lot residential dwellings. This district consists mostly of the land south and west of the CSX railroad stretching to the Township border. Residential parcels in this district are typically 3-10 acres in size and are typically served by septic system and well water due to lack of access to public utilities. These areas are comprised of very low density residential and farming operations that often conflict with more suburban land uses because of the noise of all night farming operations, potential odors and traffic conflicts with slower moving farm equipment. For these reasons the Agricultural / Rural land classification is most suited to areas without access to centralized sewer and water, and further away from more dense commercial or residential uses. The Agricultural / Rural District is also an appropriate location to encourage farmland preservation due to the suitability of the area for farming, the high cost of providing services to the area, and the lack of road infrastructure and utilities. Lot splits in this district for residential purposes are encouraged to be a minimum of 3 acres in size or larger if necessary to meet the county requirements for septic and well systems. If utilities become available in these areas or a suitable on-site system can be developed and approved, the Township should consider alternate forms of open space development such as conservation design, see Figure 6-3.



Figure 6-3: Agriculture / Rural Residential; Source: BHC

Case: 2:21-cv-03993-MHW-EPD Doc #: 13-1 Filed: 09/07/21 Page: 65 of 117 PAGEID #: 206

## Low Density Residential

The purpose of the Low Density Residential District is to provide opportunities for larger lot and lower density residential uses that may or may not be served by centralized sewer and water. These developments are often characterized by inefficient roadway networks, little or no preserved open spaces and are typically the most costly to the township due to the increased demand for services combined with relatively low tax generation. Therefore this land use category should be used sparingly. Areas well suited for this land use category include sites that may or may not have access to sewer and water, that may have unique environmental features that makes denser development unfeasible, and include areas that provide a transition between more suburban residential uses and the Agricultural / Rural Districts. For the purpose of this plan this use typically serves as a transition between higher density uses and more agricultural / rural uses, see Figure 6-4.

Low density residential land uses are characterized by single family residential dwellings between ¾ and 3 acres in size (depending upon the availability of sewer and water). Residential dwellings in this category that do not have access to sewer and water are encouraged to be closer to the 3 acre size due to the soil and lot size requirements for on-site septic systems. Residential developments in this category that have access to centralized sewer and water will be comprised of smaller lot sizes due, in part, to the cost of bringing those services to and through the development. Densities of 1-2 units per acre are common to justify the cost of sewer and water extensions. For developments in this district not having access to sewer and water common open space is not required. For developments proposing smaller lot sizes (with access to sewer and water), conservation design is recommended.



Figure 6-4: Low Density Residential; Source: BHC

## Medium Density Residential

Areas identified on the plan as Medium Density Residential development are typically more suburban in nature and must have ready access to public sewer and water systems. These uses provide a transition between higher intensity uses and lower density residential and should have a density between 1 unit per acre to 3 units per acre. While they still may be considered a net drain on the community's resources, medium density neighborhoods typically generate more in taxes than low density development due to a more balanced infrastructure. These areas are necessary, however, to provide housing alternatives to large lot subdivisions and to create population densities that are attractive to commercial and office uses that generate economic development. Areas defined on the plan for this type of development transition between more commercial uses and lower density residential or agricultural uses. These areas should also have access to well designed existing and proposed road networks and reasonably close proximity to existing public utilities. These uses rely on the availability of sewer and water and as such will not

be permitted without those utilities or the availability of a county approved on-site system. It is recommended that applicants petitioning for a rezoning in this category file under a planned unit development (PUD). This provides the township with better ability to work cooperatively with the developer to create the look and feel that the township desires. This also allows the township to approve varying densities in these areas based upon the creativity of the proposal and the character of the surrounding land uses. All development in this category should be required to provide common open space for use of the residents. Areas with significant natural features being considered for residential development should be developed under the "Residential Conservation District" discussed herein and identified on the plan, see Figure 6-5.

### West of State Route 33

The Medium Density Residential uses identified on the plan east of State Route 33 serve as a transition between the more intense uses of Industrial Parkway and the agriculture / rural residential uses to the west. These uses are planned on lands that are typically open



Figure 6-5: Medium Density Residential; Source: BHC

in nature with few environmental constraints. These areas can be permitted with varying densities based upon the site conditions and character of the surrounding development. Maximum densities in these areas should be no more than 2 units per acre.

### East of State Route 33

The Medium Density Residential uses identified on the plan to the east of state route 33 are shown in the transition area between Jerome Road and the eastern boundary of the Township. These uses are appropriate here to transition between the conservation development type uses and the platted uses east of the township. As with the areas to the west of 33, approved densities can vary with a maximum desired density of 3 units per acre.

## Higher Density Residential

Higher Density Residential uses typically have densities ranging between 3 and 6 dwelling units per acre and may include single family homes on smaller lots, townhouses and condominium developments, congregate care facilities or a combination of these housing types. Developments in this category require centralized sewer and water service and should be required by the community to provide more common open spaces for use of the residents and preservation of significant natural features. High Density Residential developments provide a variety of housing alternatives for young professionals, starter homes for young couples, empty nesters and retired or elderly citizens making it possible for these people to stay in the community. These housing options can also be beneficial to the tax base of the community and the school system because they often have less demand for services. Condominium developments pay the same tax rates but typically generate far fewer school aged children for the system to educate. Retirement communities and developments with fewer children also generate fewer traffic trips per day than the average family with children. With Higher Density Residential developments it becomes more difficult to retain a "rural" character and for that reason these types of uses are more suited to areas closer to



Figure 6-6: High Density Residential; Source: BHC

retail / commercial uses or to areas with higher traffic volumes, where a transition is desired between more intense uses and lower density housing. Higher density housing should be concentrated on land having few significant natural features or should be clustered to promote the preservation of such features. Areas on the plan indicated for this type of development include:

- Areas surrounding the more commercial uses of the U.S 42 / US 33 interchange to provide a transitional use.
- Areas of the intended Jerome Village town center.
- The area surrounding the Frazier Road development to help buffer it from industrial / office development to the south.

### Residential Conservation District

Residential Conservation District uses are characterized by clustering residential uses for the purpose of preserving large areas of open space and/or significant natural features. Smaller lots are approved as an incentive for developers to preserve the open space and natural features that help define the character of the community. Conservation developments are typically designed as planned unit developments to take advantage of the flexibility to provide varying densities and lot sizes in exchange for preserving open space for community use. In these types of developments the township and the developer typically negotiate overall lot size, development standards, open space network, amenities and maintenance requirements to create the desired result. The amount of open space provided in a conservation development should not be less than 40% of the gross acreage of the property being developed. Depending on the design and the natural features of the site, density can range between 1 and 2 units per gross acres with 2 being the maximum density recommended. Anything above 2 units per acre will require lot sizes smaller than what may be desired for these areas. Because of the large quantities of open space required, conservation developments are well suited to large parcels of land having significant natural features and environmental constraints. For these reasons they also



Figure 6-7: Residential Conservation District; Source: BHC

help a community preserve the characteristics that are important to maintaining rural character. A good example of a conservation type development is the Jerome Village project recently approved within the township. Areas designated on the future land use plan as Residential Conservation District include the areas with significant natural features directly surrounding the Glacier Ridge Metro Park (including the Jerome Village project) and the areas surrounding the New California subdivision, also having significant natural features worth preserving, see Figure 6-7.

**Neighborhood Center**

A Neighborhood Center is defined as an area of mixed uses consisting of limited or specialty retail, smaller offices and higher density residential uses. These areas can function as the central or social hub of a community and provide limited goods and services to a smaller section of the community than "local" retail uses. Resi-

dential uses can be small lot single family, two family, townhomes, condominiums or apartments designed to reflect the architectural character of the center. Residential uses in this area should be incorporated into the Neighborhood Center rather than on stand alone sites, and would serve a segment of the population that desires to be within walking distance of the retail and office uses. These centers can include places with historical or community significance such as Old Jerome or can be new uses that are developed to serve as a gathering place for larger developments such as the town center in Jerome Village. Neighborhood Centers should be designed to be within walking distance of a reasonable segment of the residents and should limit the size and scale of retail uses to create a more pedestrian feel and human scale. Architecture should be carefully coordinated to be in scale with the center and should reflect the character of the community, see Figure 6-8.



Figure 6-8: Neighborhood Center; Source: BHC

## Local Retail

Local Retail uses are generally retail uses that would draw from residents within a 3 mile radius of the site and typically include grocery stores, smaller format retailers and restaurants. They are uses too large in scale or too intense to be considered appropriate for a neighborhood center and are more oriented to the automobile than pedestrian traffic. Local retail anchors typically are no larger than 75,000 square feet and are often grouped with smaller "in-line" retail tenants such as dry cleaners and barber shops. Outparcels usually include stand alone restaurants and gas stations. Load-ing and delivery areas are typically located to the rear of the stores and larger parking areas are provided in front. Local retail uses should be located on sites that have access to public sewer and water, are adjacent to local thoroughfares having higher traffic volumes and have few, if any, significant natural features or devel-opment constraints. Areas identified on the plan as be-ing appropriate for these types of uses include the area on US 42 just south of Harriott Road, areas adjacent to New California at the US 42 / Industrial Parkway inter-change, and the area along SR 161 just west of Plain City in the southwest corner of the township, see Figure 6-9.



Figure 6-9: Local Retail; Source: BHC

## Regional Retail

Regional Retail uses are characterized by large format "big box" retailers of 75,000 square feet or more and associated "junior anchors" of 15 – 40,000 square feet. Regional retail sites serve areas larger than 5 miles in radius and are usually located near freeways or at freeway interchanges. These uses require high visibility and traffic volumes from a freeway or major arterial to attract customers. Large parking areas are provided in the front of the stores for customer use and loading and delivery areas are provided in the rear. Out parcels along the major road frontage are common and typically consist of uses such as restaurants, gas stations, banks and convenience retail. Regional retail tenants prefer to be located on the side of a road featuring a right hand entry coming from an interchange or major arterial and may require multiple access points to serve the volume of traffic moving in and out of the development. These uses are best suited to locations situated along a major arterial or interchange as identified on the plan at Post Road / US 33 and US 42 / US 33, see Figure 6-10.



Figure 6-10: Region Retail; Source: BHC

## Mixed Use Office / Retail

Mixed use developments feature a mix of commercial uses and sometimes contain higher density residential uses.  They are typically associated with a higher density mix of office and smaller commercial uses that support the office uses including restaurants and convenience retail.  These mix of uses provide employment and economic development opportunities and access to local professional services for the community.  Areas of mixed use can be smaller in scale and can infill near higher density "community centers" or can be much larger in scale and located closer to high traffic areas.  Mixed use commercial developments are also appro-priate on sites that are not considered "prime" retail sites and/or near higher density community developments with good pedestrian and automobile access.  Mixed use developments are typically zoned under a planned development where creative planning and a mix of uses can be undertaken with greater ease and flexibility.  The advantage to this is increased architectural and development control by the municipality and the ability to creatively plan around and preserve various environmental features.  Mixed use areas are appropriate near major or minor arterials or interchanges, such as the areas identified near the Post Rd / US 33 interchange and the US 42 / US 33 interchange , see Figure 6-11.



Figure 6-11: Mixed Use Office/Retail; Source: BHC

## Professional Office / Research / Medical

These uses are typically characterized predominately by higher density corporate offices or lower density professional, research or medical uses. They are typically located in areas easily accessed by commuters and may have good proximity to support type services. A larger population base is important to supply both employees and customers. Office uses provide employment, economic development opportunities and access to local professional services for the community. Office Developments can be planned with individual buildings on single sites or as part of a campus development such as a research park. They are good transitional uses between higher intensity retail uses and residential districts. Sites that are appropriate for office uses include areas where access to busier streets is available, where higher density commercial uses or lower density residential uses are not appropriate and access to services and restaurants is available. Corporate office users typically demand higher visibility along freeways or major thoroughfares and good access to ensure employees can move in and out of the site freely. Corporate offices typically require more land because of the larger building footprint and parking areas required.

Locations identified as suitable for office / research uses are the section of US 42 between the regional retail uses to the southwest and the local retail uses near Harriott Road and the area near the Post Road interchange bounded by the extension of Houchard Road, Warner Road and Industrial Parkway. Areas designated on the plan as being appropriate for corporate office development include areas along US 33, see Figure 6-12.



Figure 6-12: Professional Office / Research / Medical; Source: BHC

## Flex Office / Light Industrial

Flex Office / Light Industrial Districts are areas of mediumintensity uses consisting of warehouse and distribution, flex offices, services and light manufacturing. These uses are typically found along industrial corridors and major or minor arterials where access to interchanges, well designed roads and trucking or shipping routes are available to move goods and services. Flex Office / Light Industrial uses usually provide large employment opportunities within a community and are considered important for balanced economic development and community sustainability. Flex office / Light Industrial sites are typically planned where access to interchanges or a good road network are readily available. These uses do not mix well with residential districts due to the higher traffic demands and larger scale buildings. Uses of this nature should be planned in areas that can be buffered from residential uses or easily transitioned to lower intensity uses. Because of the importance of these uses to economic development, and issues of compatibility, it is recommended that the township not allow any residential uses be zoned in areas designated for Flex office / Light industrial. Heavier manufacturing uses or uses with obtrusive noises, smoke or odors should also not be permitted within the township. To address the concerns raised by the community it is also recommended that the township either adopt architectural and development standards for these uses or require these uses be zoned under a planned district where the township can maintain better control of the quality of the development. Areas designated on the plan as suitable for Flex Office / Light Industrial uses include ares along Industrial Parkway, see Figure 6-13.



Figure 6-13: Flex Office / Light Industrial; Source: BHC

## LAND PRESERVATION TECHNIQUES

It is important to note that these land preservation techniques should be used as part of a comprehensive land preservation strategy that includes a variety of tools particularly planning and zoning tools. To be successful, any land preservation strategy must have clearly defined objectives in order to avoid a patchwork pattern of open space or agricultural land.

### Fee Simple Acquisition

Public acquisition of lands with high environmental or agricultural significance can be achieved through fee-simple purchase. Fee-simple acquisition is generally the most expensive land preservation option; however, it gives the government entity control of the property, restricted only by constraints imposed by funding sources and any agreements that were obligated by the purchase. Public access could be allowed. If agricultural land were purchased, the government agency could lease the land to local farmers.

### Purchase of Development Rights (PRD)

Purchase of Development Rights (PDR) programs use public money to purchase development rights to privately owned land. PDR programs are generally seen by their advocates as a more permanent approach to preserving agricultural lands and open space than traditional zoning methods. In such a program, a landowner is paid the difference between the value of the land based on its development potential and the value of the land in its present use, Figure 6-14. Funding for PDR programs varies between jurisdictions, with many communities using bonding or tax schemes to raise money for PDR.



Figure 6-14: Purchase of Development Rights; Source: BBH

### Conservation Easements

A conservation easement is a voluntary legal agreement that restricts the future use of property. Conservation easements can be used to protect agriculture, open space, and natural resources. The landowner still owns the land and can use it for specific conditions that the landowner and the easement holder have agreed upon.

The easement is considered a charitable contribution for which the landowner does not receive direct income benefits from the donation of their land. The landowner benefits from the donation through federal and state income tax deduction, lower property taxes, and reduction in estate and inheritance taxes. The value of the conservation easement is the difference between the fair market value and the value of the land after restrictions have been imposed. These values are determined by a professional surveyor who considers the fair market value based on the development pressures of the land to determine how much the conservation easement is worth. The tax relief that the landowner receives can be used to keep the land productive without having to sell more land and ensure the property for future generations.

Conservation easements are flexible to the landowners needs and may have limited provisions for use and development. Certain rights to use the property can be held such as the right to grow crops, cut timber, construction of new farm buildings, careful location of houses for family members, or subdivision of a lot for resale. Requesting to keep these rights will affect the value of what the conservation easement is worth. The easement holder assumes the responsibility to make sure that all the restrictions are enforced.

The length of the easement may be flexible from a few years to permanent preservation. However, federal tax benefits are only available on permanent easements. The conservation easement stays in effect if the property is bought, sold, given or transferred to another owner. The new owner than assumes all responsibility of the conservation easement. When the surrounding areas change to the extent that the restrictions of the

conservation easement can no longer be met the easement may be changed or terminated by the courts.

The Ohio Department of Agriculture (ODA) administers the Clean Ohio Fund Agricultural Easement Purchase Program. Under this program, the Ohio Department of Agriculture purchases agricultural easements. Applications are ranked based on a number of criteria developed by the ODA. Farmland owners do not apply for the program directly. Rather, county commissioners, township trustees, or land trusts must apply on behalf of farmland owners.

## Zoning Tools

Zoning is the traditional method for townships to influence development. The application of zoning tools can be an effective way to minimize the impact of development on significant natural or unique features of the land. Townships that create zoning districts with the intent to preserve open space are more apt to preserve large areas of land, and as such, preserve larger ecosystems. Concerns over zoning as a preservation tool include the fairness to property owners, the loss of both property rights and potential development profit, and the need for collaboration among local governments to preserve features that overlap into other jurisdictions. The following are a number of zoning tools that can be used by local governments to preserve open space and/or agricultural land.

## Overlay District

This can be used for areas containing one or more natural or unique feature worthy of protection. Overlay districts involve superimposing an additional district boundary (e.g. floodplain district) over the current zoning. The overlay district creates a supplementary set of regulations intended to protect the specific feature of the land. The use of an overlay district can be especially effective to ensure the consistent regulation of land uses within multiple zoning districts, such as greenway or vegetative buffer requirements along a stream.

## Open Space Zoning

This is often called conservation design or development. It is intended to limit development to a small portion of a parcel to help protect natural or unique features located on the property. Conventional subdivision and zoning regulations were designed to provide for the orderly transition of raw land into lots and streets. Generally, these regulations allow all but the "unbuildable" portions of the property, e.g. 100-year floodplains, wetlands, steep slopes, and storm water management areas to be developed. In contrast, conservation design takes into account the unique natural, cultural and historic features of a site and call for their permanent preservation. Such "natural features" might include wetlands, floodplains, significant wildlife habitats, woodlands, farmland, historic or archaeological sites, scenic views and aquifers/recharge areas.

Conservation design is based on the concept of density, not lot size. Density is the number of dwelling units permitted per acre of land. Lot size requirements are restrictions controlling the minimum area and minimum width of lots. When working with subdivisions and planned districts, density-based zoning provides more flexibility to both the developer and township. The developer has the flexibility to incorporate a variety of lot sizes into the development as long as the density limitation for the site is not exceeded, Figure 6-15 and Figure 6-16.



Figure 6-15: Comparison 2 of Conventional Development and Open Space Development; Source: BBH



Figure 6-16: Comparison 1 of Conventional Development and Open Space Development; Source: BBH

to preserve scenic views in and out of the site. Many conservation subdivisions incorporate a combination of these.

Figures 6-17 and 6-18 are from the Rolling Meadows open space development in Summit County, Ohio. The subdivision contains twenty-three building sites on 1 ½ to 1 ¾ acre lots. Approximately 60 percent of the total developable site was preserved as open space. Note the view from the road, Figure 6-17.



Figure 6-17: Rolling Meadows Subdivision Entrance; Source: BBH



Figure 6-18: Preservation Area used for Agriculture; Source: BBH

It is up to the township to determine in the zoning resolution what percentage of land should be required for the open space set-aside. The recommended open space set-aside is between 40 to 50 percent. However, if the development contains lots with an average lot size of 1.5 to 2 acres, the open space set-aside may be reduced to as little as 30 percent.

A frequently cited concern about conservation developments is the potential for future development of the preserved land. The fear is that some time in the future, a landowner may be able to successfully develop land presumably preserved through previous developments. However, the open space is protected through a permanent conservation easement, which can be held by the Township, homeowner's association, or a land trust. The open space can be used for active or passive parkland, farmland, or simply left as an open field

There are several advantages to this type of development.

1. Open space development provides opportunities for creative, quality design and preservation of open space;
2. Creates larger areas of open space rather than just lot-by-lot development; preserves natural features, advances environmental protection, improves drainage, and provides for better housing sites;
3. Allows greater administrative discretion and negotiation between the developer and community;

Land Use Plan

4. Reduces development costs by maintaining overall
   residential density developed over a smaller area;
5. Lower costs of infrastructure and design;
6. Faster appreciation in home value.

## CHAPTER 8: ECONOMIC DEVELOPMENT

  


Image 8-1: New Office Space on Industrial Parkway; Source: BHC

# ECONOMIC DEVELOPMENT

## INTRODUCTION

No single definition encapsulates all elements of economic development. The International Economic Development Council (IEDC) describes economic development in terms of objectives – the creation of jobs and wealth, and the improvement of the quality of life. "Economic development can also be described as a process that influences growth and restructuring of an economy to enhance the economic well being of a community. In the broadest sense, economic development encompasses three major areas:

- Policies that government undertakes to meet broad economic objectives including inflation control, high employment and sustainable growth.
- Policies and programs to provide services including building highways, managing parks and providing medical access to the disadvantaged.
- Policies and programs explicitly directed at improving the business climate through specific efforts, business finance, marketing, neighborhood development, business retention and expansion, technology transfer, real estate development and others."[1]

The citizens of Jerome Township have continued to express support for economic development. Most respondents felt that continued business growth and development was very important / important to the future of the Township. The majority of participants supported a slow to moderate level of growth. They also indicated

[1]http://www.iedconline.org/hotlinks/whtecodev.html

that the most appropriate place for this type of development was the Industrial Parkway/US Route 33 corridor.

## MAJOR ECONOMIC DEVELOPMENT ISSUES

*Maintaining a Supply of Commercial and Industrial Land*
Continued economic growth is important to the residents of the Township. The plan must identify new areas for economic growth.

Areas that have been identified as appropriate areas for business growth include Industrial Parkway, and intersections along US 33 at US Route 42 and Post Road.

*Minimizing Land Use Conflicts*
Throughout the Township and especially in the Industrial Parkway corridor there are areas where commercial and industrial zoned land abuts residential development. As commercial and industrial development continues, adequate zoning regulations must be in place to minimize the impacts on existing residential uses. Land uses on or near sites zoned for specific industrial and commercial uses should be limited to those that are compatible. Buffer areas and landscaping are recommended as safeguards that could be used. In addition, access roads should be used to reduce the number of curb cuts onto existing roads.

The Township must also consider the land use plans of surrounding political jurisdictions to avoid creating land use conflicts on the borders. For example, Marysville and Millcreek Township have clearly expressed a desire

to promote economic development along the Industrial Parkway north of Jerome Township. In addition, the City of Dublin has several office parks south of the Township along US Route 33.

*Improving the Economic Development Climate/Process in the Township*

The Township Trustees are the primary individuals responsible for economic development within Jerome Township. The leadership of the Township must work together, not against each other. In addition, the Trustees must work with County organizations such as the Union County-Marysville Economic Development Partnership to promote business growth and development. The Union County-Marysville Economic Development Partnership along with the Union County Chamber of Commerce and Union County CIC declared that the Union County-Marysville Economic Development Action Plan is the "single most important document to maintain and improve the community's economic health."[2] The regional approach consistently promotes the community and encourages communication among the jurisdictions in order to promote business expansion, efficient land-use patterns, increased tax base and to make individual municipal action more affective.



Figure 8-1: Economic Development Opportunities, 2003;
Source: Union County Economic Development Department

In addition to responding to the needs of the Economic Development Action Plan, the Township must maintain zoning standards that are easily interpreted, create quality product and efficiently organize industry clusters.

## RESEARCH DATA

### Location of Businesses within Jerome Township

While there are businesses in a variety of areas within the Township there are two main areas where the majority of commercial and industrial development is located. The first and largest area is the Industrial Parkway/US Route 33 corridor. The second is the US Route 42 corridor. According to information prepared by the Union County-Marysville Economic Development Partnership with the assistance of the Union County Auditor, there were approximately 162 businesses on 425 acres in Jerome Township in 2004 with a total of 2,242 employees. During the time of this update there are approximately 473 acres of land either developed or ready[3] for manufacturing uses along Industrial Parkway within Jerome Township.

The updated land use plan has created the opportunity for approximately 2,800 additional acres planned for Industrial and Commercial expansion along Industrial Parkway within Jerome Township. Expanding industrial/ commercial along Industrial Parkway allows the creation of industry clusters that share infrastructure requirements, focuses industrial and commercial uses, reduces congestion, maintains traffic safety and provides the opportunity to provide for an adequate supply of sites that accommodate a variety of size and land use requirements. Updating the BBH study and on historical development of similar product it could be estimated that the additional 2,800 acres of planned Industrial and Commercial uses will result in an additional 14,500 jobs within the corridor. Based on the average consumption rate of 2.62 acres per project

---

[2] http://www.unioncounty.org/economicDevelopment/economicDevelopment ActionPlan/aboutTheEconomicDevelopmentActionPlan.asp

[3] "Ready" means that the land is zoned for development and has utilities available.

and 14 projects per year, we anticipate the entire 2,800 acres of planned industrial/ commercial acreage will be consumed within the next 74 years.

## Commercial & Industrial Projects Within Jerome Township

Table 5.1 below illustrates projects within Jerome Township and their construction valuation from 2000 to 2007.

**Table 5.1 – Commercial and Industrial Projects within Jerome Township**

| Year | # of Projects | Construction Valuation |
|------|---------------|------------------------|
| 2000 | 15 | $6,667,385 |
| 2001 | 14 | $4,734,625 |
| 2002 | 13 | $3,845,812 |
| 2003 | 16 | $8,919,000 |
| 2004 | 12 | $4,348,000 |
| 2005 | 9 | $2,967,000 |
| 2006 | 9 | $3,553,500 |
| 2007 | 10 | $4,507,163 |
| TOTAL | 98 | $39,542,485 |

**Table 5.2 – Residential Projects within Jerome Township**

| Year | # of Projects | Construction Valuation |
|------|---------------|------------------------|
| 2005 | 66 | $17,310,196 |
| 2006 | 34 | $7,984,500 |
| 2007 | 30 | $10,433,800 |
| TOTAL | 98 | $35,728,496 |

## Union County/Marysville Economic Development Action Plan (EDAP)

In February 2003 the Union County Commissioners adopted the Union County/Marysville Economic Development Action Plan. The Industrial Parkway/US Route 33 corridor has been identified as an opportunity area for increased economic development. According to the EDAP, "Jerome Township should concentrate on smaller corporate offices, technology businesses, professional and business services, research & development/technology centers, and back-office operations".[4]

## US Census Background[5]

Labor Force Participation

In 2000 there were 2,986 persons sixteen years and over in the Township. Approximately 71 percent of those individuals are in the labor force. The labor force is comprised of all individuals sixteen years of age and older who are classified as either employed or unemployed. Unemployed individuals are those looking for work or available to accept a job.

Occupation of Employed Residents

The U.S. Census classifies the occupation of the employed civilian population 16 years and over into six broad categories. Occupation describes the kind of work the person does on the job during the week. For those who worked at two or more jobs, the data refer to the job at which the person worked the greatest number of hours. Table 5.3 provides occupational data for the employed civilian population sixteen years and over[6].

---

[4] EDAP - p. 108
[5] Includes Jerome Township population living in an incorporated area
[6] Based on 2000 U.S. Census

Economic Development

**Table 5.3 – Occupational Data**

| Occupation | Percent of Employed Civilian Population |
|---|---|
| Management, professional, and related occupations | 31.5% |
| Service occupations | 13.3% |
| Sales and office occupations | 29.4% |
| Farming, fishing, and forestry occupations | 0.4% |
| Construction, extraction, and maintenance occupations | 8.0% |
| Production, transportation, and material moving occupations | 17.3% |

### Industry of Employed Residents

Information on industry relates to the kind of business conducted by a person's employing organization. For employed people the data refer to the person's job during the week. For those who worked at two or more jobs, the data refer to the job at which the person worked the greatest number of hours.

The industry classifications in Table 5.4 are the same broad industry classifications found in the North American Industry Classification System (NAICS). In the U.S. the NAICS replaces the Standard Industrial Classification (SIC) system. Detailed descriptions of what types of businesses are included in each industry sector can be obtained from the U.S. Census Bureau.

**Table 5.4 – Industry Data**

| Industry | Percent of Employed Civilian Population |
|---|---|
| Agriculture, forestry, fishing and hunting, and mining | 2.2% |
| Construction | 7.5% |
| Manufacturing | 19.3% |
| Wholesale trade | 6.3% |
| Retail trade | 10.4% |
| Transportation and warehousing, and utilities | 4.5% |
| Information | 2.0% |
| Finance, insurance, real estate, and rental and leasing | 7.3% |
| Professional, scientific, management, administrative, and waste management services | 8.5% |
| Educational, health and social services | 17.0% |
| Arts, entertainment, recreation, accommodation and food service | 7.5% |
| Other services (except public administration) | 4.6% |
| Public administration | 3.1% |

### Household and Family Income

Income is linked to many other economic factors such as housing, labor force profile, industrial mix, access to employment areas, and ability to attract commercial and service enterprises. The U.S. Census provides income information on both households and families. A household includes all the people who occupy a housing unit as their usual place of residence. A family is defined as a group of two or more people who reside together and who are related by birth, marriage, or adoption.

In 2000, 89.2 percent of the households reported earnings in 2000. The median household income was


Image 8-2: Office Buildings on US Rt. 42; Source: BHC

$60,112 – higher than Union County's median household income of $51,743. Of the households who reported earnings, 27.8 percent received Social Security income with a mean of $11,845.

In 2000 the median family income was $64,444 with 8 percent of the families reporting an income of $150,000 or more per year. Approximately 1.7 percent of the families in Jerome Township were below poverty level.

Commuting Statistics
According to the 2000 Census, a large portion of the total workers within the County are traveling to Franklin County for employment. The statistics also show that a large number of individuals are commuting from Franklin County to job sites in Union County. Table 5.4 below shows commuting statistics for Union County based on the 2000 US Census.

**Table 5.4 – Commuting Statistics**

| County | Commuters In (Coming From) | Commuters Out (Traveling To) |
|---|---|---|
| Franklin | 4527 | 5473 |
| Logan | 2470 | 869 |
| Champaign | 1802 | 80 |
| Delaware | 1782 | 890 |
| Marion | 1041 | 508 |
| Clark | 775 | 19 |
| Madison | 763 | 439 |
| Hardin | 542 | 82 |
| Morrow | 131 | 11 |
| Fairfield | 91 | 10 |
| Licking | 69 | 54 |
| Pickaway | 60 | 6 |
| Shelby | 49 | 0 |
| Fayette | 43 | 0 |
| Montgomery | 38 | 9 |

## SUPPORTING INFORMATION

The Cost of Community Services
When planning for a community, it is important to look at the fiscal implications of the land use pattern. Traditionally, decision makers have believed that any type of development is the best use of vacant land for increasing tax revenues. Often residential developers sell their projects through claims that the development will "pay for itself" and lower each individual's property tax. The preservation of farmland and open space has been viewed as a loss of tax base. However, recent cost of community studies and fiscal impact analyses have shown quite the opposite is true.

Every community has a number of land uses including farming, residential, and commercial or industrial. Each land use is subject to tax payments to support the community services demanded by the community. These services include schools, roads and bridges, safety, etc. While farmland usually pays a lower tax amount than residential land use, it also demands less community services and fewer service expenditures. When an area is growing, there are usually increased tax revenues collected and also increased service expenditures demanded.

Decisions about changes in land use are often made at the local level and need to be made with the best financial information available. One tool used to look at the fiscal impacts of development is the cost of community services study (COCS). It is conventional in COCS studies to divide land into three categories: residential, commercial/industrial, and farmland/open space. One of the most common procedures used is the calculation of a COCS ratio for each land use category. The ratio compares how many dollars worth of local government services are demanded per dollar collected. A ratio greater than 1.0 suggests that for every dollar of revenue collected from a given category of land, more than one dollar is spent in association with it.

Virtually all studies show that for residential land, the COCS ratio is substantially above 1. That is, residential land tends to be a net drain on local government bud-

gets. The average estimate ranges from about 1.15 to 1.50, which means that for every dollar collected in taxes and non-tax revenue, between $1.15 and $1.50 gets returned in the form of services by the local government and school district.

On the other hand, the COCS ratios for the other two land use categories are both substantially below 1. For commercial/industrial, the ratio usually ranges from 0.35 to 0.65, indicating that for every dollar collected, only about 35 to 65 cents worth of services are provided by the local government. For agriculture and open space, the ratios are only slightly smaller, usually ranging from 0.30 to 0.50.

The largest single expenditure category for communities, according to the studies, is the public school system, accounting for 60 to 70 percent of spending. Since open space and commercial development do not place any burden on the schools, it should not be surprising that their ratios are less than the residential category. COCS studies suggest that growing communities should be aware of the need to balance both commercial/industrial development and residential development. It suggests that communities with only residential land uses are likely to experience higher service expenses compared to revenue streams.

In 2003 commercial/industrial development within the Township provided $679.49/acre to the Township's tax base. In contrast agricultural/residential development provided $35.78/acre. These figures do not include school districts and other County entities collecting taxes. The majority of agricultural land within the Township is enrolled in the current agricultural use valuation (CAUV) program and therefore pays a lower tax rate than any other form of development.

Residential projects are vital to a community being able to support its commercial and industrial developments with a diverse stock of workers. To sustain current community service levels, however, it is vital to understand the cost of providing services to different development types and the revenue obtained through property tax. The fiscal impact to the local school system, public

facilities, open space, fire department and police protection are burdened substantially more from residential development than other land-uses. The increased property tax income from residential development does not equate to the increase in services demanded.

With this in mind, residential development should increase at a similar rate as higher revenue producing land uses. It is important to note, however that residential land uses up large tracts of land, and often accounts for 70% of the land area in economically balanced cities. Residential land uses should be planned based on their cost to service. "Pay as you grow" policies should be instilled to ensure that adequate services are provided with new development, without putting additional burden on existing taxpayers. A special assessment on new homeowners would support community services such as public facilities, open space, fire department, public safety officers and code enforcement. These assessments, also known as impact fees must be closely monitored to ensure housing remains affordable.

Tax Increment Financing - TIF
Political Subdivisions such as Cities, Villages, Counties and Townships are eligible for TIF (tax increment financing) to capture the incremental increase in real property tax revenue (payments in lieu of taxes) from a development and use the revenues to service the debt on public infrastructure improvements.

TIF is eligible to be used to improve or extend public roads and highways, water and sewer lines, remediate environmental contamination, remediate stormwater and flood control issues and construct parks, sidewalks and bikeways. TIF is available for terms up to 30 years and can be used to stimulate economic development or remediate blight within a community.

Because TIF captures the value of the incremental increase in property taxes created through the infrastructure improvements, the Township must be conscious of how the TIF is likely to affect the local school system. Under this scenario, a School TIF supporting infrastructure improvement's for a residential development should not be sought because residential development

places most of its burden on the local school system. Any residential development pursuing TIF financing should be a non-school TIF which allows the school to collect tax on the entire improved value of the project.

Utilizing TIF for economic development (creating the opportunity for Commercial/ Industrial expansion) makes sense within the Township to capture the increased future property tax revenue once the TIF is paid off. Special consideration should be paid to the extent that public services that also rely on property tax revenue are not overextended when it comes to servicing the new development. Infrastructure improvements should be evaluated on their affect on property value as well as their usable life. A professional experienced in TIF financing should be consulted before pursuing this sort of economic development incentive.

<u>Economic Development Agreements</u>
The Ohio Revised Code permits townships and municipalities to enter into economic development agreements that promote joint land use planning as well as provide opportunities for both the political jurisdictions to benefit from development. The two most common types of economic development agreements are joint economic development districts (JEDDs) and cooperative economic development agreements (CEDAs).

## Joint Economic Development District (JEDD)

One or more municipalities and one or more townships may enter into a contract to create a Joint Economic Development District for the purpose of facilitating economic development within the JEDD. The district cannot exceed two thousand acres in area and cannot include existing residential areas or areas zoned for residential use. The contract grants the JEDD's board of directors the power to levy an income tax within the JEDD at a rate not exceeding the rate being levied by the municipality. Other powers provided in the contract include the ability to determine the substance and administration of zoning and other land use regulations, building codes, permanent public improvements and other regulatory and proprietary matters; the ability to limit and control annexation of unincorporated land

within the JEDD; and the ability to control the granting of property tax abatements and other tax incentives within the JEDD.

## Cooperative Economic Development Agreement (CEDA)

One or more municipalities and one or more townships may enter into a Cooperative Economic Development Agreement. The board of county commissioners may also become a party to the CEDA upon the written consent of the legislative authority of participating municipalities and the board of township trustees of participating townships. Income taxes are levied only on parcels that have been annexed into a municipality. Typically the municipality remits to the township all real estate and personal property tax revenue it would otherwise receive upon annexation on the unincorporated parcel(s). The agreement may also provide for the provision of joint services and improvements to incorporated or unincorporated areas and the application of tax incentives in the CEDA area. Unlike JEDDs, CEDA districts may include residential land.

For both JEDDs and CEDAs:

<u>*Services Municipalities Typically Provide*</u>
1) Water at a rate equal to that charged in-city customers
2) Sewage treatment at a rate equal to that charged in-city customers
3) Professional services that include engineering review and building inspection
4) Income tax collection and administration
5) Political cooperation

<u>*Services Townships Typically Provide*</u>
1) Primary fire and EMS response
2) Road maintenance within the agreement area and on roads leading to the area that are developed through JEDD/CEDA revenues
3) Commercial, office, or industrial zoning of areas to be included within the area (JEDD only)
4) Political cooperation

## Community Development Authorities (CDA)

Chapter 349 of the Ohio Revised Code discusses community authorities and how they can be implemented in a County. According to ORC 349.02 "This chapter (Chapter 349) is enacted for the purposes of encouraging the orderly development of well-planned, diversified, and economically sound new communities and of encouraging the initiative and participation of private enterprise in such undertakings; and encouraging cooperation between the developer and the community authority to carry out a new community development program."

Community authorities must be initiated by the developer/owner of the land that will be included within the boundaries of the proposed community authority district. The community authority has the right to tax or impose a community development charge on new development within its district in an effort to compensate for anticipated growth. The minimum land area for a CDA should be 1,000 acres.



Image 8-3: New California; Source: BHC

## CHAPTER 7 : INFRASTRUCTURE

  

Infrastructure, Community Facilities & Services



Image 7-1: SR 161; Source: BHC

# INFRASTRUCTURE

## INTRODUCTION

Infrastructure refers to the facilities and services needed to sustain industrial, residential, commercial, and all other land use activities. These facilities include roads, rail lines, power plants, transmission lines, water and sewer lines, and communication systems. Infrastructure plays a valuable role in the development of an area. If there is no nearby infrastructure, or if it would be cost-prohibitive to access or extend existing infrastructure, then development cannot occur on a large scale.

For the purposes of the Comprehensive Plan, only the road network and water and sewer systems of the Township are discussed in this section.

## MAJOR INFRASTRUCTURE ISSUES

The following infrastructure issues identified below are based on the input of the steering committee, elected officials, Zoning Commission and residents.

The major infrastructure issues from the residential input sessions included increased traffic flows, especially at rush hour. Truck traffic has increased and speeds are often too high for local neighborhoods. The southwest area of the Township and also the Village of Plain City feels left out of the traffic planning process. They also believe that using traffic calming devices such as round-a-bouts would help to reduce speed limits on

their rural roads. Pedestrian pathways, uses and conflicts were also discussed.

## PROVISION OF CENTRAL UTILITIES

It is not financially feasible to extend central utilities into areas of low density residential development. Therefore, higher residential densities would be needed to justify the cost of extending central utilities. However, many residents feel that all new residential development should occur on lots of two acres or more. This is not realistic in areas where water and wastewater service is available. See Figure 7-8.

## VEHICULAR TRANSPORTATION

Currently there are 17.73 miles of State and Federal Highways within the Township along with 43.81 miles of County roads and 22 miles of Township roads. The Township is responsible for the maintenance of all Township roads. As the number of homes and businesses within the Township increases, the amount of traffic and therefore the maintenance demands and the roadway network also increases. In addition, the majority of new roads constructed in subdivisions are deeded to the Township for maintenance. Existing roads may need to be improved in order to accommodate increased traffic. Therefore the Township must ensure that it has an adequate tax base in order to pay the cost of such maintenance and improvement.

Table 7.1 – Road Type

| Road | Type |
|------|------|
| US Route 33 | Federal |
| US Route 42 | Federal |
| State Route 161 | State |
| State Route 736 | State |
| Bell Rd | County |
| Wells Rd from Rte 42 to Jerome Rd | County |
| Harriott Rd | County |
| Jerome Rd | County |
| Blaney Rd | County |
| Scioto Rd | County |
| Derio Rd | County |
| Watkins-California Rd | County |
| Brock Rd | County |
| Hyland-Croy Rd | County |
| McKitrick Rd | County |
| Mitchell DeWitt north and east from the intersection with Converse Rd) | County |
| Warner Rd from Kile Rd to Industrial Pkwy | County |
| Taylor Rd | County |
| Crottinger Rd | County |
| Currier Rd from Converse Rd to Rte 42 | County |
| Kile Rd | County |
| Industrial Pkwy | County |
| Butler Ave. | County |
| Beecher-Gamble Rd. | County |
| Fladt Rd | County |
| Adams Rd | County |
| Lafayette-Plain City Rd | County |
| Post Rd | County |
| Memorial Dr | Township |
| Montgomery Dr | Township |
| Commerce Pl | Township |
| Corporate Blvd | Township |
| Estates Pkwy | Township |
| Estates Ct | Township |
| Rausch Cir | Township |
| Heritage Dr | Township |
| Kimberly Dr | Township |
| Monteray Dr | Township |
| North St | Township |
| Briarwood Dr | Township |
| New California Dr | Township |
| Santa Barbara Dr | Township |
| Redwood Cir | Township |
| La Catina Cir | Township |
| Mojave Cir | Township |
| Sierra Woods Cir | Township |
| Tioga Springs Cir | Township |

Table 7.1 – Road Type

| Road | Type |
|------|------|
| Camel Dr | Township |
| Laguna Cir | Township |
| Fresno Ct | Township |
| Malibu Ct | Township |
| El Camino Dr | Township |
| El Camino Ct | Township |
| Mission Dr | Township |
| Sequoia Ct | Township |
| Camarillo Cir | Township |
| Santa Clara Cir | Township |
| Ross Ave | Township |
| Tartan Fields Dr | Township |
| Gordon Way | Township |
| Redan Ct | Township |
| Dunn Ct | Township |
| Maxwell Way | Township |
| MacNeil Dr | Township |
| Lockhart Ln | Township |
| Daron Ct | Township |
| Hill Rd | Township |
| Wells Rd from Jerome Rd east to Co. line | Township |
| Mitchell DeWitt south of Converse Rd to Warner Rd | Township |
| Warner Rd from Co. line to Kile Rd | Township |
| Jacobs Lane | Township |
| Weldon Rd | Township |
| Frazier Dr | Township |
| Ketch Rd | Township |
| Hickory Ridge Rd | Township |
| Oak Ridge Lane | Township |
| Currier Rd south of intersection with Converse Rd | Township |
| Sugar Mill Lane | Township |
| Rickard Rd | Township |
| Lambka Rd | Township |

## ROAD NETWORK

The road network within the Township is comprised of Federal, State, County and Township roads. Table 7.1 classifies the roads within Jerome Township based on type.

## PAVEMENT WIDTH

According to the Union County Engineer, the minimum recommended pavement width for County and Township through roadways is generally twenty feet depending on roadway classification and average daily traffic. The following County roads do not meet this standard:

- Kile Road
- Butler Avenue
- Currier Road
- Crottinger Road
- Adams Road
- Taylor Road (sections)
- Fladt Road
- Ketch Road

The following Township roads do not meet this standard:

- Weldon Road
- Warner Road
- Currier Road
- Rickard Road
- Lambka Road
- Ketch Road (sections)

## TRANSPORTATION CONTEXT

The latest draft of the SE Union County Thoroughfare Plan (2008), Roadway Functional Classifications, Figure 7-1, indicates that in the future new interchanges will be added at:

- US 33 and Home Road, extension;
- US 33 and Houchard/McKitrick Road extensions.

**NOTE:** The inclusion of this draft Thoroughfare Plan into this Comprehensive Plan is not to be construed as an endorsement of that Thoroughfare Plan by the Township.



Figure 7-1: DRAFT-The latest draft of the SE Union County Thoroughfare Plan (2008), Roadway Functional Classifications; Source: Union County

**NOTE:** The inclusion of this draft Thoroughfare Plan into this Comprehensive Plan is not to be construed as an endorsement of that Thoroughfare Plan by the Township.

The US 33 and US 42 interchange will be upgraded to handle the projected trip generation at build out for the proposed new developments. The interchange replacement to US 33 and Post Road /SR 161 are scheduled to begin in the spring of 2009. Two collector roads are proposed that will parallel US 33 to accommodate local traffic. Jerome Village will be creating new connections; Eversole Parkway, Ryan Parkway, Hyland-Croy Extension and several local connectors. Hyland-Croy Extension to Wells Road is scheduled to start construction Spring 2009.

## FUNCTIONAL CLASSIFICATION

According to the Ohio Department of Transportation, functional classification is the grouping of roads, streets, and highways in a hierarchy based on the type of highway service they provide. Roads have two main functions: to provide traffic mobility or land access. Functional classification is determined by ranking the proportion of each of these two functions the road serves. Roads that function primarily to move traffic are arterials while roads that provide access to particular land uses are local roads. Figure 7-2 illustrates the functional classification of the roads within Jerome Township.

Functional classifications are useful as funding and management tools. For example, functional classifications determine which roads are eligible for federal funding and establish standards for maintenance as well as design criteria such as lane and shoulder width, horizontal and vertical clearances, and design speeds. The following descriptions and graphics further describe the hierarchy of roads by their function.

## FUNCTIONAL CLASSIFICATION DESCRIPTIONS

Principal or major arterials serve statewide or interstate travel as well as major activity centers and high volume corridors. This road classification provides an integrated network of continuous routes serving major



Figure 7-2: Existing Roadways Functional Classification of Roadways; Source: BBH

population centers. US Route 33 is classified as a major arterial.

Minor arterials also connect cities and larger towns and supplement the principal arterials. Minor arterials have fairly high travel speeds and service traffic volume



Figure 7-3: Rural Minor Arterial Roadway Classification; Source: BBH

greater than rural collectors. US Route 42 is classified as a minor arterial.

According to ODOT, rural minor arterials with a speed limit of 35 miles per hour (mph) or greater should have a 110 foot right-of-way with one or two twelve foot travel lanes in each direction, depending on capacity needs as well as a sixteen foot median and/or turn lane, Figure 7-3. There is adequate right-of-way for a paved shoulder on both sides. The paved shoulder should be a minimum of five feet in width.

Collectors provide service to a more limited area, and they have more moderate travel speeds and volumes than arterials. Collectors are spaced to collect traffic from local roads and bring developed areas within range of access. Collectors serve towns and major county destinations not served by arterials. SR 736, SR 161, and Industrial Parkway are classified as major collectors.

Jerome Road, Blaney Road, Scioto Road, Harriott Road, Brock Road, Hyland-Croy Road, Post Road, Mitchell-Dewitt Road (east of Converse Road), Watkins-California Road, Derio Road, Crottinger Road, Taylor Road, Beecher-Gamble Road (west of US 33), part of Ketch Road, and Converse Road are classified as minor collectors. According to ODOT standards, rural collector roadways with a speed limit of 35 mph or more should have a minimum 80 foot right-of-way for minor collectors and 100 foot right-of-way for major collectors. There should be one twelve foot travel lane in each direction with an optional twelve foot turn lane based on capacity needs, Figure 7-4. Identify need and evaluate location for bike lanes on roadways. It is preferred that there be a separation between vehicular and bike users. There shall be a paved shoulder on both sides of the street where adequate right-of-way is available, the paved shoulder should be a minimum of five feet in width.

Local roads provide access to adjacent land uses and serve travel over short distances at relatively slow speeds. Local roads are not carriers of through traffic; instead, they provide access to other local streets and collectors. All roads not previously mentioned above are classified as local roads.

According to ODOT standards, local roads with a speed limit of 35 mph or greater should have a minimum 60 foot right-of-way and a twelve foot travel lane in each direction. There is adequate right-of-way for a paved shoulder or bike lane on both sides. The paved shoulder or bike lane should be a minimum of five feet in width, Figure 7-5.

In rural areas with low traffic volume the majority of



Figure 7-4: Rural Collector Roadway Classification; Source: BBH



Figure 7-5: Rural Local Roadway Classification; Source: BBH

roads do not meet the design criteria of their functional classifications. Presently this does not present a problem. However, as growth occurs both internally and regionally, many of these roadways will require upgrades to handle the additional traffic. The following Township roads do not meet the criteria of their functional classification:

- Weldon Road
- Ketch Road (sections)
- Monteray Drive
- Currier Road
- Rickard Road
- Lambka Road
- Wells Road
- Hill Road
- Warner Road

## CITIZEN CONCERNS

The community survey contained a number of questions related to roadways within the Township. Overall, citizens were concerned about congestion, speed limits, and roadway width on Hyland-Croy Road, Hickory Ridge Road, Industrial Parkway, Jerome Road, and US Route 42. They were also concerned about speed limits, roadway width, and pavement conditions, and shoulder conditions or width on Brock Road, Mitchell DeWitt Road, and McKitrick Road. According to the Union County Engineer, all three of those roadways have been widened since 2000.

## COUNTY CAPITAL IMPROVEMENT PLAN (2002-2010)

The Union County Engineer maintains a capital improvement plan for all County roads and bridges. The plan outlines the following improvements to County roads within Jerome Township, subject to budget constraints:

- Converse Road (2008) - widen pavement, approximately 2 feet per side, plus resurfacing
- Butler Avenue (2012) – widen pavement approximately 2 feet per side and resurface
- Industrial Parkway (2009) – resurface from Marysville to Taylor Road

- Currier Road (2012) – resurface & widening
- Beecher-Gamble Road (2008) – widen and resurface
- Derio Road (2009) – resurface & widening
- Industrial Parkway (2011) – resurface & widening from Memorial Drive to Corporate Blvd.
- Industrial Parkway (2011) – resurface from Taylor Road to Corporate Blvd.
- Taylor Road (2011) - resurface
- Jerome Road (2012) – resurface
- Hyland-Croy Road (2012) – resurface
- Warner Road (2015) – resurface
- Mitchell-Dewitt Road (2016) – resurface
- Scioto Road (2015) – resurface
- Brock Road (2016) – resurface
- Watkins-California Road (2017) – resurface
- McKitrick Road (2018) – resurface
- Blaney Road (2020) – resurface
- Adams Road (2012) – New lights & gates at railroad crossing

## OTHER PLANNED IMPROVEMENTS

In partnership with the City of Dublin and the Ohio Department of Development, and Ohio Department of Transportation has short term plans to improve the Post Road/Industrial Parkway intersection, see Image 7-2. Ligget Road improvements have been completed and you will begin seeing utility relocations during fall/winter 2008. Construction of the realignment of Industrial



Image 7-2: US 33/SR 161 - Post Road Interchange Area Improvements; Source: Dublin

Parkway and SR 161 will begin late 2009. Proposed improvements include lane widening and traffic lane realignment. There have also been long term discussions with ODOT regarding improvements to the US Route 33/SR 161/Post Road interchange. Construction will begin once ODOT completes final design approval and the bidding process is complete. The Mid Ohio Regional Planning Commission (MORPC) has completed a study of the northwest I-270 corridor (I-270 / US 33 Northwest Freeway Study, 2006) as well as US Route 33 from I-270 to US Route 42. The study has determined the need for additional lanes and exits. One area that is being considered for an additional interchange is Mitchell-DeWitt Road/US 33.

The Ohio Department of Transportation has completed the US Route 42 bypass around the Village of Plain City, as of October 2007.

## COUNTY ACCESS MANAGEMENT STANDARDS

According to ODOT, access management is a tool used to balance the competing demands on a transporta-tion system for traffic mobility and land access. Access management strategies include standards for the frequency, location, and design of driveways, intersections, signals, medians, turn lanes, and other features based upon the functional classification of the roadway. As access management involves elements of both land use and transportation, it requires cooperation within and across government agencies responsible for transportation and development decisions.

In order to promote the safety and functionality of state thoroughfares, ODOT developed the State Highway Access Management Manual, recognizing that failing to manage access leads to increased accidents and congestion, decline in operating speed, loss of traffic carrying capacity, and increased traffic delays. While the principles in the manual are aimed at managing access to and from state highways, they can and should be adapted to benefit locally maintained roads as well.

In January of 2004 Union County adopted access management standards. These regulations shall apply to all access connections to county and township roads con-



Figure 7-6: Water Reclamation Facility Location; Source: Union County

structed on or after the effective date of these regulations. These regulations shall also apply to all existing access connections whenever the land use or the access classifications of such existing access connections change or whenever the existing access is upgraded by reconstruction, relocation, modification, or expansion. The requirements of these regulations vary depending on the road classification as shown on the Road Classification Plan contained within the Technical Design Standards from the Union County Engineer.

## CENTRAL WATER AND WASTEWATER SERVICE

It is extremely important in comprehensive planning to understand the capabilities of existing central water and wastewater systems as urbanization generally follows the path of central water and wastewater facilities, and quite often, vice versa. In addition, the availability of central utilities greatly alters rural development patterns. Without central utilities, many of the current uses and densities found in part of Jerome Township would not be possible. See Figure 7-7 for the current sewer service agreement areas.

### Union County

In 2006 the City of Marysville purchased the sanitary sewer and waterlines from Union County. The County no longer owns either of these utilities.

### City of Marysville

The City of Marysville has existing sanitary sewers and waterlines in the City's growth area, in the City's exclusive service area and beyond those areas. Long term the City of Marysville has the ability to provide wastewater service to a large portion of the Township. Currently the City is in the process of constructing a new water reclamation facility. This new plant is located in Mill Creek Township along Beecher-Gamble Road, Figure 7-6. Figure 7-8, Facilities Planning Map shows the areas that Marysville used to calculate future sewer capacity needs for southeast Union County.



Figure 7-7: Marysville & Union Cnty Water & Sewer Agreement, Union County Engineering

## City of Dublin

The City of Dublin/Columbus service agreement area within the Township encompasses 1,382 acres, the majority of which has been annexed by the City. The City of Columbus provides wastewater treatment to Dublin through a formal agreement and neither Dublin nor Columbus may not extend its service into the negotiated area without the approval from the other party. Figure 7-8, Facilities Planning Map shows the limits of the Central Scioto 208 planning area.

## Village of Plain City

The Plain City service area encompasses approximately 4,813 acres of land; however, a large portion of that land is the Village proper. The Village has just completed an upgrade to its wastewater treatment plant. This will allow Plain City to add another 1,500 taps. At this time the EPA will not allow the Village of Plain City to extend it's sewer lines across the Big Darby Creek, therefore most of the Plain City's growth will happen to the south



Image 7-3: Water Reclamation Facility; Source: BHC



Figure 7-8: Facilities Planning Map; Source: Union County

and to the west.

## FUTURE ALTERNATIVE TRANSPORTATION

As development occurs and gas pricing continues to rise more people look for alternative options for transportation. Pedestrian pathways, bike lanes, park and rides, bus lines and stops, and commuter rail lines shall all be considered as future planning develops. Along key corridors the Township should maximize the use of the roadway to increase ridership options and reduce maintenance costs. Successful transit-oriented development (TOD) characteristics include: a mix of uses; moderate to high density; pedestrian orientation and connectivity; transportation choices; reduced parking and high quality design. The optimal TOD occurs within one-quarter mile, or a five to seven minute walk of a transit station. Successful TOD's have the following elements; supportive market conditions, commitment to quality transit services, strong and respected local leadership, supportive public policies and tools. Planning regionally for travel needs and patterns play an integral role in shaping TOD service. MORPC has looked at Columbus and its suburbs for bus rapid transit (BRT) and light rail services. At this time the closest proposed bus stop is to be located at the Dublin Methodist Hospital, Figure 7-9. Quality pedestrian access is a desirable part of successful TOD. Suburban area park and ride (P&R) locations effect ridership of local bus services and are more cost-effective in lower density areas than rail. The current Park & Ride at US 33/SR 161 and Post Road has only light use.

Identifying the need for pedestrian pathways and/or bike lane connectivity and locations must be considered as new development occurs. Connecting and completing the connections in existing areas is more difficult and must be considered as new development and re-



Figure 7-9: New and Existing Park-n-Rides; Source: COTA

development occurs. The I-270/US 33 Northwest Freeway Study indicates bicyclists existing roadway choice routes on Industrial Parkway and Taylor Road, Figure 7-10. Additional roadway biker routes include the connection from the termination of Heritage Rails to Trails at CR 34 to the Village of Plain City. The planned Heritage Rails to Trails extension into Plain City and beyond would alleviate the bike riders on surface streets. The Union County 1999 Future Land Use Plan, Figure 7-12 proposed 3 new bike routes:

- US 42 from Delaware to Madison County
- Extension of the Heritage Rails to Trails through

Madison County to Plain City west to Champaign County

- Along the proposed road that parallels US 33

Existing pedestrian pathways within the City of Dublin, Glacier Ridge Metro Park and Delaware County are great resources to connect into, Figure 7-12. New developments such as Jerome Village have proposed trails which will connect into the existing Glacier Ridge Metro Park trail system. Coordination between different jurisdictions will help the connectivity of existing and proposed pedestrian pathway systems.



Figure 7-10: Bicycle Facility Inventory; Source: MORPC/Burgess & Niple

# Infrastructure, Community Facilities & Services



Figure 7-11: Land Use Plan; Source: Union County

**Infrastructure, Community Facilities & Services**



Figure 7-12: Proposed Regional Bikeways; Source: MORPC

## COMMUNITY FACILITIES & SERVICES

### Introduction
This chapter provides special attention to the community facilities and services within Jerome Township including those relating to Township government, police protection, fire protection, emergency medical service, parks and recreation and education.  These community facilities are essential to the existing and future residents of the Township and should be carefully planned in an effort to maintain an effective level of service.

### Funding and the Expanding Demand for Services and Facilities
The amount of funds needed to maintain existing facilities/services is constantly increasing.  As the population grows the demand for facilities/services also expands the Township must ensure that an adequate tax base exists within the community to effectively fund such facilities/services.

## INVENTORY OF COMMUNITY FACILITIES & SERVICES

### Township Government
The township form of government was brought with the original settlers to the New England states around 1620. Twenty-two states have the Township form (or similar type) of local government. A three member elected board of trustees oversees Jerome Township. Township trustees are elected to four year terms and are charged with the duty of overseeing the business of the township, including but not limited to ensuring the public health, safety and welfare of all Township residents. The trustees administer, enforce and execute all policies and resolutions of the Township for the betterment of the Township and its citizens. In order to carry out its duties, the Trustees conducts bimonthly meetings, as well as attending other township, county and state meetings as deemed necessary.

### Planning and Zoning
In addition to the Township Trustees, the Zoning Commission and Zoning Board of Appeals are responsible for overseeing the planning of the Township and well as enforcing the zoning resolution.

The Zoning Commission consists of seven residents (five regular members and two alternates) of the Township appointed by the township trustees to serve staggered five-year terms. The Zoning Commission is responsible for planning, conducting hearings on requested changes to the zoning resolution, and initiating amendments to the zoning resolution.

The Board of Zoning Appeals (BZA) is a seven member administrative body (five regular members and two alternates) also appointed by the Township Trustees to serve staggered five-year terms. The functions of the board are to hear appeals from the decisions of the zoning inspector and to consider requests for variances and conditional uses as outlined in the Township zoning resolution.

### Township Facilities
#### Township Hall
The Township Hall is located at 9777 Industrial Parkway adjacent to Wolfe Park.  The site is approximately 16.5 acres.  The Township Hall provides meeting space for all public meetings and office space for Township employees.  In addition, the Township garage is located here.  The Township Hall is available for rent to the general public.

#### Parks and Recreation
Jerome Township maintains three parks – Wolfe Memorial Park adjacent to the Township Hall, Firehouse Park adjacent to the fire station, and Ryan Memorial Jerome School Park.

Additional park and recreational facilities not under the control of the Township but in the unincorporated area include Glacier Ridge Metro Park and Rolling Meadows Golf Club.  A very small portion of the Tartan Field Golf Club is also located in Jerome Township.

Infrastructure, Community Facilities & Services



Figure 7-13: Map of Parks and Recreation Facilities, BBH

Table 7-1: Map Key, BBH

| Name of Park or Recreation Facility | Map # |
|---|---|
| Rolling Meadows Golf Course | 1 |
| Fire House Park | 2 |
| Wolfe Park | 3 |
| Glacier Ridge Metro Park | 4 |
| Ryan Memorial Jerome School Park | 5 |
| Tartan Fields Golf Club | 6 |

Cemeteries

Section 517 of the Ohio Revised Code outlines the Township's responsibilities as they relate to cemeteries. In summation, the Township may acquire ground for the purpose of providing cemeteries to the public or may be deeded an existing cemetery. For example, the New California Cemetery was established by the New California United Presbyterian Church and then later deeded to Jerome Township.

Currently Jerome Township owns and maintains four cemeteries totaling approximately 10.5 acres – Harriott Cemetery located on Brock Road, Jerome Cemetery located on Jerome Road, New California Cemetery adjacent to the New California United Presbyterian Church on Industrial Parkway, and an unnamed cemetery under the pavement of Ryan Memorial Jerome School Park. Jerome Cemetery is the largest cemetery and currently has room to expand the number of burial plots available.

Once a cemetery is established or deeded over to the Township, the Township is responsible for maintaining the cemetery. The Trustees may levy a tax to meet any costs incurred for these purposes, not to exceed one-half mill in any one year, upon all the taxable property of the Township.



Image 7-4: New California Cemetery; Source: BHC

Schools

Jerome Township is divided into three school districts – Fairbanks Local School District, Dublin Local School District, and Jonathan-Alder Local School District. At this time there are no school buildings in the unincorporated portion of the Township. However, the Jerome Village Development has set aside two school sites for the Dublin Local School District, one elementary/middle school campus on Jerome Road and one elementary site to the north. Both of these school sites will be



Image 7-5: Glacier Ridge Elementary School; Source: BHC

Case: 2:21-cv-03993-MHW-EPD Doc #: 13-1 Filed: 09/07/21 Page: 105 of 117 PAGEID #: 246

within the Township. The Dublin Local School District recently completed the construction of Dublin Jerome High School located at the northeast corner of Hyland-Croy and Mitchell DeWitt Roads and Glacier Ridge Elementary School on Hyland-Croy Road.

According to the Ohio Department of Education the Fairbanks Local School District had 917 students enrolled during the 2003-2004 school year; Dublin Local School District had 11,818 students; and, the Jonathan-Alder Local School District had 1765 students. The boundaries of the school districts are shown in Figure 7-14.

Johnathan Alder school system received "Excellent with Distinction" status on the 2007-2008 State Report Card from the Ohio Department of Education. The Fairbanks School's philosophy is to create an "Inviting Place." The school system received "Excellent" status on the 2007-2008 State Report Card from the Ohio Department of Education. The City of Dublin school system received "Excellent with Distinction" designation on the 2007-2008 District Report Card from the Ohio Department of Education.

## Safety Services
### Police Service
Jerome Township receives police service from the Union County Sheriff. By law, the Union County Sheriff must provide police service to the unincorporated portion of the County. According to the Union County Sheriff's Office on average approximately three individuals are available per eight hour shift. For additional police coverage the Township chose to participate in the Public Service Officer Program (PSO). The Township has three officers that provide coverage twenty-four hours a day, six days a week. By agreement, Jerome Township and Millcreek Township share these three officers with 75 percent of the time spent in Jerome Township and 25 percent in Millcreek Township. The costs of the services are split between the two political jurisdictions, 75 percent/25 percent. The County Sheriff's Office pays for the car and equipment while the Township must pay the salary and benefits of each officer as well as other incidentals as outlined as part of the agreement. The Township received a federal grant to off-set the cost of the salary and benefits. During the first year, 75 percent of the cost of the salaried officers was paid



Figure 7-14: School Districts; Source: BHC

by the federal government during the first year; 50 percent was paid during the second year; and 25 percent during the third year. In August 2004 the grant ran out and now the Township is now responsible for the entire salary and benefits costs of the officers.

Fire/Emergency Medical Services
The Jerome Township Fire Department provides both fire and emergency medical service. The station is located at 9689 US Route 42. The site where the fire station is located is approximately 8.5 acres with approximately 2 acres reserved for the fire department and the remaining acreage devoted to a park. The proposed Jerome Village Development has set aside 1.2 acres in the northern part of the Township for a police and fire sub station.

Thirteen full time and thirty part time individuals are employed by the fire department. In addition to providing service to Jerome Township residents, by contract the fire department provides service to approximately 15 to 20 percent of Millcreek Township. The department also maintains mutual aid agreements with adjacent fire departments. According to the Fire Chief the department maintains an average response time of four to six minutes.



Image 7-5: Fire Station; JT Website

## CHAPTER 9: IMPLEMENTATION / ACTION ITEMS

  



Image 9-1: Rural Character; Source: BHC

# IMPLEMENTATION / ACTION ITEMS

## INTRODUCTION

The Comprehensive Plan is to be used by the Township to help make future decisions regarding proposed growth and development. It is intended to be a high level view of the Township and provide information on existing overall conditions, community goals and desires, future land use and transportation improvements. By its nature it is not intended to create detailed plans or strategies that deal with very specific issues. It is the implementation strategies and action items identified in this chapter that are essential to make the goals and objectives of this plan come to life. Without successful implementation strategies the plan becomes merely a conversation piece and most often collects dust on a shelf.

It is up to the Township and the community to ensure that the goals and objectives of the plan are implemented successfully over time. This section outlines specific action items and strategies for implementation that create a road map for the Township to follow to help achieve these goals. These action items and strategies, as with the plan, are developed based upon the feedback of the community and sound planning principles. The items contained in this section will be undertaken by the Township through the enforcement of this plan and with individual efforts and in cooperation with surrounding communities, government agencies and developers.

## ACTION ITEMS

Action items are the next steps that the Township should undertake to support in more detail specific aspects of the plan and ensure that specific goals and objectives are met. While we have included a full list of goals, objectives and strategies which came out of the public participation process, the following is a prioritized list of action items that are detailed below with recommended timelines for completion.

### Short Term Action Items: (during the next 12 months)

1. **Adopt the Plan** as the official planning policy for Jerome Township.

2. **US 33 / US 42 Interchange –** Develop an overlay district that focuses on the creation of high quality, tax generating mixed use developments for this area of the Township. This overlay should establish zoning and development standards and guidelines for this important gateway to the community. Standards should focus on site development, architectural controls and sustainable engineering practices to direct development in a way that reflects the character of the Township.

3. **Transportation Planning -** Take an active role with the County and ODOT in the development of a transportation plan that meets the needs of the region and protects the interests of the Township. Specific items to be concerned about include ac-

cess management to key parcels ideal for economic development (specifically around interchanges), intersection spacing & connections to existing and proposed roads.

## Medium Term Action Items: (during the next 5 years)

1. **Rural Character Inventory -** Develop an inventory of elements that contribute to the rural character. This includes old fences, barns, historic homes, windmills, woodlands, view sheds- anything that collectively adds up to making Jerome Township uniquely rural. This inventory should categorize and map these unique elements and should suggest creative ways that the Township can contribute to their preservation.

2. **Civic & Open Space Plan –** Develop a long range master plan that identifies priority open spaces, potential future civic sites and preservation areas. This plan should identify a preferred organization and linkage of open spaces, and identify priority sites for preservation of natural features to create an interconnected series of greenways that can be used for recreational purposes. It should investigate and identify methods for the Township to participate in acquisition and preservation of priority sites. This master plan should be accompanied by a parkland dedication ordinance that establishes amounts of land that need to be set aside for residential developments. This can function as an implementation tool for the open space master plan.

3. **Zoning Code Update –** To enable the Township to more effectively achieve the goals and objectives outlined in this plan through the development process, the Township should review and revise its current zoning ordinance. Items that should be addressed include areas where the zoning code is in conflict with this plan, new ordinances recommended (such as conservation development, parkland dedication and tree preservation ordinances), updates and additions to PUD codes and specific quality standards pertaining to development.

4. **Residential Design Guidelines -** Develop residential design guidelines and development standards to promote architectural integrity and consistency in the Township's housing stock. Provide guidelines on setbacks, build-to lines, yard requirements, lot coverage, and streetscape design, as well as to control building height and orientation, garage orientation, building materials, and architectural styles. Include guidelines for a variety of housing sizes and types, and be careful to not eliminate affordability in the quest for higher standards

## Ongoing Action Items: (continually work on these)

1. **Collaboration –** In an effort to capitalize on the positive aspects of growth, Township leaders should work with their neighbors to establish trust and communicate the community's goals and desires.

2. **Annexation -** Township Trustees should work aggressively with neighboring communities to explore options for revenue sharing and the provision of utilities at its northern and southern borders in an effort to reduce development pressures and preserve rural character in the central portions of the Township.

3. **Support & Training -** Township Trustees and the Planning Commission members should read articles, attend seminars and generally become more familiar with techniques to discourage annexation, accommodate growth (without sacrificing the rural character) and encourage high quality development within Jerome Township.

## COMMUNITY GOALS, OBJECTIVES AND IMPLEMENTATION STRATEGIES

The Comprehensive Plan is a statement of objectives and policies that steers growth management, servicing, transportation, environmental protection, the promotion of agriculture and a variety of other issues in a township or regional district. The following goals and objectives are the result of numerous meetings and discussions with the Township Trustees, Planning Commission and residents of Jerome Township during the past few months. The goals have been grouped around broad categories that relate back to input gained in the public participation process.

### Quality Of Life

**Goal 1:** Protect and enhance the Township's lifestyle by maintaining the rural character, the quality natural environment and, where appropriate, the farms.
- Define the physical characteristics and contributing elements of rural character
- Incorporate green infrastructure (bikeways, greenbelts, bio-swales and rain gardens) into the community
  - o Create a natural features inventory of elements that collectively contribute to rural character to use as a guideline when reviewing development proposals

**Goal 2:** Recognize agricultural and other productive open spaces as important elements of the local economy, character and setting.
- Ensure that each zoning district identifies maximum permitted density levels, permitted land uses and protection of environmental features
- Promote farmland preservation policies in portions of the Township that have high quality soils and remote chances for centralized sewers
  - o Develop an information packet for land owners regarding conservation alternatives and benefits. Develop and implement a campaign to educate residents about conservation alternatives and the need for farmland conservation

**Goal 3:** Maintain a high quality physical environment that provides quality residential opportunities supported by small businesses, preserved open space and historic character and improved public areas.
- Encourage mixed-use districts in the appropriate locations as a means of increasing the housing supply while promoting diversity and neighborhood vitality

**Goal 4:** Foster scenic and recreational opportunities that meet the needs of area residents.
- Create non-motorized linkages between recreation and open space facilities and Township residences, businesses and schools and between the facilities themselves
- Create linkages to regional trail systems
- Pay special attention to views and build out along existing public right-of-ways

### Environmental Resources

**Goal 5:** Guide new development in a manner that preserves natural features and environmentally sensitive areas such as wetlands, lakes, steep slopes, and groundwater recharge areas.
- Identify critical resource areas that must be preserved ("sacred sites")
- Direct development to areas of minimal environmental sensitivity; restrict development in areas of heightened sensitivity and value such as wetlands, flood plains, riparian zones, and steep slopes
  - o Research and promote the use of tools such as the Union County Land Heritage Trust and conservation easements to permanently protect sensitive areas
  - o Develop a parkland dedication ordinance to require common open space for residential developments and link to conservation areas to the natural resource inventory previously recommended
  - o Utilize available resource inventory plans prepared by others (such as the Darby Creek Watershed Inventory and other appropriate planning documents)

**Goal 6:** Promote stormwater management strategies and low impact design techniques that focus on both water quality and quantity.
- Working with the Union County Soil and Water Conservation District develop a Rain Garden Model for voluntary application by homeowners, demonstrating how small lots can direct surface runoff into vegetated "rain gardens" that reduce dependence on public stormwater systems and improve groundwater filtration
- Promote bio-swales and extended detention wetland systems as alternatives to standard stormwater retention ponds
- Require stream buffers and filtration strips near streams and conveyance ditches
- Do not locate standard retention ponds in 100 year floodplains

**Goal 7:** Encourage the preservation of natural resources that support the community's quality of life and define its character such as, tree stands, archeological resources, historic resources, view sheds, and wildlife habitats.
- Identify locations of particularly significant view sheds such as vistas, scenic roads, significant woodlands and wildlife habitats
- Work to preserve remaining natural woodlands in the Township through minimal disturbance/minimum maintenance land development techniques, site conservation and other practices
- Reinforce tree protection requirements and promote re-vegetation and re-forestation strategies with native species, compatible with sound landscape ecology principles
  - o *Develop a tree preservation ordinance that is enforced through the re-zoning process*
  - o *Develop a program of Land Stewardship owner interactions, identifying all property owners with conservation potential; outreach efforts that communicate the benefits of conservation techniques such as donations, conservation easements and bargain sale should be developed (materials are available from Columbus Metro Parks, Environmental Stewardship Program, Farmland Preservation, Union County Land Heritage Trust and Agricultural Easement Purchase Program)*

**Goal 8:** Identify greenway linkages and new open space opportunities throughout the Township in conjunction with improved stormwater management measures and the reestablishment of former riparian buffers and forested areas.
- Some greenway linkages should provide for trail access. Others that do not should function as wildlife corridors and visual amenities as well as meeting functional stormwater best management functions

## Land Use

**Goal 9:** Promote quality development that respects the environmental assets and rural character while encouraging a balance of land uses that support a healthy tax base.
- Use appropriate planning techniques and performance standards to direct development away from farms, forests and other important environmental resources
  - o *Create an architectural design guideline and development standards for residential and commercial buildings and sites to ensure developments are attractive in appearance and compatible with adjacent land uses*
  - o *Train and support planning commission members to enhance their abilities in evaluating development plans and re-zoning proposals*

**Goal 10: Use Conservation Design in areas with abundant sensitive natural features and low density designations.**
- Promote conservation development strategies for new residential development on large parcels, especially where significant natural resources exist
  - o *Add a Planned Residential Conservation District to the zoning ordinance to promote the general public welfare, encourage the efficient use of land and resources and to preserve rural character*

**Goal 11:** Ensure the compatibility of proposed land uses with existing land uses and determine the appropriate land uses and their locations while establishing appropriate densities for each use.
- Identify the locations and planning limits for high

intensity land use areas
- Identify specific agricultural districts
- Identify appropriate locations for moderate density residential communities
  - o *Consider density bonuses to encourage high quality alternative residential developments, such as neo-traditional, cluster, and other non-conventional neighborhoods that preserve open space and are compatible with existing neighborhoods*
  - o *Develop specific landscape buffer requirements to screen edges between adjacent but different land uses*

**Goal 12:** For environmentally sensitive areas without access to utilities, promote and educate land owners on the use of farmland preservation and resource preservation.
- Provide setbacks and buffers when developing land adjacent to farms and open space reserves to minimize conflicts and encroachment
- Recognize and protect the needs and activities of farm operations when considering adjacent and nearby land uses
- Preserve large contiguous areas of agricultural land and avoid severance by recreation, parks, transportation and utility corridors
  - o *Reference materials are available from agencies such as The Nature Conservancy, Farmland Preservation and Agricultural Easement Purchase Program*

**Economic Development**

**Goal 13:** Create and identify incentives to preserve historic areas, open spaces, natural features and working farms.
- Expand and enhance public spaces and cultural activities available throughout the Township by researching the use of implementation strategies such as:
  - o *Tax incentives and disincentives*
  - o *Land use controls and ordinances*
  - o *Preferential assessments*
  - o *Capital improvement programming*
  - o *Fee and less-than-fee acquisition techniques*

**Goal 14:** Promote 'pay as you grow' policies to ensure adequate services are provided with new development, without placing additional burden on existing taxpayers.
- Anticipate and plan for future public facilities
- Share costs of capital improvement through public/private partnerships
- Balance cost of road and infrastructure improvement with combination of state grants, private funding and increased property tax revenues
  - o *Use non-school TIFs to allow schools to collect property tax revenues on the entire improved project valuations*
  - o *Use special assessment districts (such as CDA's) to fund public facilities such as roads, utilities, parks, fire stations and other civic buildings*
  - o *Require developers to set aside parkland and open space as a part of re-zonings; development, programming and maintenance may be controlled by the Township and/or special assessment districts*

**Goal 15:** Create a sound local economy that supports businesses, promotes smart growth, encourages clean, high-tech industry, and protects and improves the overall quality of life.
- Support regional economic development planning. Actively participate in the Union County US 33 Corridor Group
- Consider the Union County Economic Development Action Plan (EDAP) as a planning and policy tool
- Maintain a designated contact person or committee for prospective developers to contact for development information.
- Work with the Union County-Marysville Economic Development Partnership to market commercial and industrial sites within Jerome Township and to provide assistance with economic development
- Use the community website as a means to promote economic development and link to the Union County site
- Continue to support the Industrial Parkway Association
- Consider the creation of enterprise zones or other incentive areas to encourage large scale, campus

style office or manufacturing development
- Work with the County's Economic Development Director to encourage job growth and investment

**Goal 16:** Explore development opportunities that are consistent with the existing markets in order to strengthen the existing economy, create employment opportunities and generate tax revenues
- Provide for business opportunities to serve the residents of the township
  - o *Locate primary retail & commercial areas on major arterials and transit routes, including Industrial Parkway and S.R. 42 and U.S. 33, Industrial Parkway and Post Road intersection*

- Maintain & enhance existing industrial/commercial corridors within the Township
  - o *Maintain commercial and light industrial zoning in areas near U.S. 33, Industrial Parkway and S.R. 42 corridors to reduce congestion and increase safety in the area*
  - o *Do not allow low density residential development to encroach into these industrial and commercial land use zones*

**Goal 17:** Where land is suitable for development, provide incentives for land owners to develop in the Township in order to discourage annexation to surrounding cities.
- Facilitate cooperative economic development efforts through the use of a Joint Economic Development District (JEDD) or Cooperative Economic Development Agreement (CEDA) that provides for sharing of services and future revenue streams
- Provide adequate densities and service agreements (especially for sites near Township borders to the south and north) to minimize the advantages of annexation

**Community Facilities and Services**

**Goal 18:** Improve Township communication with the community and improve governmental interaction and cooperation with neighboring local jurisdictions.
- Improve communication with The Village of Plain

City, LUC, Marysville, Mill Creek Township, Darby Township Union, Darby Township Madison, Concord Township and Dublin, especially when projects are adjacent to or cross jurisdictional lines
- Use regional growth strategies for multi-jurisdictional issues that transcend the Township's resources and sphere of influence (e.g. transportation)
- Recognize that many of the opportunities for the Township are the result to being neighbors to prospering communities

**Goal 19:** Maintain a high level of services offered to Township residents.
- Continue to program for the needs of the Township fire department, sheriff's department, parks and road maintenance
- Expand commercial and light industrial opportunities that will generate additional tax revenues for funding Township services

**Goal 20:** Provide, anticipate and plan for a full range of community facilities which are convenient and accessible to all residents.
- Create a growth plan that addresses future needs for parkland, police & fire stations, water towers, community centers, township hall, road maintenance buildings and any other public facilities which may be required within the next 10 years
- After the parkland ordinance is initiated, consider Township ownership of community open spaces to maintain quality and public accessibility

**Transportation**

**Goal 21:** Establish and maintain an adequate road system to safely and efficiently move goods and people through the area.
- Promote and facilitate use of access management measures between adjacent but separately-owned parcels. The Township should be proactive in its review of commercial developments, encouraging practical access management measures
- Collaborate with Union County Engineer's office and Ohio Department of Transportation to define

appropriate access points on US 42 and other state roadways

**Goal 22:** Provide mobility choices that meet the diverse needs of the community - including bike lanes, expanded bike/walking trails, and a safe, improved and less congested road and public transportation network that is more efficient and attractive.
- The Township should explore providing on-road bicycle paths on some of its local roads to enhance bicycle mobility and safety
- Provide links between other bicycle trails and desirable destinations (e.g. recreational facilities, schools, businesses, etc.)
  - o  *Identify need and evaluate location for bike lanes*
  - o  *Create an Official Trail Map to establish current and future bicycle, pedestrian and multi-use trails*
  - o  *Collaborate with adjacent municipalities to coordinate and cooperate on trail and greenway efforts and provide regional connectivity.*

**Housing**

**Goal 23:** Undertake a variety of strategies to preserve housing affordability and to increase housing density and diversity in appropriate locations.

- Allow for increased housing density adjacent to commercial areas and particularly near transit centers
- Provide a variety of housing opportunities within the Township, including rental apartments, condominiums and a broad range of single family housing and lot sizes
- Promote the location of higher density mixed-use developments in established commercial corridors.
  - o  *Revise zoning standards in commercial districts to encourage mixed-use development*
  - o  *Revise zoning standards to encourage infill and redevelopment of commercial properties in existing under utilized commercial corridors*

**Goal 24:** Develop residential design guidelines and development standards to promote architectural integrity and consistency in the Township's housing stock.
- Provide guidelines on setbacks, build-to lines, yard requirements, lot coverage and streetscape design
- Provide guidelines on building height and orientation, garage orientation, building materials, and architectural styles
  - o  *Include guidelines for a variety of housing sizes and types, and be careful to not eliminate affordability in the quest for higher standards.*



Image 9-2: Conservation Design; Source: Southwestern Illinois RC & D

# CHAPTER 10: BIBLIOGRAPHY





2005 Comprehensive Plan, Darby Township Comprehensive Plan. Madison County: Madison County GIS, 2005.

"2007 Transportation Plan, 2030 Land Use Forecasts." 2030 Land Use Forecasts. Mid Ohio Regional Planning Commission (MORPC). Apr. 2006 <http://www.morpc.org/trans/MORPC2030LandUseForecasts.pdf>.

"Bicycle Facilities Inventory." Map. Mid Ohio Regional Planning Commission (MORPC), Burgess & Niple. <http://www.morpc.org/pdf/t_news_tc07Winter.pdf>.

"Central Ohio Transit Authority Long-Range Transit Plan 2006-2030." Central Ohio Transit Authority. August 2006.

City of Dublin 2007 Community Plan. Columbus, Ohio: ACP Visioning+Planning, Ltd. Odyssey Press, 2008 Odyssey Press, Westerville, Ohio. 2007.

City of Dublin Web Site, US 33 / SR 161 Post Rd Interchange Improvements. <http://www.dublin.oh.us/engineering/innovation/index.php>.

Concord Township Comprehensive Plan. Delaware, Ohio: Delaware County Regional Planning Commission, 1995.

Conservation Subdivision Design Handbook. Southwestern Illinois RC&D, Inc. 2006. 17 July 2008 <http://www.swircd.org/>.

"Corridor Opportunity Areas, US 33 Opportunity Areas, Map5: US 33." Map. Union County Economic Development Department. July 2002.

"Darby Creek Watershed." Map. Columbus, Ohio: The Nature Conservancy, 2005.

Darby Township Union County Comprehensive Plan. Columbus, Ohio: Burns, Bertsch, and Harris, Inc., 2003.

Graham, Currie. "Bus Transit Oriented Development - Strengths and Challenges Relative to Rail." Journal of Public Transportation. Vol. 9, No. 4, 2006.

Jerome Township Comprehensive Plan. Columbus, Ohio: Burns, Bertsch, and Harris, Inc., 2005.

Mid-Ohio Regional Planning Commission, MORPC Data Port, Demographics, Changes in Population form 2005-2030: 2006.

Mill Creek Township Future Land Use Plan. Columbus, Ohio: Burns, Bertsch, and Harris, Inc., 2006.

Ohio County Profiles, Union County. Ohio Department of Development. <http://www.odod.state.oh.us/research/FILES/S0/Union.pdf>

"Proposed Regional Bikeway Plan." Map. Mid-Ohio Regional Planning Commission. Aug. 2007 <http://www.morpc.org/trans/BikePedRegionalBikewayPlan11X17.pdf>.

## Bibliography

"Rivers of Life: the Importance of Protecting Tributaries." <u>Darby Creek Watershed. 2005</u>. Map. 17 July 2008 <http://www.nature.org/wherewework/northamerica/states/ohio/science/art2897.html>.

<u>Union County & Marysville Comprehensive Plan Update</u>. Columbus, Ohio: Karlsberger Planning, Inc., 1998.

<u>Village of Plain City, Ohio Comprehensive Plan.</u> Columbus, Ohio: Burns, Bertsch, and Harris, Inc., 2003.

Webb, Ben. <u>Darby Creek Watershed Inventory Final Draft</u>. Columbus, Ohio, 2005.