# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **The Craig D. Scott Revocable Trust et al.,** | : : : | |
| *Plaintiff*s, | : : | **CASE NO. 2:21-CV-03993** |
| v. | : : | **JUDGE MICHAEL H. WATSON** |
| **Jerome Township, Ohio**, | : : | **MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS** |
| *Defendant.* | : | |

## MOTION TO WITHDRAW PLAINTIFF-INTERVENORS HAROLD E. CURRY, VIVIAN CURRY, AND AMH DEVELOPMENT LLCS' MOTION TO INTERVENE

Now come proposed Plaintiff-Intervenors Harold E. Curry, Vivian Curry, and AMH Development LLC (collectively, the "Curry Farm Intervenors"), by and through counsel, and hereby move to voluntarily withdraw Plaintiff-Intervenors' Motion to Intervene in the above-captioned matter that was filed on November 29, 2021.

Respectfully submitted,

*/s/ Larry H. James*_____
LARRY H. JAMES                    (0021773)
CRABBE, BROWN & JAMES LLP
500 South Front Street, Suite 1200
Columbus, OH  43215
Telephone:    (614) 229-4567
Facsimile:    (614) 229-4559
Email: ljames@cbjlawyers.com
*Counsel for Proposed Plaintiffs-Intervenors*
*Harold E. Curry, Vivian Curry, and*
*AMH Development LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of December, 2021, I filed the foregoing Motion to Intervene with the Clerk of Courts for the United States District Court, Southern District of Ohio, Eastern Division and a copy of the foregoing was duly served via the Court's electronic efile system on all counsel of record.

                                      */s/ Larry H. James*
                                      LARRY H. JAMES           (0021773)