UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Craig D. Scott Revocable
Trust, *et al.*,

   Plaintiffs,

v.

Jerome Township, Ohio,

   Defendant.

Case No. 2:21-cv-3993

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Robert G. Chapman and Lynda L. Chapman ("Intervenors") move to intervene in this case to object to the fairness of the agreement reached by the existing parties. Mot. to Intervene 8, ECF No. 30. The Court is considering the merits of that motion. However, in light of the concerns that Intervenors raise about the fairness of the settlement, the Court issues the following schedule:

- Any persons who wish to object to or support the pending settlement can submit their objections or statements of support to the Court on or before **December 23, 2021 at 12:00 p.m.** The statements shall be submitted in .pdf format to the Court via email: Meg_Burrell@ohsd.uscourts.gov. The Court will file the statements on the docket.

- The existing parties shall respond to any objections on or before **December 27, 2021 at 12:00 p.m.**

The Court would also note that under Ohio Revised Code § 505.07, "[t]he board shall permit members of the public to express their objections to the consent decree or court-approved settlement agreement at the meeting." The Court encourages members of the public to use this avenue to express their opinions. The Court will review the meeting transcript, including the objections, before making any decision in this case.

**IT IS SO ORDERED.**

           *s/Michael H. Watson*
           **MICHAEL H. WATSON, JUDGE**
           **UNITED STATES DISTRICT COURT**