# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Craig D. Scott, Trustee of** <br> **The Craig D. Scott Revocable Trust**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Jerome Township, Ohio**, <br><br> *Defendant*. | **Case No. 21-CV-03993** <br><br> **Judge Michael H. Watson** <br><br> **Chief Magistrate Judge** <br> **Elizabeth A. Preston Deavers** |

## JOINT SUBMISSION OF TRANSCRIPT OF DECEMBER 20, 2021 JEROME TOWNSHIP, OHIO BOARD OF TRUSTEES MEETING REGARDING CONSENT DECREE

Now come Plaintiffs Craig D. Scott, Trustee of The Craig D. Scott Revocable Trust, Jerry L. Scott, Co-Trustee of The Jerry Lynn Scott Trust, Judith E. Scott, Co-Trustee of the Jerry Lynn Scott Trust, Phillip E. Scott, Co-Trustee of The Scott Family Living Trust U/A/D 09/25/2014, and Mary Susan Scott, Co-Trustee of The Scott Family Living Trust U/A/D 09/25/2014, Paul C. Haueisen, T-Bill Development Co., LLC, Pulte Homes of Ohio LLC, The Paragon Building Group, Ltd., Walbonns LLC, Wicked Chicken, LLC, Jerome Village Company, LLC (collectively, "Plaintiffs"), and Defendant Jerome Township, Ohio (the "Township," or "Defendant") (together, Plaintiffs and Defendant are the "Parties") and hereby file a copy of the transcript from the December 20, 2021 public meeting before the Jerome Township Board of Trustees in consideration of the Parties' consent decree.  The transcript is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph R. Miller* | */s/ Michael S. Loughry* |
| Joseph R. Miller (0068463), *Trial Attorney* | Michael S. Loughry (0073656) |
| Christopher L. Ingram (0086325) | FREEMAN MATHIS & GARY, LLP |
| Elizabeth S. Alexander (0096401) | 175 South Third Street, Suite 1000 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | Columbus, OH 43215 |
| 52 East Gay Street, P.O. Box 1008 | (614) 699-2425 - Telephone |
| Columbus, Ohio 43216-1008 | (833) 330-3669 – Fax |
| Phone: (614) 464-6400 | Michael.loughry@fmglaw.com |
| Fax: (614) 719-4630 | |
| jrmiller@vorys.com | *Counsel for Defendant Jerome Township* |
| clingram@vorys.com | |
| esalexander@vorys.com | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the Court's electronic filing notification system on December 21, 2021.

                                                     */s/ Christopher L. Ingram*
                                                     Christopher L. Ingram (0086325)