1

JEROME TOWNSHIP
BOARD OF TRUSTEES,
UNION COUNTY, OHIO

In re:

      Consent Decree in the
      Matter styled Craig D. Scott,
      Trustee, et cetera, et al.
      v Jerome Township, United States
      District Court Southern District
      of Ohio, Case No. 2:21-CV-03993

_____/

PUBLIC MEETING BEFORE THE JEROME TOWNSHIP TRUSTEES

| | |
|---|---|
| Date: | December 20, 2021 |
| Time: | 7:00 p.m. - 7:52 p.m. |
| Location: | Jerome Township Building<br>9777 Industrial Parkway<br>Marysville, Ohio 43040 |
| Reported By: | Belinda M. Wolford<br>Registered Professional Reporter<br>and Notary Public,<br>State of Ohio. |

TRUSTEES PRESENT:

      Megan Sloat, Chair
      Joe Craft
      C.J. Lovejoy

ALSO PRESENT:

      Robert Caldwell, Fiscal Officer
      Doug Stewart, Fire Chief/Director of Departments
      Peter N. Griggs, Esquire,
      Counsel for Jerome Township

**ORIGINAL**

```
1                          I N D E X
2    STATEMENT OF:

3     MR. FRIEND                                    4
      MR. DODGE                                     6
4     MS. CHAPMAN                                   9
      MR. LAWRENZ                                  12
5     MS. TRANSUE                                  15
      MR. BARNEY                                   18
6     MR. CHAPMAN                                  21
      MS. BURIAN                                   23
7     MS. RUSSELL                                  26
      MR. ADLER                                    28
8     MR. DIAMOND                                  31
      MR. MASTELLA                                 33
9     MR. SHORE                                    34
      MS. VALOIS                                   36
10

11
      Attachment One, Public Notice, approved       4
12
                        - - - - -
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2         MS. SLOAT:  Good afternoon, everyone.  The
 3    time is 7:00 p.m.  I would call to order the
 4    specific meeting of the Jerome Township Board of
 5    Trustees, December 20, 2021.  Roll call, please.
 6              MR. CALDWELL:  Mr. Craft?
 7              MR. CRAFT:  Present.
 8              MR. CALDWELL:  Mr. Lovejoy?
 9              MR. LOVEJOY:  Present.
10              MR. CALDWELL:  Ms. Sloat?
11              MS. SLOAT:  Present.
12         The purpose of the meeting is to consider a
13    proposed consent decree in the matter styled Craig
14    D. Scott, Trustee, et cetera, et al. versus Jerome
15    Township, United States District Court, Southern
16    District of Ohio, Case Number 2:21-CV-03993
17    pursuant to Ohio Revised Code 505.07.
18         Just a couple housekeeping matters.  This
19    meeting has been advertised in accordance with the
20    requirements of Ohio Revised Code 505.07.  I would
21    like to make a motion to enter the proof of the
22    publication from the Marysville Journal-Tribune
23    into the record.
24              MR. CRAFT:  Second.
25              MS. SLOAT:  Roll call.
```

1          MR. CALDWELL:  Mr. Craft.

2          MR. CRAFT:  Yes.

3          MR. CALDWELL:  Mr. Lovejoy?

4          MR. LOVEJOY:  Yes.

5          MR. CALDWELL:  Ms. Sloat.

6          MS. SLOAT:  Yes.

7       (Attachment One, Public Notice, approved.)

8          MR. GRIGGS:  Madam Chair, for the record,

9     that will be Attachment One to the meeting minutes.

10         MS. SLOAT:  Thank you.  Again, the purpose of

11    this meeting is to allow residents to comment on

12    the proposed consent decree that has been filed

13    with the township.  Residents will be given three

14    minutes apiece.  Please limit your comments to the

15    consent decree without personal attacks on any

16    individuals.  And when you come to the podium,

17    please state your name and address for the record.

18    First we have Matthew Friend.

19         MR. FRIEND:  Matthew Friend, 10821 Crottinger

20    Road, Plain City, Ohio.  Thank you for listening.

21    Just a question.  I really don't understand why

22    we're here because we the citizens have voted.  My

23    biggest concern for the Rolling Meadows Development

24    is I worked with Harold Reynolds (phonetic) with

25    the EPA.  He has done a pretty good job.  But I

1        haven't seen any of you guys really involved in the

2        rebuild of the Hershberger dump.  They did a

3        gravity feed to it, which they switched it from

4        being pumped out every other day.  I have lived out

5        there for 25 years so I do know for a fact they did

6        pump it out.  Now they put a gravity fed system,

7        septic system to it, and they even put a new

8        culvert, and if you see -- the culvert is lined up,

9        and with all the heavy rain that we've had, you can

10        see how all that rainwater is going right over

11        there.  All that water.  Period.

12            And if you guys develop that and it blows up

13        in our face like it has in Marion County and I lose

14        my tax dollars -- because everything has growth,

15        but the thing is, if we have a problem with cancer,

16        you build ponds there and kids get hurt, we all

17        lose our property value.  What good will that do

18        for Jerome Township?  What good will it do for me?

19        I've lived out here 25 successful years.  I've

20        enjoyed every minute of it until now.  I think you

21        guys really need to understand our environment, the

22        problems we have in Jerome Township.

23            We even have a super hazardous place over

24        there on 736 and 42 called Ranco [sic].  They're

25        watching that very seriously.  It's leaking

1　　mercury.  So, but really my concern is the increase

2　　in traffic.  My roads aren't built for this.  C.J.

3　　Lovejoy lives on Taylor and you know our roads, the

4　　way they're built, they're not wide enough and

5　　already coming apart from all the trucks that's

6　　going up and down Harmony Road.  I've lived all

7　　summer with this noise of rebuilding this.  They're

8　　going to put an ugly fence up, which I don't know

9　　how Jerome Township didn't vote on it, but we the

10　　citizens are going to live with it because it's for

11　　the safety of the community.

12　　　　　But let's not be so concerned about quick

13　　money; let's be concerned for the citizens of this

14　　community.  Let's vote in the right way.  It's up

15　　to you, but I know you live in the area.  I'm sure

16　　you want to raise your family like I have raised my

17　　family.  So why -- I don't see the value in this.

18　　I really don't.  We still -- we have too many

19　　issues that need to be addressed before we even

20　　think of more growth.  Thank you.

21　　　　　MS. SLOAT:  Thank you very much.  And legal

22　　counsel has also asked me when you come up to the

23　　podium if you could please spell your name for the

24　　court record.  Next we have Wayne Dodge.

25　　　　　MR. DODGE:  Yes.  My name is Wayne Dodge.  I

1      live on 10675 Laguna Circle.

2              MS. SLOAT:  Could you spell your name,

3      please?

4              MR. DODGE:  W-A-Y-N-E, D-O-D-G-E.

5              MS. SLOAT:  Thank you.

6              MR. DODGE:  You're welcome.  I would like to

7      speak to the previous gentleman's topic there.  I

8      had the dubious distinction of being up and being

9      the one who discovered the pond that is up there on

10     the property that he's discussing there between the

11     15th tee and green.  And there's -- if -- I wish

12     that somebody else in this room would have seen

13     what I saw that day.  Foam this deep on the east

14     side of that pond.  It reeked.  There was at least

15     a thousand fish, turtles, frogs, muskrats dead in

16     the water in the pond and down the spillway.

17             I was asked to go down the spillway where it

18     went to Sugar Run and follow Sugar Run as far as I

19     could.  I made it almost to Taylor Road, and by

20     that time I was still seeing fish in the water.

21     And those weren't fish from the pond.  There's a

22     lot -- and I've heard a lot of things about, no,

23     you know, they're testing it and they and they and

24     they.  But I've never heard anybody give me a

25     proper name for what they're testing for.  I don't

1     know.  And somebody's going to tell us, oh, you

2     know, heck, it's going to be okay.  Well, somebody

3     else can sleep, they can walk in there and they can

4     build a house if they want to.  I just wish them

5     good luck building.

6          Speaking of that same area, where they're

7     trying to bring out the entrance and exit, that

8     falls within the 100-year flood plane.  And I think

9     the gentleman over there in the uniform can

10    probably back me up on this.  I'm pretty sure that

11    we have high water signs in that exact area, and up

12    over the years -- and I used to live right there --

13    I've seen the water over there a foot deep.  And

14    that's where you're going to bring out a -- bring

15    out an entrance and exit?

16         This is why, to me anyway, it seems like this

17    whole system is broken.  You can't get along with

18    everybody in -- up in Marysville; we can't get

19    along with anybody else, yet we've got people that

20    want to come in here telling us how they want

21    things done.  Last thing I'm going to bother you

22    with is whenever we do have and approve these --

23    these items, there's never -- I don't know of

24    anybody that's ever followed up with me on where I

25    live up there.  One guy did.  I take that back.

1     And he was -- he was very angry at what he saw.

2     And there's a lot of people like that that won't

3     say anything, and I think that somebody should do

4     follow-up and check after they do approve the

5     zoning and stuff like that to make sure that these

6     guys that come in here and give us a really nice

7     speech and say here's what you're going to get and

8     then here's what I got.

9         MS. SLOAT:  That's three minutes.  Thank you

10     very much.

11         MR. DODGE:  You're welcome.  Thanks for

12     letting me talk.

13         MS. SLOAT:  Thank you.  Next we have Lynda

14     Chapman.

15         MS. CHAPMAN:  Good evening.

16         MS. SLOAT:  Good evening.

17         MS. CHAPMAN:  I'm Lynda, L-Y-N-D-A, Chapman,

18     C-H-A-P-M-A-N.  I live at 8343 McKitrick Road,

19     Plain City.  This consent decree it not fair and

20     reasonable.  To allow four entirely different

21     unrelated developments to come together and trod

22     over 70 percent of the referendum voter's voices

23     and bully a township into concessions strictly in

24     their favor is a sham.

25         As an adjacent property owner to Wicked

```
 1        Chicken, we stood before you last summer and
 2        brought our concerns over allowing a rezoning from
 3        rural residential to planned development in a
 4        mostly rural residential neighborhood of five- to
 5        ten-acre properties.  We talked about the amount of
 6        trees that would be destroyed, which since then
 7        have been lumbered; that the west boundary line had
 8        70 feet of green space not to be matched on the
 9        east.  We questioned the safety concerns of one
10        entrance and then, because there were over 30
11        homes, requiring an emergency entrance for fire and
12        emergency services.  Adding more traffic to a
13        narrow, deep-ditched road that will have to also
14        accommodate much of the soon to be 447 houses being
15        brought by Glacier Point.  Even discussing an
16        e-mail from Wicked Chicken's law firm indicating
17        that in exchange for our cessation from any vocal
18        testimonies at hearings or written opposition to
19        the project by any means or by any referendum
20        action, they would extend the no bill preservation
21        of trees and green space easement as an act of good
22        faith, goodwill, and as an extra neighborly gesture
23        and if we didn't accept the agreement, they'd force
24        us to remove and remedy our sump pump outletting
25        onto their property to which we had a gentleman's
```

1   agreement with the previous property owner.

2       We have lived in our home for over 30 years

3   and intentionally selected this area because of the

4   country living; a great place for horses, donkeys,

5   and other farm animals, a peaceful setting, many

6   natural surroundings, and a long way to the grocery

7   store.  Never have we spoken out against anything

8   in this township until all of these rezonings from

9   rural residential to planned development started

10  flooding in with approvals.  It was soon to be

11  noticed all the traffic congestion and accidents,

12  our quaint little road becoming a cut-through.  We

13  were losing our rural character that's spoken of in

14  the comprehensive plan, and now fire and public

15  safety levies suffer.

16      How will they be received in the future?  The

17  referendum process provided a path of oversight.

18  This is a cry from your residents.  We are to whom

19  you should be listening and supporting more than

20  the Industrial Parkway Business Association and

21  developers whom over time leave the cleanup to us.

22  Each one of these developments should have to

23  settle in their own merit and at least have to

24  consider their surrounding residents before letting

25  Jerome Village pick up the tab.

1        To the trustees of Jerome Township:  I have a

2    commitment on Monday evening, the 20th, which I

3    cannot change that precludes me from delivering

4    this in person.  It seems we are at a critical

5    point relative to your individual and collective

6    decisions relative to the consent decree.  I lost

7    my mark.  You either follow the wants of the people

8    that to this point you represent as voted by on the

9    past referendums, or you will cave to the money --

10    money developers.  All the legal mumbo-jumbo is,

11    frankly, just untruthful legalese to say you are

12    caving to the power of money.  The terms are

13    capricious, arbitrary, and unreasonable and

14    reserved for positions that lack logic.

15        In this case, logic is clear.  The

16    development is being conducted contrary to the

17    spirit of the comprehensive plan which clearly lays

18    out the objective of preservation of the rural

19    nature of the place that we have elected to call

20    home.  By contrary, I mean that the objective of

21    the developers has nothing to do with the

22    preservation of anything other than the profit

23    potential of those involved in this endeavor.

24        Your legacy, if you approve this consent

25    decree, will be remembered for a very long time and

1          This consent decree will pave the way for the

2     next developer who doesn't get their way to sue the

3     township and, again, step on the rights of your

4     residents.  They have property rights too.  I'm

5     pleading with you to please allow the motion to

6     dismiss be answered before making any consent

7     action.  Please vote no.  Thank you.

8          MS. SLOAT:  Thank you.  Next we have Mr. Jim

9     Lawrenz.

10          MR. LAWRENZ:  Good evening, trustees.  I do

11     have a hard copy here.

12          MS. SLOAT:  Can you please state your name

13     and spell your name and address for the record?

14          MR. LAWRENZ:  I sure can.  James Lawrenz,

15     L-A-W-R-E-N-Z.  12348 Bell Road, Marysville, Ohio.

16     And I am a landowner in Jerome Township also.  I

17     would like to hand these out if I could.  I've

18     given you guys that same copy of these already.

19     Thank you.  I am here tonight to get an e-mail that

20     was sent to the trustees here a few days ago, and

21     myself.  I would like to get this on the official

22     record this evening.  The author, Mr. John Deane,

23     was not able to attend tonight, but with his

24     permission I am presenting this document that was

25     written by him.

1        will be brought up with your names attached every

2        time there's another dispute over a developer's

3        nonperformance in the requirements tied to the

4        specific rezoning.  Two of you have been replace

5        from the board of trustees; one of you voted out

6        with the -- competing with the representatives of

7        the position that opposes the indiscriminate

8        development.

9            What does that tell you?  If you vote to pass

10       this, most of us are left with this legacy.  I

11       believe it will be done out of spite.  It is

12       amazing to me that you and the owners/developers of

13       the properties named disregard the right of

14       opinions of the current residents.  But this is

15       such as the power of money it seems.  You might be

16       able to sign this document and sleep well the next

17       night, but if this is the case you will remember

18       well when your rights are trodden on on the next

19       time and you will surely feel like we do now.

20            My request is that you reject the easy way

21       out of the litigation by refusing to sign something

22       that the township residents overwhelmingly oppose.

23       Sincerely, thank you for your consideration,

24       Mr. John M. Deane.

25            MS. SLOAT:  Next we have Kelly Transue.

1        MS. TRANSUE:  Hello.  My name is Kelly

2   Transue.  K-E-L-L-Y, T-R-A-N-S-U-E.  And I live at

3   8368 McKitrick Road in Plain City.  My family has

4   lived out here since the 50's and have enjoyed it

5   for its rural character.  My dad was raised out

6   here and my children have been raised out here.

7   I'm trying to understand what's going on with this

8   consent decree.  It seems like before the election

9   that you -- that all of you were for filing to

10  dismiss the federal lawsuits and the attorneys made

11  what appeared to be like a solid case.  It was like

12  drawing good cards in a poker game.  The developers

13  did not file anything to object to your motion to

14  dismiss, but decided after the election was over to

15  get two of the three of the trustees to agree to a

16  settlement.  Did they think their cards were not

17  good enough to win the case?

18        It seems like if someone sued me but I have a

19  good case that I wait to see if the judge agrees to

20  dismiss the suit before folding my cards.  It is

21  like the developers knew that they didn't have good

22  cards in their hands and decided to go all in to

23  bluff the township into folding.  What was

24  initially a $5 million loss suddenly jumped to a

25  $13.4 million loss, but since they didn't respond

1    to the motion to dismiss, they didn't need to

2    justify how they arrived at the increase in these

3    excessive damages, so rather than call their hand

4    after the election was over and Mr. Craft lost, two

5    of you agreed to settle.

6         This all begs the question of what it does

7    for developers to buy their way in to our community

8    and deny the residents their vote -- their votes to

9    reject the rezonings.  It appears that they

10   sweetened the deal with over $2 million from the

11   Jerome Village which was hidden in the details with

12   the money which would be used from fees that the

13   residents were already paying.  None of the other

14   three developers offered any payments to the

15   township.  Instead, they requested $250,000 in

16   total payments to them.

17        Furthermore, there wasn't a verbal commitment

18   for road upgrade -- road upgrades and a park

19   contribution that the homestead at Scott Farms

20   previously made but didn't put into writing.  Since

21   it wasn't in writing, the contribution that would

22   have totalled $350,000 to the township

23   infrastructure is not enforceable and not on the

24   table.  The developers appeared to offer only a few

25   minor changes to the original plans with the

1    exception of Rolling Meadows.  They dropped over

2    100 residential units and removed five parcels of

3    land that were in the original application.

4         Was this because they were all -- they are

5    all the properties adjacent to the golf course and

6    there were complications in an agreement with them

7    stating that the golf course could be used to

8    fulfill the open space requirement of the planned

9    development even though the parcels were not owned

10   by the developer?  Or is it that the golf course

11   may be up for sale and that would have complicated

12   any deal?  The Rolling Meadows Development also has

13   a nearby landfill called Unico Landfill that was

14   never remediated and chemicals of concern were

15   noted as a potential health risk for any nearby

16   residential development.  Mr. Craft even voted

17   against this development but is now changing his

18   vote.  Approval for these four projects will add

19   another 679 residential units to the township.

20        MS. SLOAT:  That is three minutes.  Are you

21   almost finished or --

22        MS. TRANSUE:  Can I have a few -- another

23   minute or so?  My husband didn't talk because he

24   let me do it.

25        MR. LOVEJOY:  If we're going to do this for

1       everybody, Madam Chair, we got to be fair across

2       the board.  We've been going three minutes for

3       everybody else.

4           MS. SLOAT:  Okay.  That's three minutes.

5       Thank you.  Next we have Kevin Barney.

6           UNIDENTIFIED SPEAKER:  Everyone else can

7       donate their time to her then.

8           MS. SLOAT:  No.  We're going to do three

9       minutes, as I stated at the beginning of the

10      meeting, three minutes per speaker.

11          UNIDENTIFIED SPEAKER:  The second speaker

12      went four-and-a-half.  I timed it.

13          MS. SLOAT:  Three minutes per speaker.

14          UNIDENTIFIED SPEAKER:  Okay.  You said you

15      wanted to be fair.

16          MS. SLOAT:  Next we have -- next we have

17      Kevin Barney.  Would you come to the podium,

18      please.

19          MR. BARNEY:  Kevin Barney, K-E-V-I-N,

20      B-A-R-N-E-Y.  8180 McKitrick Road, Plain City.  I'm

21      here to request in the strongest terms possible

22      that you the trustees reject the signing of the

23      joint proposed settlement or the consent decree

24      we're speaking to this evening.  The fact of the

25      matter is that the plaintiffs have decided on this

1      course of action as an indication of their

2      desperation.  This is a last-ditch effort that the

3      plaintiffs have resorted to.

4            For some reason the plaintiffs have failed to

5      understand that the referendum process has been

6      followed in all four instances, had been executed

7      in a fair and reasonable manner.  The plaintiffs

8      simply have not gotten their way, are refusing to

9      acknowledge the will of the township's residents,

10     and are using fear and intimidation to scare you,

11     the trustees, into neglecting your duty and going

12     against the will of the voters.

13           Please review and know the plaintiffs'

14     arguments were easily rebuffed by the township's

15     motion to dismiss.  Furthermore, please know -- and

16     as an example, the validity of the referendum

17     process was on full display when a Jerome Township

18     resident with no formal legal education

19     successfully and easily defended the merit of the

20     Scotts Farm referendum against T Build

21     Development's (phonetic) high-powered lawyers.

22     This showcases the weakness of the plaintiffs'

23     arguments.

24           The plaintiffs have finally shown us who they

25     are.  Now you must, the trustees, you must finally

1       see them too as the indignant bullies they are,

2       using false claims and a threat of a multimillion

3       dollar lawsuit to get their way.  Plaintiffs have

4       continuously claimed to have the best interests of

5       the township at heart.  That's not the case.  I

6       would argue the residents of the township have

7       consistently spoken by voting down the change in

8       zoning designations on repeatedly -- repeatedly by

9       large margins.

10          The voting record will show that it's not a

11      select few residents the plaintiffs claim but an

12      overwhelming majority have supported the referendum

13      process.  For example, please review 85 percent of

14      the voters rejected the Wicked Chicken Farm at

15      Indian Run zoning change.  It is your job.  It is

16      your job, trustees, to support the will of the

17      residents.  If the consent decree is signed by the

18      trustees, the long lasting and far-reaching

19      consequences of your actions will be disastrous.

20      You'll have stripped your very neighbors of their

21      voices.  I please implore you, do not cave to the

22      false and disrespectful claims of the plaintiffs to

23      the -- to the argument within the motion to dismiss

24      we know is true.  Thank you.

25          MS. SLOAT:  Thank you.  Next we have Mr. Bob

1    Chapman.

2         MR. CHAPMAN:  My name is Bob Chapman,

3    C-H-A-P-M-A-N.  I live 8343 McKitrick Road and have

4    resided there for over 30 years.  And my property

5    is adjacent to the Wicked Chicken Farm at Indian

6    Run.

7         Jerome Township is seeing unprecedented

8    growth.  The systems that protect the safety and

9    quality of life in the majority -- of the majority

10   of the residents is being stressed to the limit:

11   Dangerous intersections, our fire protection,

12   emergency services, supplemental policing costs,

13   school overcrowding with impending new levies,

14   rising property taxes and additional manpower

15   expenses for the township are all issues.  Four

16   rezonings and planned development were

17   overwhelmingly defeated by the residents of Jerome

18   Township as they sought to have some meaningful

19   impact on the rapid development of the township.

20         A handful of large landowners and powerful,

21   well-financed developers are now seeking to

22   overpower the vote -- the voting will of the people

23   and force us to basically approve these four

24   rezonings as originally submitted with no

25   significant concessions or modifications.  Jerome

1    Village now agrees to pay a large sum of money to

2    Jerome Township in what looks like a rezoning for

3    sale and a sellout of our rights.

4        This is not fair and reasonable.  Approval of

5    this consent decree will undermine any future

6    referendum action and set a dangerous precedent in

7    our county and Ohio.  This decree is full of

8    concessions by our trustees and does not meet the

9    required test of fair and reasonable.  Wicked

10   Chicken recently purchased the previously protected

11   woodlands on McKitrick Road with full knowledge of

12   the rural residential zoning it enjoyed and then

13   proceeded to destroy the majority of mature tree

14   area and now seeks to proceed with no concessions

15   or modifications to the development plan that

16   unequally provides no green space buffer on the

17   east side property line.  Their conservation

18   easement makes no real demands for sustained

19   vegetation, privacy, or buffering.

20       This rezoning was defeated by over 85 percent

21   of the township voters for many reasons.  This

22   consent decree is not fair and reasonable and

23   Wicked Chicken should not even be included in this

24   decree.  The plaintiffs have asked twice to extend

25   their response to the motion to dismiss.  It now

1    extends into January of 2022.  We all paid for

2    legal counsel to submit this well-crafted motion to

3    dismiss and now we deserve to have it answered by

4    the plaintiffs before any consent decree is

5    considered.

6        It appears that the accelerated votes on this

7    consent decree is being driven by the two outgoing

8    trustees.  I ask that the consent decree be denied

9    or delayed until the motion to dismiss is answered

10   by the plaintiffs and ruled on by the Court.

11   Please find the courage to stand up to these

12   developers, support your residents, and not trade

13   our rights to vote and to be heard for a financial

14   payout.  Now is the time to be fair and reasonable.

15   Thank you.

16       MS. SLOAT:  Next we have Lucinda Burian.

17       MS. BURIAN:  Lucinda Burian, 7031 Hill Road,

18   Plain City, Ohio.  L-U-C-I-N-D-A, B-U-R-I-A-N.  I'm

19   not going to stand up here and tell you I know

20   what's best for the township, and I'm too far

21   lacking in knowledge of process, and I'm not going

22   to tell any of you that your position is wrong.

23   Again, I'm simply not schooled in all the nuances

24   of this issue.

25       I do wish to ask you to consider this when

1    making your decision.  What does the addition of

2    the add of more residential properties do to

3    increase the quality of living or the benefit to

4    Jerome Township at this time?  We certainly are not

5    adding to our coffers.  In fact, it seems we are

6    doing quite the opposite.

7         I would argue that moving forward with this

8    consent decree would require the residents of

9    Jerome Township to pass additional tax levies to

10   sustain our current quality of life.  In reading

11   the Jerome Township comprehensive plan, section

12   eight, page two under the Cost of Community

13   Services, and I quote:  Decision about changes in

14   land use are often made at the local level and need

15   to be made for the best financial information

16   available.  One tool used to look at the financial

17   impacts of development is the cost of community

18   services study, the COCS.

19        It is conventional in COCS studies to divide

20   land into three categories:  Residential,

21   commercial/industrial, and farmland open space.

22   One of the most common procedures used in the

23   calculation of this COCS ratio for each land use

24   category is the ratio compared to how many dollars

25   of local government services are in demand per

1  dollar collected.  A ratio greater than one

2  suggests that for every dollar of revenue collected

3  for the given category of land, more than one

4  dollar is spent in association with it.

5    Virtually all studies show that for

6  residential land, this COCS ratio is substantially

7  above one; that is, residential land tends to be a

8  net drain on local government budgets.  The average

9  estimate ranges from about $1.15 to one and a half

10  dollars, which means that for every dollar

11  collected it gets returned in the form of services

12  for local government and school districts.  I don't

13  know if any -- of any resident that would

14  compromise education of the generations to build

15  more homes.

16    Traffic has been a concern that no doubt has

17  been discussed but not solved.  Traffic congestion

18  adds to travel time which reflects on the

19  desirability of the community.  We recently were

20  hit with blanket appraisals that significantly

21  increased the taxable values of our homes.  The

22  nation is struggling with inflation, which is

23  reflected not only in our monthly expenditures but

24  our savings through the market, so I ask why.  Why

25  would any trustee vote to add to the community's

1      financial challenges when not only we as a

2      community are going through growing pains, the

3      nation is experiencing higher inflation than has

4      been seen in decades.

5           How does this vote affect the future?  Will

6      Jerome Township have control of its zoning moving

7      forward?  Will it be so quick to relinquish control

8      now, and why?  At to the argument there's a housing

9      shortage, we have -- as a township have done more

10     than our fair share, and there are hundreds if not

11     thousands of homes that have been approved and

12     yet --

13          MS. SLOAT:  Three minutes.  Thank you.  Next

14     we have Christy Russell.

15          MS. RUSSELL:  Good evening.

16          MS. SLOAT:  Good evening.

17          MS. RUSSELL:  Christy Russell, C-H-R-I-S-T-Y,

18     Russell, R-U-S-S-E-L-L.  Address 11680 Taylor Road,

19     Plain City.  I don't have any prepared speech like

20     everyone else, but I concur with everything that

21     people have said.  My brother and I have attended

22     several of these meetings regarding the Rolling

23     Meadows development.  My brother lived adjacent to

24     the proposed development then.  We did what we were

25     instructed to do.  We were good citizens.  We did

1       the referendum.  It got on the ballot.  The voters

2       spoke.  And to be honest, I don't really clearly

3       understand how and why we are where we are.  The

4       voters have said numerous times over several

5       developments that it isn't what they wanted.

6              I'm not naive enough to think that Jerome

7       Township is not going to grow, but we need to do it

8       in a way that preserves our rural community.  The

9       densities are way too high.  Buffers to current

10      residents, the traffic, the landfills, those are

11      all valid issues that need to be concerned --

12      considered and work with the residents to figure

13      out a solution.

14             Not to say it's always going to be no, but

15      the residents need to be heard and they need to

16      have a say, and I think we've said what we wanted

17      regarding these developments.  And with that -- and

18      also with the trustees, like, the residents are

19      speaking.  We just ask that you guys hear and

20      respond accordingly and don't rush through things

21      and just be respectful of those that put you in the

22      seats that you're in.  Thank you.

23             MS. SLOAT:  Thank you.  Next we have Barry

24      Adler.

25             UNIDENTIFIED SPEAKER:  Woo-hoo.

1          MS. SLOAT:  Excuse me, sir.  No.

2          MR. ADLER:  My name is Barry Adler.

3     B-A-R-R-Y, A-D-L-E-R.  9559 Industrial Parkway.  I

4     read the consent decree and there are a few items

5     that are confusing to me.  Maybe you can help me

6     understand how this consent decree is fair and

7     reasonable.  What happened to the filing to dismiss

8     the federal suit?  Why didn't you wait until the

9     judge ruled on that?  I thought that the township

10    made a good case and if the judge dismissed the

11    lawsuit that there will be no liabilities for any

12    excessive losses claimed by the plaintiff

13    developers and that the only cost to the township

14    would be for our legal fees to defend against the

15    suit.

16         The township trustees followed its rules and

17    interpretations for approving rezonings.  The

18    residents objected and followed the legal process

19    to referendum rezoning.  Please help me to

20    understand, why are the trustees being accused of

21    misusing the referendum process and why is the

22    township being sued for damages?  The plaintiffs

23    can provide a basis to deny the motion to dismiss

24    and provide a basis for their financial loss.

25    Shouldn't this information have been shared with

1      the public so that they can better understand how

2      you as trustees determine that this consent decree

3      is fair and reasonable?

4          Maybe I don't understand this, but why would

5      you ignore the rejections of over 70 percent of the

6      voting residents to give the plaintiffs basically

7      what they want?  Is it the net gain of $2 million

8      buying your consent?  Is it correct that of the

9      offered 2.65 million that 400,000 is just an

10     extension of funds that are already owed to the

11     township and that $250,000 will be handed back to

12     the other three plaintiffs as part of the

13     settlement?  Is it the fact that Jerome Village is

14     the only plaintiff paying the township and they're

15     able to do this from funds raised by the impact

16     fees that they already collect annually from the

17     residents?  It would appear that the residents will

18     be paying the township to approve the very

19     development that they voted to reject.

20         Are any of the plaintiffs -- are any of the

21     plaintiffs offering any contributions to offset --

22     are any of the other plaintiffs offering any

23     contribution to offset the economic and

24     administrative burdens associated with their

25     residential developments?  It appears that they're

1     actually requiring payment from the township.  How

2     is this fair and reasonable for Jerome Village

3     residents when the majority of the voting residents

4     rejected these developments.

5         Maybe I'm also confused, but why is there

6     language included that makes approval of subsequent

7     applications an administrative act as stated in

8     item 23 of the consent decree?  Does this mean that

9     developers can change their plans and the future

10    trustees would be obligated to approve them as an

11    administrative action that will deny residents the

12    right to referendum?  Does this mean that Jerome

13    Village or other plaintiffs such as Rolling Meadows

14    can keep acquiring adjacent properties and just

15    fold it into their planned development and just

16    submit final development plans for approval?

17        How is this fair and reasonable for the

18    majority of voting residents who have rejected

19    these developments?  Approval of these four

20    projects will add another 679 residential units to

21    the township.  How is it that this consent decree

22    appears to ignore many of the concerns of residents

23    regarding adverse impacts of traffic, safety,

24    public welfare, and the added cost of community

25    services.

1          MS. SLOAT:   Three minutes.   Three minutes.

2          MR. ADLER:   Thank you for your consideration.

3          MS. SLOAT:   Thank you.   Next we have Andrew

4     Diamond.

5          MR. DIAMOND:   I'm Andrew Diamond,

6     D-I-A-M-O-N-D, 7411 Spruce Court, Plain City.   The

7     plaintiffs claim that their developments were

8     turned down by a small vocal minority in an

9     arbitrary and capricious way.   That's plainly not

10    true.   Each and every development has its own

11    flaws, which beyond the traffic, schools, EMS, you

12    know, were unique to those developments.   I'm

13    talking about the things like the toxic landfills,

14    the jurisdictional wetlands, things like that that

15    the developers have shown, you know, complete

16    disregard for.

17         You know -- in July I believe is when this --

18    this suit was filed.   In September, the plaintiffs

19    asked for -- well, in September the motion to

20    dismiss was filed.   The plaintiffs asked for more

21    time.   A couple months go by.   They ask for more

22    time.   Well, what's the more time for?   Is it to

23    get to this last two weeks of the year when two of

24    our three trustees are on their way out of office

25    so they can approve this and then let the door slam

1    behind them on their way out?

2         The right thing to do would be to let this

3    motion to dismiss play out. Let's see what happens

4    with that. I thought it was a reasonable motion to

5    dismiss. Let's hear what the judge has to say

6    about it before we fold and give the developers

7    everything they've asked for along the way.

8         If you do approve this, you're failing to

9    adequately represent the township. The people

10   decided these issues, most of which arose from the

11   split decisions of this board of trustees. If a

12   vote does take place tonight, I believe we need to

13   look at the -- at the three of you who are voting.

14   Mr. Craft may need to be recused due to the fact

15   that he's received campaign contributions from one

16   of the parties in question here. J&J Land

17   Development --

18        MS. SLOAT: (Gavel knocking).

19        MR. DIAMOND: J&J Land Development was a

20   major contributor to Mr. Craft's campaign. They

21   have a member -- the director and officer sits on

22   the board of the Jerome Village Community

23   Development Authority. That sounds like it could

24   be a conflict of interest. I believe Mr. Craft

25   should recuse himself if a vote does take place

1    tonight.  And with that I'll close.  Thank you.

2         MS. SLOAT:  Thank you.  Mr. Larry Mastella.

3         MR. MASTELLA:  Good evening.  Larry Mastella.

4    L-A-R-R-Y, M-A-S-T-E-L-L-A.  I live at 9362 Brock

5    Road.  I wanted to agree with all these good folks

6    here tonight.  You know, the public spoke.  We have

7    trustees.  A trustee is an individual that is

8    elected to look after our township and our

9    residents.  We've actually spoken on numerous

10   occasions to say that not that we're against

11   development, that we're actually against bad

12   development, that we want to have some of the

13   things that have been promised about how we're

14   going to fix our roads, fix our emergency services,

15   do things that prepare us for development, do that

16   first and stick with the rural character of what

17   we've come to love as our home here in Jerome

18   Township.

19        You know, I've been here for 12 years.  I

20   moved here for a reason.  To raise a family.

21   Because I was able to have some space.  I live on

22   nine acres.  I've not been opposed to the Scott

23   Development across the street from my house.  What

24   I was opposed to was the fact that the original

25   plan had their exit from all those homes directly

1     across from my driveway.  Oh, by the way, it was on

2     the back side of a hill, which was dangerous.

3          What I'm also against is the fact that they

4     did promise road improvements and they didn't come

5     through with that.  That's not in writing so that's

6     not going to happen.  You know, perception is very

7     interesting.  I've yet to see where the benefit of

8     this consent decree is going to benefit the

9     trustees or this community.  Where's the benefit?

10    Where are the people standing up saying, "yes, we

11    need to do this" tonight?  I haven't heard that.  I

12    don't think we will hear that, so what I'm saying

13    is, vote no, give it time, let it work its course.

14    Thank you.

15         MS. SLOAT:  Thank you.  Next we have David

16    Shore.

17         MR. SHORE:  Good evening.  David Shore,

18    D-A-V-I-D, S-H-O-R-E.  I live at 10014 Ketch Road,

19    Plain City.  I'm I'll say unfortunate enough now

20    where I live, east side of the road is Jerome

21    Township, west side of the road is Darby, so it's

22    pretty frustrating lately to all my friends and

23    neighbors.  Different trustees.  They listen to

24    this.  They get work done for them, and now here we

25    are.  So I think myself and 73, 74 percent of my

1    neighbors are just trying to figure out why we're

2    even here tonight for this.

3         It's been pretty clear.  The only thing I can

4    guess is that you guys are afraid of the money

5    aspect of it.  Well, I mean, I read the paperwork.

6    Looks like a bunch of suits from Columbus came in,

7    wrote a bunch of legal jargon on paper, and now

8    we're scared of it or something.  But Jerome

9    Township, we're not a suit and tie place.  I will

10   say that.

11        So, I believe we should vote no tonight.  Let

12   it go.  If it's got to go to the jury, wherever it

13   goes, then let it go there.  I just -- I think

14   before any vote takes place tonight, if a vote does

15   take place, we should hear why we're even

16   considering a vote.  I'm going to echo what

17   everyone else said.  I mean, two of you are

18   leaving.  Why are you even getting involved in

19   this?  We don't even want you here anymore, so, I

20   mean, I don't know why you're -- I don't understand

21   why the vote's taking place tonight.  Postpone it.

22        Like, you guys are out.  You're not here.  I

23   know one got voted out, one appears to be leaving

24   on his own will.  Okay, that's fine.  Let the new

25   people that are coming over that we elected to

1        represent us represent us going forward.  That's

2        all I have to touch on tonight.

3               MS. SLOAT:  Next we have Marilyn -- I'm sorry

4        if I mispronounce your name again.

5               MS. VALOIS:  Valois.

6               MS. SLOAT:  Valois.

7               MS. VALOIS:  I'm Marilyn Valois,

8        M-A-R-I-L-Y-N.  Valois is V as in victory,

9        A-L-O-I-S.  I'm here tonight.  I think I'm probably

10       the last one because no one else came in behind me.

11       What I would like to do is just reference what

12       everyone else has said already.  It's not the first

13       time you've heard any of this.  This has always

14       been our position.

15              I have several points here.  I'm going to be

16       very brief.  First of all, your referendums were

17       voted by the people, by the residents.  Number two.

18       We residents have been accused of not wanting

19       development.  That's not true.  We resist rampant

20       development, which only benefits developers and

21       adds to the corruption of our already fractured

22       infrastructure.  Three.  Big business is trampling

23       over the civic rights of the residents.  This is

24       something we should all stop and take a look at.

25       This is not good.  Number four.  Please reject this

1          consent decree.  You represent the people who voted

2          for you.  That's how it's supposed to work, anyhow.

3                  That's all I have to say other than to carbon

4          copy absolutely everything that has been said prior

5          to my three minutes or two minutes.  Thank you.

6                  MS. SLOAT:  Thank you.  That concludes our

7          public comment.  We don't have anyone else signed

8          up for public comment, so I'm going to bring this

9          matter back to the board for consideration.

10                 MR. CRAFT:  I have a statement I would like

11         to just read to the folks that have come out and

12         also to the rest of the board.

13                 Earlier this year, several developers filed

14         litigation challenging referendum petitions to

15         overturn zoning decisions that were made in

16         alignment with the township's comprehensive plan.

17         The developers were seeking more than $13 million

18         in damages, arguing -- arguing the use of ballot

19         initiatives was unlawful.

20                 The lawsuit has been very challenging -- a

21         very challenging time for me personally.  All of

22         these benefits were the result of a negotiation

23         between all parties to the overall benefit of the

24         township:  $1 million for outfitting the fire

25         station and equipment in addition to the

1       5.5 million already committed along with donated

2       land for the facility.  All future commercial

3       development will go into a joint economic

4       development district allowing the township to

5       realize income tax on future development.  This

6       means 15 percent of the income taxes collected by

7       the JEDD will be available for the township to use

8       at its discretion.

9               1.25 million in future payments of $125,000

10      annually for the next ten years to support future

11      township needs.  This is in addition to the

12      $100,000 annually over the past ten years and the

13      $400,000 to be paid in 2022.  A hundred fewer homes

14      than originally proposed in the Rolling Meadows

15      development.  The twelfth amendment allows for the

16      continuation of the Jerome Village development plan

17      that was originally approved more than ten years

18      ago requiring future development to comply with the

19      same high quality standards, green space

20      commitments, infrastructure improvements, and other

21      public amenities.

22              This agreement provides a framework for smart

23      growth that mitigates risk, creates long-term

24      benefits for current and future residents.  I

25      believe this is a fair settlement that avoids

1    costly litigation that could cripple the township

2    long term and instead creates a flow of ongoing

3    revenue and benefits for the township while

4    allowing responsible, high quality development to

5    continue.  Were the litigation to go forward, I'm

6    not willing to risk losing or becoming liable for

7    millions of dollars in damages that the township

8    does not have.  In the big picture, this settlement

9    is in the best interest of all Jerome Township

10   residents.

11        UNIDENTIFIED SPEAKER:  No.

12        UNIDENTIFIED SPEAKER:  Nobody here tonight

13   feels that.  It sounds like Build Back Better.  He

14   has spoke three minutes.

15        MS. SLOAT:  He is a member of the board of

16   trustees and he is reading his statement now.

17   Public comment is over now.  If order cannot be

18   maintained, this is a -- we're going to keep this

19   meeting orderly.  I understand that emotions are

20   high.  I understand people are upset, but order

21   will be maintained.  If it cannot, then you'll be

22   asked to leave.  So let's keep this meeting in

23   order, please.  Mr. Craft.

24        MR. CRAFT:  Thank you.  I'd like to move to

25   adopt the resolution approving the consent decree

40

1        in the matter styled Craig D. Scott, trustee, et

2        cetera, et al., versus Jerome Township, United

3        States District Court Southern District of Ohio,

4        Case Number 2:21-CV-03993 for consideration by the

5        District Court pursuant to Ohio Revised Code

6        Section 505.07.

7             MR. LOVEJOY:  Second.

8             MS. SLOAT:  Roll call, please.

9             MR. CALDWELL:  Mr. Craft?

10            MR. CRAFT:  Yes.

11            MR. CALDWELL:  Mr. Lovejoy?

12            MR. LOVEJOY:  Yes.

13            MR. CALDWELL:  Ms. Sloat?

14            MS. SLOAT:  No.  The time is 7:52 p.m.  I

15        would like to adjourn this meeting.

16            MR. CRAFT:  Second.

17            MS. SLOAT:  Meeting adjourned.

18              (Proceedings adjourned.)

19

20

21

22

23

24

25

41

1                    C-E-R-T-I-F-I-C-A-T-E

2                       -   -   -   -   -

3               I, Belinda M. Wolford, do hereby certify

4    that the foregoing transcript is a true and correct

5    transcript of the December 20, 2021 proceedings in this

6    matter, taken by me and transcribed from my stenographic

7    notes to the best of my ability.

8

9

10

11

12

13                    Belinda M. Wolford
                      Registered Professional Reporter
14                    Notary Public, State of Ohio
                      My commission expires:  4/12/26

15

16

17

18

19

20

21

22

23

24

25

Attachment 1

Jerome twp

STATE OF OHIO,  }
City of Marysville,  } ss.
Union County.  }

Personally appeared before me

...Sherry Sheets...

and made solemn oath, that the

...Legal Notice...,

a copy of which is hereto attached, was

published for 2 consecutive weeks on

and next after.....12..3..,20 21...,

in The Marysville Journal-Tribune, a
newspaper of general circulation in the
City of Marysville and Union County.

...Sherry Sheets...

Sworn to before me and signed in

my presence this 5 day of...Dec...

A. D. 20 21...

...Marilyn Ann Vigar...
Notary Public

My commission expires....9/21..,20 26

Printer's Fees, $ 26.00

PUBLIC NOTICE
The Jerome Township, Ohio Board of
Trustees will be considering entering a
Consent Decree in the matter styled Craig
D. Scott, Trustee, etc., et al. v. Jerome
Township, United States Dist. Ct., So.
Dist. Of Ohio, Case No. 2:21-cv-03993.
Beginning the 5th day of December
2021 and through the close business
on the 20th day of December 2021,
a copy of the Consent Decree will be
available to the public at the Jerome
Township fiscal officer's office, during
the Township's normal business hours
(8 a.m. to 4:30 p.m.) 9777 Industrial
Parkway Plain City, Ohio 43064. On the
20th day of December 2021, beginning
at 7 p.m., the Jerome Township Board of
Trustees will conduct a public meeting to
meet, consider and take action upon the
Consent Decree. [Ref.: Ohio Revised
Code § 505.07, et seq.]
12-03-1F
12-04-1S

LEGAL NOTICES 000

PUBLIC NOTICE
The Jerome Township, Ohio
Board of Trustees will be
considering entering a Consent
Decree in the matter styled Craig
D. Scott, Trustee, etc., et al. v.
Jerome Township, United States
Dist. Ct., So. Dist. Of Ohio, Case
No. 2:21-cv-03993.
Beginning the 5th day of
December 2021 and through the
close business on the 20th day of
December 2021, a copy of the
Consent Decree will be available to
the public at the Jerome Township
fiscal officer's office, during the
Township's normal business hours
(8 a.m. to 4:30 p.m.) 9777 Industrial
Parkway Plain City, Ohio 43064.
On the 20th day of December 2021,
beginning at 7 p.m., the Jerome
Township Board of Trustees will
conduct a public meeting to meet,
consider and take action upon
the Consent Decree. [Ref.: Ohio
Revised Code § 505.07, et seq.]
12-03-1F
12-04-1S