United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO: Judge Watson, Judge Sargus, Magistrate Judge Deavers,

FROM: Jodi L. Keener, Deputy Clerk

DATE: 1/21/22

SUBJECT: Case Caption: Curry et al v. Jerome Township, Ohio

CASE: Case Number: Doc. 2:22-cv-153 1

DISTRICT JUDGE: Judge Sargus

File Date: 1/18/2022

*[FILED stamp: 2022 JAN 26 AM 9:48 RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DISTRICT OHIO EAST DIV. COLUMBUS]*

This memorandum is to notify you that the
   Civil cover sheet; and   √   A judge or chambers staff   EPD

requests the preparation on the above referenced case reflects the following alleged related case(s):

Case Caption: The Craig D. Scott Revocable Trust et al v. Jerome Township

Case Number: Doc. 2:21-cv-3993 1

District Judge: **Watson**

File Date: **7/23/2021**

Magistrate Judge: **Deavers**

**Other possible Related Case(s):**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator __Jodi L. Keener__ as follows:

**Judges' Response:**

[x] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

[ ] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

[ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

[ ] We are unable to agree and will accept any decision made by the Chief Judge.

[ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

[ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

[ ] Other Direction of Judge: _____

_____
Judge Michael Watson

s/Edmund A. Sargus, Jr. 1/26/2022
Judge Edmund Sargus

_____

Cc: Courtroom Deputies

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Jodi L. Keener</u>
as follows:

**Judges' Response:**

   ☑   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

   ☐   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  <u>Sargus</u>

   ☐   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

   ☐   We are unable to agree and will accept any decision made by the Chief Judge.

   ☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

   ☐   I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

   ☐   Other Direction of Judge: _____

_____
Judge Michael Watson

_____
Judge Edmund Sargus

Cc: Courtroom Deputies

*Revised 7/19/2012*

United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO: Judge Watson, Judge Sargus, Magistrate Judge Deavers,

FROM: Jodi L. Keener, Deputy Clerk

DATE: 1/21/22

SUBJECT: Case Caption: Curry et al v. Jerome Township, Ohio

CASE: Case Number: Doc. 2:22-cv-153 1

DISTRICT JUDGE: Judge Sargus

File Date: 1/18/2022

This memorandum is to notify you that the
    Civil cover sheet; and   √   A judge or chambers staff   EPD

requests the preparation on the above referenced case reflects the following alleged related case(s):

Case Caption: The Craig D. Scott Revocable Trust et al v. Jerome Township

Case Number: Doc. 2:21-cv-3993 1      District Judge: Watson

File Date: 7/23/2021      Magistrate Judge: Deavers

**Other possible Related Case(s):**